**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Steiny and Company, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-1889828** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **12907 E. Garvey Ave.** <br> **Baldwin Park, CA 91706** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | Steiny and Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **Steiny and Company, Inc.**                                    Case number (*if known*) _____
Name

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

          Contact name  _____

          Phone  _____

---

**██  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Steiny and Company, Inc.**                                    Case number (*if known*) _____
     Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 28, 2016**
            MM / DD / YYYY

**X** **/s/ Vincent P. Mauch** _____    **Vincent P. Mauch** _____
    Signature of authorized representative of debtor       Printed name

Title   **Chief Financial Officer** _____

**18. Signature of attorney**

**X** **/s/ Ron Bender** _____    Date **November 28, 2016** _____
   Signature of attorney for debtor               MM / DD / YYYY

**Ron Bender** _____
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP** _____
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067** _____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**    Email address _____

**143364** _____
Bar number and State

## RESOLUTIONS AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY CASE AND RELATED MATTERS

**NOW THEREFORE, BE IT RESOLVED,** that the Board of Directors of Steiny and Company, Inc. (the "**Company**"), after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, have determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER,** that either Susan Steiny or Vincent Mauch (the "**Responsible Parties**") are hereby authorized to execute and cause to be filed a bankruptcy petition (and all related documents and papers) under Chapter 11 of the Bankruptcy Code to enable the Company to commence a Chapter 11 bankruptcy case;

**RESOLVED FURTHER,** that the Responsible Parties are hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy petition and representing the Company in the Chapter 11 bankruptcy case;

**RESOLVED FURTHER,** that the Responsible Parties are hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the bankruptcy case that the Responsible Parties deem to be in the best interests of the Company;

**RESOLVED FURTHER,** that the Responsible Parties are hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Parties deem necessary and proper in connection with the bankruptcy case;

**RESOLVED FURTHER,** that the authority granted to the Responsible Parties pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization.

Dated: November 22, 2016

_____
Susan Steiny, President

_____
Vincent Mauch, Chief Financial Officer

Dated: November **25**, 2016


_____
Susan Steiny, President


_____
Vincent Mauch, Chief Financial Officer

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Steiny and Company, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **B & C Transit, Inc. 7955 Edgewatr Drv Oakland, CA 94621** | **Rashidd Sigg** **(510) 483-3560** | | | | | **$873,838.08** |
| **JTB Supply Company, Inc. 1030 N Batav St A Orange, CA 92867** | **(714) 639-9498** | | | | | **$449,743.05** |
| **American Express Box 0001 Los Angeles, CA 90096-8000** | | | **Contingent Unliquidated Disputed** | | | **$338,227.07** |
| **WALTERS WHOLESALE ELECTRIC COMPANY 2825 TEMPLE A SIGNAL HILL, CA 90755** | **(310) 988-3100** | | | | | **$303,559.25** |
| **Tryco Electric, Inc. 6785 Srr C., St B Dublin, CA 94568** | **(925) 831-8271** | | | | | **$225,086.15** |
| **Jam Services, Inc. 958 E. Arwy Blvd. Livermore, CA 94551** | **(925) 455-5267** | | | | | **$190,133.00** |
| **Karish Electronics 2294-B North Batv Orange, CA 92865** | **(714) 516-1852** | | | | | **$189,288.98** |
| **Soffa Electric, Inc. (SEI) 5901 Corvett Strt Commerce, CA 90040** | | | | | | **$172,383.74** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __Steiny and Company, Inc._____     Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Azco**<br>**2250 Stwrt Str #9**<br>**Stockton, CA**<br>**95205-3244** | **(209) 943-2452** | | | | | **$171,175.29** |
| **FIRST FIRE SYSTEMS, INC.**<br>**6000 Venice Blvd.**<br>**Los Angeles, CA 90034** | **(323) 965-9300** | | | | | **$152,136.26** |
| **Alliant Insurance Services,Inc**<br>**1301 Dov Str #200**<br>**Newport Beach, CA 92660** | **(949) 756-0271** | | | | | **$149,440.00** |
| **Wex Bank**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | **(800) 492-0669** | | | | | **$145,287.57** |
| **Alston & Bird LLP**<br>**PO Box 933124**<br>**Atlanta, GA 31193-3124** | **(213) 576-1000** | | | | | **$136,443.89** |
| **Orange Co Elect Industry Funds**<br>**265 S. A D, S 215**<br>**Orange, CA 92868** | | | | | | **$116,141.53** |
| **SAF-T-CO SUPPLY**<br>**1300 E. Nrmnd Plc**<br>**Santa Ana, CA 92705-4138** | **(714) 547-9975** | | | | | **$94,576.06** |
| **Global Rental Co., Inc.**<br>**PO Box 11407**<br>**Birmingham, AL 36246-1384** | **(205) 991-7972** | | | | | **$89,642.72** |
| **Smithson Electric, Inc.**<br>**1938 Est Katl Av.**<br>**Orange, CA 92867-5109** | | | | | | **$86,349.62** |
| **Construction Laborers Trusts**<br>**4401 Sant Ant Avn Suite 150**<br>**El Monte, CA 91731** | **(626) 565-2721** | | | | | **$81,641.12** |
| **CED, Inc.**<br>**PO Box 14196**<br>**1045 W. K A, #250**<br>**Orange, CA 92863** | **Thom Catullo**<br><br>**(323) 224-4650** | | | | | **$69,256.35** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Steiny and Company, Inc.**                                    Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Card Services P.O. Box 94014 Palatine, IL 60094-4014** | | | | | | **$66,281.49** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **November 28, 2016**

