United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 16-25619-WB
Steiny and Company, Inc.                                                  Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2016
                             Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
db              +Steiny and Company, Inc.,   12907 E. Garvey Ave.,   Baldwin Park, CA 91706-4531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
              Ali  Salamirad    on behalf of Creditor    Liberty Mutual Insurance Company as@smtdlaw.com,
               rb@smtdlaw.com
              Ali  Salamirad    on behalf of Creditor    Safeco Insurance Company Of America as@smtdlaw.com,
               rb@smtdlaw.com
              Alvin  Mar    on behalf of U.S. Trustee    United States Trustee (LA) alvin.mar@usdoj.gov
              Anne K Edwards     on behalf of Creditor    Rodi Pollock Pettker Christian & Pramov
               aedwards@rodipollock.com
              Beth Ann R Young    on behalf of Plaintiff    STEINY AND COMPANY, INC. bry@lnbyb.com
              Caroline  Djang    on behalf of Interested Party    Courtesy NEF cdjang@rutan.com
              David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
              Donna T Parkinson    on behalf of Creditor    ZB, N.A. dba Zions Bank donna@parkinsonphinney.com
              Jacqueline L James    on behalf of Plaintiff    STEINY AND COMPANY, INC. jlj@lnbyb.com
              Jacqueline L James    on behalf of Interested Party    Courtesy NEF jlj@lnbyb.com
              Jacqueline L James    on behalf of Debtor    Steiny and Company, Inc. jlj@lnbyb.com
              Jeffry D Sackman    on behalf of Creditor    Construction Laborers Trusts jds@rac-law.com
              Jolene  Tanner    on behalf of Creditor    UNITED STATES OF AMERICA on behalf of the INTERNAL
               REVENUE SERVICE jolene.tanner@usdoj.gov,    USACAC.criminal@usdoj.gov
              Jon F Gauthier    on behalf of Interested Party    Flatiron West, Inc. jgauthier@ftblaw.com,
               jrobinson@ftblaw.com
              Kerry K Fennelly    on behalf of Creditor    Inland Empire IBEW-NECA Trust Funds
               kfennelly@donaldsonandcornwell.com,
               fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell
               .com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com
              Kirsten A Worley    on behalf of Creditor    Mass. Electric Construction Company kw@wlawcorp.com,
               admin@wlawcorp.com
              Kirsten A Worley    on behalf of Creditor    Clark Construction Company kw@wlawcorp.com,
               admin@wlawcorp.com
              Lindsey L Smith    on behalf of Debtor    Steiny and Company, Inc. lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Plaintiff    STEINY AND COMPANY, INC. lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Luke N Eaton    on behalf of Creditor    Consolidated Electrical Distributors, Inc.
               eatonl@pepperlaw.com
              Matthew T Bechtel    on behalf of Creditor    Trustees of the Southern California IBEW-NECA Pension
               Plan, et al., Bechtel@luch.com,    cheryl@luch.com,kimberley@luch.com,gina@luch.com
              Michael I Gottfried    on behalf of Creditor    Enterprise Rent-A-Car of  Los Angeles, dba
               Enterprise Fleet Service mgottfried@lgbfirm.com,
               kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbf
               irm.com

```
District/off: 0973-2           User: admin                   Page 2 of 2                    Date Rcvd: Dec 19, 2016
                               Form ID: pdf042               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael Y Jung    on behalf of Interested Party    Courtesy NEF jung@luch.com, gina@luch.com,
               kimberley@luch.com
              Raymond A Policar    on behalf of Creditor    Quinn Rental Services, Inc. policarlaw@att.net
              Robert J Berens    on behalf of Creditor    Liberty Mutual Insurance Company rjb@smtdlaw.com,
               srodriguez@smtdlaw.com
              Robert J Berens    on behalf of Creditor    Safeco Insurance Company Of America rjb@smtdlaw.com,
               srodriguez@smtdlaw.com
              Ron Bender    on behalf of Plaintiff    STEINY AND COMPANY, INC. rb@lnbyb.com
              Ron Bender    on behalf of Debtor    Steiny and Company, Inc. rb@lnbyb.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE NATIONAL IBEW-NECA LABOR
               MANAGEMENT COOPERATION COMMITTEE lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND
                lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL
               EDUCATIONAL AND TRAINING TRUST FUND lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
               PENSION PLAN lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND
               WELFARE TRUST FUND lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
               LABOR-MANAGEMENT COOPERATION COMMITTEE lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    THE LOS ANGELES WORKERS CREDIT UNION
               ADMINISTRATIVE MAINTENANCE FUND lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    CONTRACT COMPLIANCE FUND lovelace@luch.com,
               jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR
               MANAGEMENT COOPERATION COMMITTEE lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL
               EDUCATION AND TRAINING TRUST FUND lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA
               SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND lovelace@luch.com, jason@luch.com,
               kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
               DEFINED CONTRIBUTION TRUST FUND lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Defendant    TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
               HEALTH TRUST FUND lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Susan Graham Lovelace    on behalf of Creditor    Trustees of the Southern California IBEW-NECA
                Pension Plan, et al., lovelace@luch.com, jason@luch.com,kimberley@luch.com
              Thomas Phinney    on behalf of Creditor    ZB, N.A. dba Zions Bank tom@parkinsonphinney.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              William S Brody    on behalf of Interested Party    Courtesy NEF wbrody@buchalter.com,
               dbodkin@buchalter.com;IFS_filing@buchalter.com
                                                                                             TOTAL: 46
```

