**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
    Lovelace@luch.com
Michael Y. Jung, State Bar No. 245260
    Jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Tel: (626) 449-1882 | Fax: (626) 449-1958

Counsel for Creditors, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>STEINY AND COMPANY, INC.,<br><br>    Debtor. | CASE NO.: 2:16-bk-25619-WB<br><br>Chapter 11<br><br>ASSIGNED TO THE HONORABLE JULIA W. BRAND<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE EXPENSES**<br><br>    <u>HEARING DATE</u><br>Date:  To be set<br>Time: To be set<br>Ctrm:  1375<br>Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles. California 90012 |

1
MOTION FOR ADMINISTRATIVE EXPENSES

1108190

PLEASE TAKE NOTICE that Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union (collectively, "Trustees"), hereby move this Court for the allowance and payment of their unpaid post-petition administrative expenses (i.e., fringe benefit contributions, liquidated damages, interest, and attorneys' fees and costs).

Pursuant to the Application for Order Setting Hearing on Shortened Notice filed concurrently herewith, the Trustees request that this motion be heard on shortened notice on January 5, 2017, at 2:00 p.m., on the basis that unless debtor, Steiny and Company, Inc. ("Steiny") pays its post-petition fringe benefit contributions owed on behalf of its employees, some of Steiny's Union employees will lose health benefits. Setting the Trustees' motion for hearing on January 5, 2017, also favors judicial economy, as a continued hearing on Steiny's motion for use of cash collateral is currently scheduled for that date.

PLEASE TAKE NOTICE that this motion will be made on the grounds that post-petition administrative expenses (i.e., fringe benefit contributions, interest, liquidated damages, attorneys' fees and other sums) are due the Trustees pursuant to §515 of ERISA, 29 U.S.C. §1145 and pursuant to the provisions of 11 U.S.C. §503(b)(1)(A) with respect to several collective bargaining agreements assumed by the Steiny and not rejected by Steiny under 11 U.S.C. §1113(a).

///

///

PLEASE TAKE NOTICE this motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, Declarations of Raul Rodriguez and Michael Y. Jung, Esq., filed herewith, any Reply Brief that may be filed, all the records, pleadings, and papers on file herein, and any argument presented by counsel at the hearing.

DATED: December 23, 2016    LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */S/ Michael Y. Jung*
    Counsel for Creditors, Trustees of the Southern California IBEW-NECA Pension Plan. et al.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 South Lake Avenue, Suite 200, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE EXPENSES
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service Information

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/23/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Luke N Eaton
PEPPER HAMILTON LLP
350 S Grand Ave, Ste 3400
Los Angeles, CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/23/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Courtroom 1375, 13th Floor, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2016 | Gina Marston | /s/ Gina Marston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**In Re: Steiny and Company, Inc.**
**Case No. 2:16-bk-25619-WB**

**SERVICE INFORMATION**

*Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
*Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com*

*Ron Bender on behalf of Debtor Steiny and Company, Inc.*
*rb@lnbyb.com*

*Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.*
*rb@lnbyb.com*

*Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company*
*rjb@smtdlaw.com, srodriguez@smtdlaw.com*

*Robert J Berens on behalf of Creditor Safeco Insurance Company Of America*
*rjb@smtdlaw.com, srodriguez@smtdlaw.com*

*William S Brody on behalf of Interested Party Courtesy NEF*
*wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com*

*Caroline Djang on behalf of Interested Party Courtesy NEF*
*cdjang@rutan.com*

*Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.*
*eatonl@pepperlaw.com*

*Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov*
*aedwards@rodipollock.com*

*Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds*
*kfennelly@donaldsonandcornwell.com,*
*fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com*

*Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.*
*jgauthier@ftblaw.com, jrobinson@ftblaw.com*

*Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba Enterprise Fleet Service*
mgottfried@lgbfirm.com,
kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com

*Jacqueline L James on behalf of Debtor Steiny and Company, Inc.*
jlj@lnbyb.com

*Jacqueline L James on behalf of Interested Party Courtesy NEF*
jlj@lnbyb.com

*Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.*
jlj@lnbyb.com

*Michael Y Jung on behalf of Interested Party Courtesy NEF*
jung@luch.com, gina@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)*
*alvin.mar@usdoj.gov*

*David W. Meadows on behalf of Interested Party Courtesy NEF*
*david@davidwmeadowslaw.com*

*Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank*
*donna@parkinsonphinney.com*

*Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank*
tom@parkinsonphinney.com

*Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.*
policarlaw@att.net

*Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts*
jds@rac-law.com

*Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company*
as@smtdlaw.com, rb@smtdlaw.com

*Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America*
as@smtdlaw.com, rb@smtdlaw.com

*Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.*
lls@lnbyb.com, lls@ecf.inforuptcy.com

*Lindsey L Smith on behalf of Interested Party Courtesy NEF*
lls@lnbyb.com, lls@ecf.inforuptcy.com

*Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.*
lls@lnbyb.com, lls@ecf.inforuptcy.com

*Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds*
nstarkman@wkclegal.com, syoung@wkclegal.com

*Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE*
jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

*United States Trustee (LA)*
ustpregion16.la.ecf@usdoj.gov

*Kirsten A Worley on behalf of Creditor Clark Construction Company*
kw@wlawcorp.com, admin@wlawcorp.com

*Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company*
kw@wlawcorp.com, admin@wlawcorp.com

*Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.*
bry@lnbyb.com