**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
    Lovelace@luch.com
Michael Y. Jung, State Bar No. 245260
    Jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Tel: (626) 449-1882 | Fax: (626) 449-1958

Counsel for Creditors, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:16-bk-25619-WB |
| STEINY AND COMPANY, INC., | Chapter 11 |
|     Debtor. | ASSIGNED TO THE HONORABLE JULIA W. BRAND |
| | **DECLARATION OF MATTHEW T. BECHTEL IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES** |
| | <u>HEARING DATE</u><br>Date:  To be set<br>Time: To be set<br>Ctrm:  1375<br>Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles. California 90012 |

I, Matthew T. Bechtel, declare:

1.      I am an attorney duly licensed to practice law in the State of California, and a member of the Bar of this Court. I am associated with the law firm of Laquer, Urban, Clifford & Hodge LLP ("LUCH"), counsel for creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al. ("Trustees"). If called as a witness, I could and would testify to the following based upon my own personal knowledge.

2.      I submit this declaration in support of the Trustees' Motion for Administrative Expenses filed concurrently herewith.

3.      Debtor, Steiny and Company, Inc. filed bankruptcy in this action on or about November 28, 2016. Immediately upon receipt of the notice of bankruptcy from Debtor, I filed a Request for Electronic Notice through the Court's NEF/ECF system. To date, I have received no pleadings that indicate that Debtor has made any efforts or filed any Motions to have the applicable collective bargaining agreements and related Trust Agreements rejected in accordance with the provisions of 11 U.S.C. §1113.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed at Pasadena, California, on December _23_, 2016.

By: _____
Matthew T. Bechtel

DECLARATION OF MATTHEW T. BECHTEL

1108559

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

225 South Lake Avenue, Suite 200, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): <u>DECLARATION OF MATTHEW T. BECHTEL IN</u>
<u>SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES</u>
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>12/23/2016</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service Information

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>12/23/2016</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Luke N Eaton
PEPPER HAMILTON LLP
350 S Grand Ave, Ste 3400
Los Angeles, CA 90071

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>12/23/2016</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Courtroom 1375, 13th Floor, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2016 | Gina Marston | | /s/ Gina Marston |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**In Re: Steiny and Company, Inc.**
**Case No. 2:16-bk-25619-WB**

## SERVICE INFORMATION

*Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
*Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com*

*Ron Bender on behalf of Debtor Steiny and Company, Inc.*
*rb@lnbyb.com*

*Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.*
*rb@lnbyb.com*

*Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company*
*rjb@smtdlaw.com, srodriguez@smtdlaw.com*

*Robert J Berens on behalf of Creditor Safeco Insurance Company Of America*
*rjb@smtdlaw.com, srodriguez@smtdlaw.com*

*William S Brody on behalf of Interested Party Courtesy NEF*
*wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com*

*Caroline Djang on behalf of Interested Party Courtesy NEF*
*cdjang@rutan.com*

*Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.*
*eatonl@pepperlaw.com*

*Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov*
*aedwards@rodipollock.com*

*Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds*
*kfennelly@donaldsonandcornwell.com,*
*fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com*

*Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.*
*jgauthier@ftblaw.com, jrobinson@ftblaw.com*

*Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba
Enterprise Fleet Service
mgottfried@lgbfirm.com,
kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfir
m.com;mmocciaro@lgbfirm.com*

*Jacqueline L James on behalf of Debtor Steiny and Company, Inc.
jlj@lnbyb.com*

*Jacqueline L James on behalf of Interested Party Courtesy NEF
jlj@lnbyb.com*

*Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.
jlj@lnbyb.com*

*Michael Y Jung on behalf of Interested Party Courtesy NEF
jung@luch.com, gina@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-
NECA Pension Plan, et al.,
lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS
CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE
IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES
COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL
ELECTRICAL BENEFIT FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)*
*alvin.mar@usdoj.gov*

*David W. Meadows on behalf of Interested Party Courtesy NEF*
*david@davidwmeadowslaw.com*

*Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank*
*donna@parkinsonphinney.com*

Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank
tom@parkinsonphinney.com

Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.
policarlaw@att.net

Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts
jds@rac-law.com

Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company
as@smtdlaw.com, rb@smtdlaw.com

Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America
as@smtdlaw.com, rb@smtdlaw.com

Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Interested Party Courtesy NEF
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds
nstarkman@wkclegal.com, syoung@wkclegal.com

Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the
INTERNAL REVENUE SERVICE
jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kirsten A Worley on behalf of Creditor Clark Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.
bry@lnbyb.com