**/s/ Vincent P. Mauch**
**Vincent P. Mauch**
Signature of Debtor

_____

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    *Page 1*    **F 1015-2.1.STMT.RELATED.CASES**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ron Bender**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **143364**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

      **Steiny and Company, Inc.**

CASE NO.:

CHAPTER: **11**

**VERIFICATION OF MASTER**
**MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __47__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  November 28, 2016

/s/ Vincent Mauch
Signature of Debtor 1

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

Steiny and Company, Inc.
12907 E. Garvey Ave.
Baldwin Park, CA 91706


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


A-1 Signal
12907 E. Grvy Avn
Baldwin Park, CA 91706


A.M. Concrete, Inc.
13170 Telfair Ave
Sylmar, CA 91392


Ababa Bolt
1466-1 Pionr Way
El Cajon, CA 92020


Accubid, A Div. of Trimble
PO Box 203558
Dallas, TX 75320-3558


ACCURATE MEASUREMENT SYSTEM
31280 FELICITA RO
TEMECULA, CA 92591


ADP, Inc.
PO Box 31001-1568
Pasadena, CA 91110-1568

AES Global, Inc.
5130 E. L P A., S
Anaheim, CA 92807


Ahern Rentals
Accounts Recvabl
PO Box 271390
Las Vegas, NV 89127


AJ Alarm Systems
P O Box 1069
Yorba Linda, CA 92885


Alameda Electrical Distributor
3875 Bay Cntr Plc
Hayward, CA 94545


Albert Killackey
226A Madeline Dr.
Monrovia, CA 91016


ALCORN FENCE COMPANY
1206 Wst Strk Avn
Orange, CA 92867


Aldo Branch
PO Box 5940
San Jose, CA 95150


Alexis Oil Co.
219 Glider Circle
Corona, CA 92880-2534

Alfonso Tire
12642 Maryvin St.
El Monte, CA 91732


Ali Salmirad
Slamirad, Morrow, Timpane & Dunn
17901 Von Karman Avenue, Ste. 500
Irvine, CA 92614


All Star Rents
2525 Claybank Rd
Fairfield, CA 94533


Alliant Insurance Services,Inc
1301 Dov Str #200
Newport Beach, CA 92660


Alpha Alarm & Audio Inc.
PO Box 911
Dixon, CA 95620


Alston & Bird LLP
PO Box 933124
Atlanta, GA 31193-3124


Altec Capital Services, LLC
33 Inverness Center Parkway
Ste. 200
Birmingham, AL 35242


American Express
Box 0001
Los Angeles, CA 90096-8000

American Express
Box 0001
Los Angeles, CA 90096-0001


ANGEL BUENO
EXPENSE REIMBURSE
CA


Anixter Inc.
P O Box 847428
Dallas, TX 75284-7428


Anthem Blue Cross
Department  5812
Los Angeles, CA 90074-5812


Antioch Building Materials
P O Box 870
Antioch, CA 94509


Applied Pest Management
P O Box 3317
Vallejo, CA 94590


ARC/Consolidated Reprographics
345 Clinton Strt
Costa Mesa, CA 92626-6011


Arco Business Solutions
P.O. Box 70995
Charlotte, NC 28272-0995

Armenak Kavcioglu
Raisin & Kavcioglu
10655 Ventura Blvd., Ste. 1200
Encino, CA 91436


Arrowhead Direct
PO BOX 856158
LOUISVILLE, KY 40285-6158


Asplundh Construction Corp
1710 Anaheim Way
Anaheim, CA 92805


ASSI Security
1370 Ry A. St 201
Irvine, CA 92614


ASSOCIATED AUTOMOTIVE SERVICE
746 N. Barrnc Av.
Covina, CA 91723


AT&T
P O Box 105068
Atlanta, GA 30348-5068


AT&T
PO Box 5025
Carol Stream, IL 60197-5025


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

AT&T U-Verse
PO Box 5014
Carol Stream, IL 05014


Atkinson Contractors, Inc.
27422 Portola Parkway
Suite 250
Foothill Ranch, CA 92610


Azco
2250 Stwrt Str #9
Stockton, CA 95205-3244


B & C Transit, Inc.
7955 Edgewatr Drv
Oakland, CA 94621


Baker's Concrete Cutting
P O Box 848
San Marcos, CA 92079


Barron & Associates
1600 S. M P, S 19
Walnut Creek, CA 94596


Basil Equipment
PO Box 6192
Bend, OR 97708


Battery Worx
837 Commercl Ave.
Tulare, CA 93274

Bay Line Cutting & Coring, Inc
501 Cesr Chvz St,
Suite #101B
San Francisco, CA 94124


Bayshore Materials
512 Solano Ave.
Vallejo, CA 94590


BC Traffic Specialist
638 W. Sthern Av.
Orange, CA 92865


BCI, LLC
PO Box 4033
Malibu, CA 90264


Beacon Electric Supply
9630 Chesapke Drv
San Diego, CA 92123


Bell Electrical Supply
316 Mathew Street
Santa Clara, CA 95050


Bell Products, Inc.
P O Box 396
722 Soscol Av
Napa, CA 94559


Bellecci & Associates, Inc.
2290 Dm B. S# 100
Concord, CA 94520

Benco Concrete, Inc.
PMB #90
2220 O L R. S
Chula Vista, CA 91915


Bert Williams & Sons, Inc.
525 North Bay Dr.
Napa, CA 94559


BICA Building Industry Credit
Association
P.O. Box 1900
Rancho Cucamonga, CA 91729-1900