RON BENDER (SBN 143364)
JACQUELINE L. JAMES (SBN 198838)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; jlj@lnbyb.com; lls@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor & Debtor in Possession

**FILED & ENTERED**

**DEC 19 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoan DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

STEINY AND COMPANY, INC.,

      Debtor and Debtor in Possession.

Case No.: 2:16-bk-25619-WB

Chapter 11 Case

**ORDER GRANTING EMERGENCY MOTION FOR AUTHORITY TO (1) PAY PRE-PETITION PRIORITY WAGES AND RELATED PAID TIME OFF, MEDICAL INSURANCE PREMIUMS, AND TAXES; AND (2) HONOR PAID TIME OFF OBLIGATIONS AND OTHER POLICIES**

Hearing:
DATE:    December 14, 2016
TIME:    3:00 p.m.
PLACE:   Courtroom 1375
         255 E. Temple Street
         Los Angeles, CA

1

1  A hearing was held on December 14, 2016 at 3:00 p.m., before the Honorable Julia Brand, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in Courtroom "1375" located at 255 E. Temple Street, Los Angeles, California, to consider the emergency motion (the "Motion") filed by Steiny and Company, Inc.., the Debtor and Debtor in Possession herein, for the entry of an order authorizing the Debtor to (1) pay pre-petition priority wages, including any related paid time off and other benefits, union dues, and applicable federal and state withholding and payroll taxes (collectively, "Wages") to their non-insider employees (collectively, "Employees," and each an "Employee"), provided that no Employee shall receive more than $12,850 for such Wages and no payment of Wages shall be made to an individual that is no longer employed by the Debtor at the time payments are made and (2) continue to honor the Debtor's paid time off obligations to Employees in the ordinary course of the Debtor's business. Appearances at the hearing on the Motion were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion, the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the emergency hearing on the Motion having been provided, finding that granting the relief requested in the Motion, subject to the terms of this Order, is necessary to avoid immediate and irreparable harm to the Debtor's estate and is therefore warranted under Rule 6003 of the Federal Rules of Bankruptcy Procedure, having received no opposition to the Motion, and other good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

A.  The Motion is granted in its entirety

B.  The capitalized terms in this order shall have the same meaning established for them in the Motion;

C.  The Debtor is authorized to pay and/or honor all pre-petition Wages of its Employees (including those Wages which are unpaid as a result of a pre-petition payroll check being returned for insufficient funds or otherwise dishonored), provided that no Employee shall receive more than $12,850 for such Wages and no payment of Wages shall be made to an individual that is no longer employed by the Debtor;

2

1      D.    The Debtor is authorized to pay outstanding federal and state withholding taxes, and payroll taxes;

    E.    The Debtor is authorized to continue to honor its paid time off obligations to Employees and policy regarding reimbursement of reasonable business expenses to Employees in the ordinary course of the Debtor's business.

**IT IS SO ORDERED.**

### # # #

Date: December 19, 2016

Julia W. Brand
United States Bankruptcy Judge

3