BJ's Rentals
3959 Pacifc Hghwy
San Diego, CA 92110


BLUE CIRCLE CORP.
7520 Monroe Strt
Paramount, CA 90723


Blue Diamond Materials
135 S. S C, S 400
Brea, CA 92821


BlueLine Rental
PO Box 840062
Dallas, TX 75284-0062


Borsuk & Associates
1600 South Mn Plz
Suite 195
Walnut Creek, CA 94596

Boudreau Pipeline Corporation
463 N. Smith Aven
Corona, CA 92880


BPS TRUCK PARTS, INC.
14316 E ARROW HWY
BALDWIN PARK, CA 91706


BPXpress
4740 Est Sc S, 29
Benicia, CA 94510


Bridgestone Hosepower
PO Box 861777
Orlando, FL 32886-1777


Brooks Products
1850 Parco Ave.
Ontario, CA 91761


Burlington Safety Lab  SR
7087 Com Crc Un B
Pleasanton, CA 94588


Burrtec Waste Industri
VM Credit Card


C Below Subsurface Imaging
14280 Eulclid Av.
Chino, CA 91710

Cable, Pipe & Leak Detection,
Inc.
1466 Pn W, #1
El Cajon, CA 92020


Cal Storm Compliance Inc.
20 Radiance Lane
Rancho Santa Margarita, CA 92668


Cal-Duct Inc.
P O Box 520
Bloomington, CA 92316


Cal-Vet Services
4850 Bannock Crcl
San Jose, CA 95130


Calif. Crane Safety Consulting
1312 E. Brhm, Dr.
San Marcos, CA 92078


California Bank & Trust
465 California Street
San Francisco, CA 94104


California Service Tool, Inc.
3875 Bay Cntr Plc
Hayward, CA 94545


Canon Financial Services, Inc.
14904 Col Cnt Dr.
Chicago, IL 60693-0149

Canon Solutions America, Inc.
Can Busnss Soltns
15004 Cl Cn D
Chicage, IL 60693


Capitol One
P O Box 60599
City Industry, CA 91716-0599


Carmanah Technologies Corp
1400 Ol C R,S 411
Westbury, NY 11590-5119


Carmenita Truck Center
13443 E. Frwy Drv
Santa Fe Springs, CA 90670


Case Land Surveying, Inc.
614 N. Eckhff Str
Orange, CA 92868


Catalina Pacific Concrete
Dept. No. 77409
Los Angeles, CA 90084-7409


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


CED / San Diego
P.O. Box 509079
San Diego, CA 92510

CED, Inc.
PO Box 14196
1045 W. K A, #250
Orange, CA 92863


Cement Masons Admin. Account
5417 Peck Road
Arcadia, CA 91006-5847


Cemex-Pasadena
P.O. Box 100497
Pasadena, CA 91189-0497


Cerritos, City of
18125 Blmfeld Avn
Cerritos, CA 90703-3130


Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Chrisp Company
P O Box 1368
Fremont, CA 94538-0136


Chrysler Capital
PO Box 660335
Dallas, TX 75266


Chula Vista Electric Company
9344 Wheatlnds Rd
Santee, CA 92071

Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025


CITRIX SYSTEMS, INC.
PO Box 931686
Atlanta, GA 31193-1686


City of Dublin
Public Works
100 Civic Pla
Dublin, CA 94568


City of Los Angeles
Office of Finance
P.O. Box 5320
Los Angeles, CA 90053-0200


City of Los Angeles
Office of Finance
File 55806
Los Angeles, CA 90074-5806


City of Los Angeles Dept of Fire
Dp. Fr - Ct Hl Es
200 N. M S.
Los Angeles, CA 90012


City of Ontario
303 E. B Street
Ontario, CA 91764-4105


CITY OF PASADENA
100 N. GARFIELD A
PO BOX 7115
PASADENA, CA 91109-7215

City of Pinole
Busnss Licn/P Wrk
2131 Pear Str
Pinole, CA 94564-1774


Clarity Networks, LLC
1647 Wl P R. #500
Concord, CA 94520


Clary Corporation
150 E. Hntngt Drv
Monrovia, CA 91016


Clyde Crider
14721-B Gld Cr C.
Grass Valley, CA 95949


CNH Capital America LLC
100 Brubaker Ave
New Holland, PA 17557


Coast Crane Company
Dept. 33655
P.O. Box 3900
San Francisc, CA 94139


Coastline Equipment
R.O. Box 22732
Long Beach, CA 90801-5732


Commercial Scaffolding of CA, Inc.
14928 St Mp A
Gardena, CA 90248

Communications Supply Corp.
Wesco Recvbls Crp
3462 Sol Cn D
Chicago, IL 60677-3004


Computer Service Company
12907 E. Grvy Av.
Baldwin Park, CA 91709


Concrete, Inc.
P.O. Box 66001
Stockton, CA 95206


ConEst Software Systems
592 Harvey Road
Manchester, NH 03103


Construction Electronics Inc.
13715 Stowe Drive
Poway, CA 92064


Construction Laborers Trusts
4401 Sant Ant Avn
Suite 150
El Monte, CA 91731


Construction Market Data  CMD
P.O. Box 74008100
Chicago, IL 60674-8100


Corporation Service Company
c/o Gelco Corp
801 Adlai Stevenson Drive
Springfield, IL 62703

Costco Wholesale Membership
PO Box 34783
Seattle, WA 98124-1783


Countywide Mechanical Systems
Inc.
1400 N. Jhn A
El Cajon, CA 92020


CRESCO EQUIPMENT RENTALS
318 Stealth Court
Livermore, CA 94551-1616


Crosstown Electrical & Data,Inc
5463 Diaz Street
Irwindale, CA 91706


CT Lien Solutions
c/o Altec Capital Services
2727 Allen Parkway
Houston, TX 77019


Cyber Copy
621 Vo Al, St 608
Camarillo, CA 93012


Danco Tool & Supply
P.O. Box 1577
Bellflower, CA 90707


Daniels Tire Service
11850 Slausin Av.
PO Box 3708
Santa Fe Springs, CA 90670-2228

DAVIS WHOLESALE ELECTRIC, INC.
11581 VANOWEN STR
NORTH HOLLYWOOD, CA 91605


DDL Traffic Inc.
14658 Central Av.
Chino, CA 91710


Delta Rebar Service, Inc.
2410 Bates Ave.
Concord, CA 94520


DeYoung Power Systems, Inc.
2011 W. Park Aven
Redlands, CA 92373


Diamond Blade Warehouse
PO Box 5759
Vernon Hills, IL 60061


Ditch Witch Central California
7323 E. Manng Avn
Fowler, CA 93625


Ditch Witch Equipment Co.,Inc.
929 Stillwater Rd
West Sacramento, CA 95605


DMC-Dave's Mobile Crane Inc.
691 N. Mathld Av.
Sunnyvale, CA 94085-3509

DMV
P.O. Box 825339
Sacramento, CA 94232-5339


DMV RENEWAL
P.O. BOX 942839
SACRAMENTO, CA 94239-0299


DMV RENEWAL
P.O. BOX 942894
SACRAMENTO, CA 94294-0894


Dodge Data & Analytics
Dept CH 19894
Platine, IL 60055-9894


Drew Ford
8970 La Mes Blvd.
La Mesa, CA 91941


DRMcNatty & Associates
26300 La Al S 250
MISSION VIEJO, CA 92691-8306


Dutra Materials
1000 Pt. Sn Pd Rd
San Rafael, CA 94901-8312


E&L Forklift Service
204 Grn Dr St  B
El Cajon, CA 92020

E.L. Plumbing-Rooter
P.O. Box 8299
La Verne, CA 91750-9998


Earthcam, Inc.
84 Kennedy Street
Hackensack, NJ 07601


East Bay Tire Co.
2200 Huntngtn Drv
Unit C
Fairfield, CA 94533


EC America, Inc.
8444 Ws D., S 200
McLean, VA 22102


Econolite Control Products,Inc
DEPT LA 24173
Pasadena, CA 91185-4173


Electric Power Systems
Internationl Inc.
21 Millprk Cr
Marylnd Heights, MO 63043


Electrical Reliability Srv  s
24865 Network Plc
Chicago, IL 60673-1248


Elizabeth A. Walters
Walters, Townsend & Schaelen
411 Camino del Rio South, Ste. 202
San Diego, CA 92108

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280


Enterprise Fleet Management
Billing Srvcs Dpt
PO Box 80089
Kansas City, MO 64180-0089


ESSCO WHOLESALE ELECTRIC
5651 Dolly Ave.,
Buena Park, CA 90621


Exsell Sales Associates
1510 Dwight Drive
Glendale, CA 91207-1318


F.T.G. CONSTRUCTION MATERIALS
PO BOX 1508
LODI, CA 95241


Factory Motor Parts Co.
BIN 139107
PO Box 9107
Minneapolis, MN 55480-9107


Fairview Holdings II, LLC
119 S. Main Street
Suite 410
Seattle, WA 98104


Fastenal Company
P.O. Box 978
Winona, CA 55987

FedEx
P O Box 7221
Pasadena, CA 91109-7321


Fine Line Sawing & Drill, Inc.
AND DRILLING, IN
43191 OSGOOD
FREMONT, CA 94539


FireMaster
Dept 1019
P O Box 12109
Dallas, TX 75312-1019


FIRST FIRE SYSTEMS, INC.
6000 Venice Blvd.
Los Angeles, CA 90034


First Vanguard Rentals & Sales
Inc.
408 Un A, St
Fairfield, CA 94533


Fortel Traffic
5310 E. Huntr Av.
Anaheim, CA 92807


Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812


Freeman, Freeman & Smiley LLP
1888 Cntr Prk Est
Suite #1900
Los Angeles, CA 90067

Frontier Communications
P.O.Box 740407
Cincinnati, OH 45274-0407


FSP - South Flower Street
Associates, LLC
PO Box 71997
Los Angeles, CA 90071


G & C Equipment Corporation
1875 Wst Rd Bc B.
Suite 102
Gardena, CA 90247


Gallagher Bassett Services,Inc
Tw Prc Pl, 8th Fl
Itasca, IL 60143-3141


Gelco Corporation dba GE
Fleet Services
3 Capital Drive
Eden Prairie, MN 55344


Genuine Parts
Los Ang Fil 56893
Los Angeles, CA 90074-6893


Gexpro
2099 S. S C B., #
Attn: Juli
Anaheim, CA 92806


GlassRatner Advisory & Capital
Group LLC
3424 P R., NE
Atlanta, GA 30326

Glenn M. Gelman & Associates
1940 E. 17th Strt
Santa Ana, CA 92705


Global Rental Co., Inc.
PO Box 11407
Birmingham, AL 36246-1384


Global Road Sealing, Inc.
10832 Dorothy Av.
Garden Grove, CA 92843


Golden Bay Construction, Inc.
3826 Depot Road
Hayward, CA 94545


GOLDEN STATE BORING
AND PIPE JACKING,
2028 E. Ced S
Ontario, CA 91761


Goodyear Comm'l Tire
665 N. King Rd.
San Jose, CA 95133


Griffith Air Tool Inc.
13609 E. Rosc Av.
Santa Fe Springs, CA 90670


Grossmont Union High School

Harbor Freight Tools
P.O. Box 748076
Los Angeles, CA 90074-8076


Hardy & Harper Inc.
1312 E. Warnr Av.
Santa Ana, CA 92705


Harris Rebar Northern Calif.
355 South Vasc Rd
Livermore, CA 94550


HARTZOG & CRABILL, INC.
17852 E. 17 S, S
Tustin, CA 92780


HD Supply White Cap
HD Sup Wht Cap Cn
PO Box 6040
Cypress, CA 90630


HENKELS & MC COY, INC.
5787 PRESTON AVEN
LIVERMORE, CA 94550


HERC RENTALS INC.
F.K.A. Hrt Eqp Rn
P.O. Bx 65028
Dallas, TX 75265-0280


HHS Construction Inc.
2042 S. Grove Av.
Ontario, CA 91761

Hilti, Inc.
P O Box 382002
Pittsburgh, PA 15250-8002


Hirschfeld Kraemer LLP
505 Montgmry Strt
13th Floor
San Francisco, CA 94111


Home Depot Credit Services
P.O. Box 9121
Des Moines, IA 50368-9121


Home Tech Systems
7661 Dns Av. Un 1
Van Nuys, CA 91406


Hose-Man, Inc.
5397 Nrth Irw Avn
Irwindale, CA 91706-2025


Hutchinson & Bloodgood, LLP
PO Box 518
El Centro, CA 92244


IBEW Local Union #0332
P O Box 10864
Palo Alto, CA 94303


IBEW Local Union #0952
P.O. Box 45319
San Francisco, CA 94145-0319

Image Source
650 Es Hs Ln #540
San Bernadino, CA 92408


Incompli, Inc.
23441 Sth Pnt Dr.
Suite 190
Laguna Hills, CA 92653


Industrial High Voltage
P.O. Box 1188
Torrance, CA 90505-0188


Industry Tire Service, Inc.
121 Wrkmn Mill Rd
City Industry, CA 91746-2446


Integrity Data & Fiber, Inc s
6751 Hills Vw Drv
Vacaville, CA 95688


Internal Revenue Service
PO Box 145595, Stop 8420G
Cincinnati, OH 45250


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


InTouch MVC
5101 Grt Oak Dr.
Lakeland, FL 33815

IRWINDALE INDUSTRIAL CLINIC
6000 N. IRWINDALE
IRWINDALE, CA 91702


Iteris, Inc.
PO Box 842123
Los Angeles, CA 90084-2123


J. David Sackman
Reich, Adell & Cvitan
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010


Jackson & Foster Heating & Air
Conditioning
7574 Unvrs Av
La Mesa, CA 91942


Jam Services, Inc.
958 E. Arwy Blvd.
Livermore, CA 94551


Jani-King Of California, Inc.
LA Region
File 749201
Los Angeles, CA 90074-9201


Jensen Precast  - Sacramento
825 Steneri Way
Sparks, NV 89431


Jobsite Supply Co.
4720 Miss Grg Plc
San Diego, CA 92120

John Deere Construction & Forestry
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131


JTB Supply Company, Inc.
1030 N Batav St A
Orange, CA 92867


Karish Electronics
2294-B North Batv
Orange, CA 92865


Kerry K. Fennelly
Cornwell & Bladwin
1017 East Grand Ave
Escondido, CA 92025


La Calzada Trust
221 N. Ardmore
Los Angeles, CA 90004


Laborers Trust Funds No. CA
P O Box 45147
San Francisco, CA 94145


LADWP
P.O. Box 30808
Los Angeles, CA 90030-0808


LB Crushing
17859 Sn B., St C
Villa Park, CA 92861

Ledstar Inc.
131 Westcreek Dr.
Woodbrid, Ontario, L4L9N6
Canada


Les Schwab Tire Centers of
California Inc.
1240 W. Yos A
Manteca, CA 95337


Liberty Mutual Insurance Company
aka Safeco Attn Christine Bartholdt
PO Box 34670
Seattle, WA 98124


Line-X Kustoms and Accessories
3265 Est 18th Str
Antioch, CA 94509


Lombard Graphics
3619 San Gb Rv Pr
Pico Rivera, CA 90660-1403


Loop Masters Inc.
3792 Bidwell Driv
Yorba Linda, CA 92886


Lorna Walker
The Law Offices of Sweet & Walker
2380 Junipero Serra Blvd., Suite B
Daly City, CA 94015


Los Angeles Co Dept. of Pub Wks
900 S. Fremnt Avn
Alhambra, CA 91803

Los Bisnietos Trust
2440 Edgewater Terrace
Los Angeles, CA 90039


M.J. Directional, Inc.
PO Box 1126
Ontario, CA 91762


Main Electric Supply Co. LLC.
3600 Wst Segr Av.
Santa Ana, CA 92704


Marion T. Hack
Pepper Hamilton LLP
350 South Grand Ave, Ste. 3400
Los Angeles, CA 90071


Marksman Manufacturing
13609 E. Rosc Ave
Santa Fe Springs, CA 90670


Martin's Metal Fabrication
P.O. Box 1855
7260 Lewis Rd
Vacaville, CA 95687


Mathews & Sons Auto Repair
37 Sheridan Strt
Vallejo, CA 94590


Matthew T. Bechtel
Laquer, Urban, Clifford & Hodge LLP
225 South Lake Ave, Ste. 200
Pasadena, CA 91101

Maximum Oil Service
164 Rbls Dr. #207
Vallejo, CA 94591


McCain Traffic Supply
2365 Oak Ridg Way
Vista, CA 92081-8495


Melfred Borzall
2712 Airpart Driv
Santa Maria, CA 93455


Melissa W. Cook
Melissa W. Cook & Associates
3444 Camino del Rio North, Ste.106
San Diego, CA 92108


Menifee Union School District
30205 Manifee Rd.
Manifee, CA 92584-8109


MetLife
PO Box 804466
Kanas City, MO 64180


Michael J. Hoefs and Ira N. Glauber
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016


Misc Vendor Incorporation

```
Nancy T. Steiny
221 N. Ardmor Avn
Los Angeles, CA 90004


NANCY T. STEINY
201 NO. VAN NESS
LOS ANGELES, CA 90004


Nat'l Elec'l Benefit Fund #0332
VALLEJO UNIONS
CA


Nat'l Elec'l Benefit Fund #0440
SO SIERRAS EMPEE
P.O. Box 1214
San Bernardino, CA 92423


Nat'l Elec'l Benefit Fund #0595
VALLEJO UNIONS
CA


National Funds - IBEW #0011
P.O. Box 459
Pasadena, CA 91102


National Funds - IBEW #0952
100 E. C S, S #41
Pasadena, CA 91103


NECA-IBEW FMCP
Benefit Office
410 C A. S 30
Rossville, GA 30741
```

Never-Fail Loop Systems, Inc
12825 NE Arpr Way
Portland, OR 97230


Newcomb & Sons
718 Tenness Stret
Vallejo, CA 94590


Nold's Equipment, Inc.
5529 Monlaco Road
Long Beach, CA 90808


North Bay Warehouse Equipment
Company
2050 Cessn Dr
Vacaville, CA 95688


Norwood Construction
5301 By H S R, #E
Byron, CA 94514


Novani, LLC
900 Kearney Strt
Suite 388
San Francisco, CA 94133


O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801-9464


Office Depot
Dp 56- 6151030180
P O Box 68902
Des Moines, IA 50368-9020

Office Solutions, LLC
23303 La Palm Av.
Yorba Linda, CA 92887-4773


ONE TIME USE


One Time Utility Sales, Inc.
501 Garfield St.
Santa Ana, CA 92701


One Time/Individual/need 1099


Op Engineers Trust Fund   #003
1640 South Lp Rad
Alameda, CA 94502


Op Engineers Trust Fund  #0012
PO Box 844633
Los Angeles, CA 90084-4633


Oracle USA. Inc.
PO Box 71028
San Francisco, CA 94144-4471


Orange Co Elect Industry Funds
265 S. A D, S 215
Orange, CA 92868

P. G. & E.
P O Box 997300
Sacramento, CA 95899-7300


Patricia Spain
CA


PDQ Rental Center
10826 Shoemaker
Santa Fe Springs, CA 90670


PENHALL COMPANY
1801 PENHALL WAY
P. O.  BOX  4
ANAHEIM, CA 92803


Performance Turbochargers LLC
8482 Cherry Ave.
Fontana, CA 92335


Piracle
75 Remittance Drv
Chicago, IL 60675-6186


Pitney Bowes Global
Financl Srvcs LLC
P.O. Bx 37188
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
P O Box 371874
Pittsburgh, PA 15250-7874

Pleasanton Ready Mix Con, Inc
CONCRETE, INC.
P. O. BOX 8
PLEASANTON, CA 94566


Potrero Hills Landfill
P O Box 78513
Phoenix, AZ 85062-8513


Powell Electrical Systems, Inc
PO Box 12818
Houston, TX 77217-2818


Praxair Distribution
Dept. LA 21511
Pasadena, CA 91185-1511


Precision Directional Boring
PO Box 1057
Templeton, CA 93465


Principal Financial Group
Dept. 900
P.O. Box 1441
Des Moines, IA 50306-3416


Progressive Business Publicati
370 Technolgy Drv
P.O. Box 3019
Malvern, PA 19355


Purchase Power
P O Box 371874
Pittsburgh, PA 15250-7874

Qualified Benefits Inc.
21031 Ventr Blvrd
12th FL
Woodlnd Hills, CA 91364


Quality Lift Trucks
115 N. Glover Avn
Chula Vista, CA 91910-1009


Quinlan's Tire Service, Inc.
166 Watson Lane
American Cnyn, CA 94503


Quinn Rental Service
PO Box 849665
Los Angeles, CA 90084-9665


Quinn Rental Services, Inc.
PO Box 74093
Davis, CA 95617


R.J. Safety Co., Inc.
5675 Kr Vl R, S A
San Diego, CA 92123


Randy's Hydraulic Field Servic
9988 Hawthorn Ave
Hesperia, CA 92345


Raymond A. Policar
c/o Quinn Rental Services, Inc.
PO Box 74093
Davis, CA 95617

Ready-Cut, Inc.
12352 Richeon Avn
Downey, CA 90242


ReadyRefresh
PO Box 856158
Louisville, KY 40285-6158


Recology Vallejo
2021 Broadway
Vallejo, CA 94589


Reed & Graham Inc.
P.O. Box 5940
San Jose, CA 95150-5940


Reno A&E, LLC
4655 Aircntr Crcl
Reno, NV 89502


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


RMA Group
12130 Snt Mrg Crt
Rancho Cucamonga, CA 91730


Road & Site , Inc.
2736 Miramonte Pl
Ontario, CA 91761

Robertson's
P.O. Box 3600
200 S. Mn St.
Corona, CA 92878-1659


Rodi, Pollock, Pettker,
444 S. FS., S 170
Los Angeles, CA 90071-2901


Rohr Steel, Inc.
1281 E. Thrd Strt
Pomona, CA 91766


Roseburrough Tool, Inc.
630 N. Batav Strt
P O Box 1307
Orange, CA 92856-0307


Royal Wholesale Electric
P O Box 4157
Walnut Creek, CA 94596


Rush Truck Centers of
California, Inc.
PO Box 2208
Decatur, AL 35609-2208


S and S Supplies & Solutions
P.O. Box 1111
Martinez, CA 94553


S.C. Signs & Supplies LLC
2411 E. Winstn Rd
Anaheim, CA 92806

SAF-T-CO SUPPLY
1300 E. Nrmnd Plc
Santa Ana, CA 92705-4138


Safeco Insurance Company
PO Box 34526
Seattle, WA 98124


Safety Solutions
27702 Crw Val Prk
Suite D-4 #41
Ladera Ranch, CA 92694


Sage Software, Inc.
14855 Col Cnt Dr.
Chicago, IL 60693


Salamirad, Morrow, Timpane & Dunn
Attn: Teresa Polk
17901 Von Karmen Ave, Ste. 500
Irvine, CA 92614


San Diego Elect Ind Trusts
P.O. Box 231219
San Diego, CA 92193


San Gabriel Valley Water Co.
P O Box 5970
El Monte, CA 91734-1970


Sapper West
1927 49th Street
Sacramento, CA 95819

Sedgwick LLP
333 Bush Street,
30th Floor
San Francisco, CA 94104-2834


Shamrock Materials, Inc.
P O Box 808044
Petaluma, CA 94975-8044


Shawnee Construction Company
PO Box 1166
Chino, CA 91708-1166


SHI International Corp.
PO Box 952121
Dallas, TX 75395-2121


Siemens Industry Inc.
c/o Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618


Sierra Traffic Markings Inc.
3139 Swetzer Road
Loomis, CA 95650


Siliken Renewable Energy,
Inc.
1525 F A. S 1
Carlsbad, CA 92008


SIM - CO PRODUCTS, INC.
541 - A CURTOLA
VALLEJO, CA 94590-6924

SMART & FINAL
600 Citadel Drive
City of Commerce, CA 90040


Smithson Electric, Inc.
1938 Est Katl Av.
Orange, CA 92867-5109


So Cal Sanitation LLC
163 Sixth Ave.
City Industry, CA 91746


Soffa Electric, Inc.  SEI
5901 Corvett Strt
Commerce, CA 90040


Sonsray Machinery LLC.
PO Box 513929
Los Angeles, CA 90051


Southern Calif Concrete Cut
16522 Regn Crc #2
Huntington B, CA 92649


Southern Calif Edison-Rosemead
P.O. Box 300
Rosemead, CA 91772-0001


Southern Contracting Company
559 N. Tw Ok Vl R
San Marcos, CA 92069

Southwest Mobile Storage, Inc.
9551 Lucs Rnch Rd
Rancho Cucamonga, CA 91730


Southwest Traffic Systems, Inc
1934 E Clubhse Dr
Phoenix, AZ 85048


Stanley Convergent Security
Solutions, Inc.
8380 Cam Sn F
San Diego, CA 92121


Staples Advantage
Dept. LA
P.O. Box 8368
Chicago, IL 60696-3689


Star Tire Center, Inc.
3475 N. Peck Road
El Monte, CA 91731


STATE BOARD OF EQUALIZATION
P. O. BOX 94287
SACRAMENTO, CA 94279-6001


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279


Steiny Family Trust
221 N. Ardmore
Los Angeles, CA 90004

Steiny Family Trust
12907 Est Grv Avn
Baldwin Park, CA 91706


Steris Corporation
5960 Heisley Road
Mentor, OH 44060


Steven Enterprises, Inc.
P.O. Box 16307
Irvine, CA 92623-6307


SUNSTATE EQUIPMENT CO.
P.O. BOX 52581
PHOENIX, AZ 85072-2581


Superior Pavement Markings
5312 Cypress Strt
Cypress, CA 90630


Susan Graham Lovelace, Esq.
Matthew T. Bechtel, Esq.
225 South Lake Avenue, Suite 200
Pasadena, CA 91101-3030


SWARTZ GLASS CO.
4477 BEVERLY BLVD
LOS ANGELES, CA 90004


Swift Oil & Vacuum, Inc.
P O Box 1027
Walnut, CA 91788

Swinerton Builders
865 S. F S., S 30
Los Angeles, CA 90017


Syar Industries, Inc.
PO Box 2540
Napa, CA 94558-0524


TELEPACIFIC COMMUNICATIONS
PO Box 509013
San Diego, CA 92150-9013


Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592


Tesco Controls, Inc.
P O Box 299007
Sacramento, CA 95828


THE CARPENTER GROUP
222 NAPOLEON STRE
San Francisco, CA 94124-1028


THE REGENTS OF THE UNIV OF CA
CAPITAL PROGRAMS
1060 VETERN A
LOS ANGELES, CA 90095-1395


Thorson Motor Center
3456 E. Colorado
Pasadena, CA 91107

Time Warner Cable
P.O. Box 60074
City Industry, CA 91716-0074


TJW Engineering, Inc.
540 N. Gld Crc D,
Suite 104
Santa Ana, CA 92705


Tolar Mfg, Co., Inc.
258 Mariah Circle
Corona, CA 92879


Trade Service
13280 ev Cr D. St
Suite 200
San Diego, CA 92128-4344


Traffic Control Engineering
2687 Saturn St.
Brea, CA 92821-6703


Traffic Management, Inc.
2435 Lemon Ave.
Signal Hill, CA 90755


Trans-West Truck Center
P.O. Box 1220
10150 Chrr Av
Fontana, CA 92335


Trench Plate Rental Co.
13217 Laurldl Av.
Downey, CA 90242

Trustees of So California IBEW-NECA
6023 Garfield Ave
Los Angeles, CA 90040


Tryco Electric, Inc.
6785 Srr C., St B
Dublin, CA 94568


U.S. Healthworks - Los Angeles
P.O. Box 50042
Los Angeles, CA 90074


Uline
Attn: Accnts Recv
PO Box 88741
Chicago, IL 90680-1741


Ulises Pena
Employee Rmbrsmnt


Ulloa Automatic Transmission
6066 E. Olymp Blv
Los Angeles, CA 90022


United Rentals -   Modesto
File 51122
Los Angeles, CA 90074-1122


United Site Services of CA,Inc
P.O.Box 53267
Phoenix, AZ 85072-3267

Universal Reprographics Inc.
2706 Wilshr Blvrd
Los Angeles, CA 90057-3202


URS Corporation
PO Box 600
Highland, CA 92346


US Premium Finance


US Standard Products Corp.
P.O. Box 668985
Pompano Beach, FL 33066


Vallejo Garbage Service
2021 Broadway
Vallejo, CA 94589


Vallejo Sanitation Flood
Control District
PO Box 1320
Suisun City, CA 94585-4320


VANGUARD CONSTRUCTION
651 Enterpris Crt
Livermore, CA 94550


Veneklasen Associates, Inc.
1711 Sixtnth Strt
Santa Monica, CA 90404

Ventura County Credit Union
P.O. Box 6920
Ventura, CA 93006-9902


Verizon Business
PO Box 15043
Albany, NY 12212-5044


Verizon Credit Inc.
PO Box 650478
Dallas, TX 75265-0478


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vincent Mauch
Employee Rmbrsmnt


Volvo Construction Equipment
P.O. Bx 7247-6563
Philadelphia, PA 19170-6563


WALTERS WHOLESALE
ELECTRIC COMPANY
2825 TEMPLE A
SIGNAL HILL, CA 90755


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

WE-DO Equipment Repair & Suppl
299 E. Harrison
Corona, CA 92879


Wesco Distribution, Inc.
c/o Gaba Law Corporation
23141 Verdugo Dr., Ste. 205
Laguna Hills, CA 92653


Wesco Receivables Corp.
PO Box 31001-0465
Pasadena, CA 91110-0465


Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293


Wilson Bros. Trenching, Inc.
2851 E. Wht St A.
Unit B
Anaheim, CA 92806


Wolf's Towing Service
911 Westmnstr Avn
Alhambra, CA 91803


Woodcrest Engineering
15790 Rnch Vj Dr.
Riverside, CA 92506-5820


Xerox Corp
PO Box 7405
Pasadena, CA 91109-7405

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ron Bender**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
**143364**

*Attorney for:*

CASE NO.:
CHAPTER: **11**
ADVERSARY NO.:
(if applicable)

In re:

    **Steiny and Company, Inc.**

Debtor(s).

**ELECTRONIC FILING DECLARATION
(CORPORATION/PARTNERSHIP)**

**[LBR 1002-1(f)]**

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: **11/28/2016** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other *(specify):* | Date Filed: |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**November 28, 2016**
Date:

Signature (handwritten) of authorized signatory of Filing Party

**Vincent P. Mauch**
Printed name of authorized signatory of Filing Party

**Chief Financial Officer**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**November 28, 2016**
Date:

Signature (handwritten) of attorney for Filing Party

**Ron Bender 143364**
Printed Name of attorney for Filing Party

This form is mandatory  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                  **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**