**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
LOVELACE@LUCH.COM
Michael Y. Jung, State Bar No. 245260
JUNG@LUCH.COM
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Tel: (626) 449-1882 | Fax: (626) 449-1958

Counsel for Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

STEINY AND COMPANY, INC.,

Debtor.

CASE NO.: 2:16-bk-25619-WB

Chapter 11

ASSIGNED TO THE HONORABLE JULIA W. BRAND

**DECLARATION OF MICHAEL Y. JUNG IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES**

HEARING DATE
Date: To be set
Time: To be set
Ctrm: 1375
Edward R. Roybal Federal Building
255 E. Temple Street
Los Angeles, California 90012

I, MICHAEL Y. JUNG, DECLARE AND SAY:

1. I am an attorney duly licensed to practice law in the state of California. I am admitted before this Court. I am associated with the law firm of Laquer, Urban, Clifford & Hodge LLP ("LUCH"), legal counsel of record for Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al., ("Trustees"), and I am the attorney primarily responsible for the prosecution of this action. If called as a witness, I could and would testify to the following based upon my own personal knowledge:

2. I submit this declaration in support of the Notice of Motion and Motion for Administrative Expenses ("Motion") filed concurrently herewith.

**ATTORNEYS' FEES INCURRED**

3. Attorneys and staff personnel with the law firm of Laquer, Urban, Clifford & Hodge LLP ("LUCH") keep daily records of the time they work on each case. The work entries are made for each tenth-hour of the workday. The information is manually entered into a computer program and printed out on separate sheets for each case handled by our office. These printouts provide a summary of all work performed by the attorneys and staff in our office for each case. These summaries are used for client billing purposes.

4. I have reviewed the daily time records and summaries prepared for work performed by my office in connection with this motion. The attorneys' fees and time expended by our office on behalf of the plaintiffs in connection with this motion are summarized in **Exhibit "A"** attached hereto and incorporated by this reference. Exhibit A has been redacted remove all hours and entries not specifically related to the Trustees' Motion for Administrative Expenses. The redacted information is not relevant, and is protected by the attorney-client privilege and attorney work product doctrine. The columns read from left to right and include the date of the entry, the initials of the person who made the entry, a description of the work performed, the number of hours billed (units), the amount per hour that each person bills at (price), and the total amount billed (value). The total amounts of hours and fees listed on

Exhibit A have also been revised to reflect only work related to the Trustees' Motion for Administrative Expenses. The hourly rates charged by the firm have been $270.00 - $300.00 per hour for attorneys and $100.00 per hour for paralegals and law clerks. The total hours worked by our office related to the motion are 20.8. These hours are apportioned as follows:

| **Hours worked by Susan G. Lovelace (SGL)** | |
|---|---|
| 1.4 hours billed at $300.00 per hour | $420.00 |
| **Hours worked by Michael Y. Jung (MYJ)** | |
| 18.9 hours billed at $280.00 per hour | $5,292.00 |
| **Hours worked by Matthew T. Bechtel (MTB)** | |
| 0.5 hours billed at $270.00 per hour | $135.00 |
| **TOTAL ATTORNEYS' FEES** | **$5,847.00** |

5. In addition to the fees already incurred, the Trusts will incur additional attorney's fees at the rate of $280.00 per hour at the hearing on the motion, if such a hearing should be required by the Court. The Trusts have paid all billed amounts and have agreed to pay the full amount of attorney's fees associated with the prosecution of this action.

6. The vast bulk of the work performed in connection with this motion was performed by me. The amount of fees incurred in connection with my work is warranted based on my education, background and experience. I have been a licensed attorney in California since December 2006 and have been associated with LUCH since April 2010 performing litigation and regulatory work for various Taft-Hartley multi-employer trust funds.

7. Susan Graham Lovelace is a partner at LUCH. She obtained her J.D. from Loyola Law School in Los Angeles in 1992. She joined LUCH in November 2003. Her practice has primarily involved litigation and appellate work in state and federal courts. She has tried cases in court, both jury and non-jury, and has argued cases before the California Courts of Appeal. She is rated AV by Martindale-Hubbell.

Since 2003, a large percentage of her practice primarily involved handling collection actions for Taft-Hartley multi-employer trust funds.

8. Matthew T. Bechtel has been a licensed attorney since December 2008, and has been associated with LUCH since June 2009, performing similar work for various trusts. Mr. Bechtel received his J.D. from U.C. Hastings College of the Law in 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed at Pasadena, California, on the 23rd day of December, 2016.

By: /s/ *Michael Y. Jung*
Michael Y. Jung

# Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|

*Matter Id / Name:* *260.0363.3* *Steiny & Company (Bankruptcy)*



## Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | MTB | Conference with MYJ re: motion for administrative expenses. (Bankruptcy) | 423143 | T | 0.50 | 270.00 | 135.00 |

# Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | Initials: MTB | | | 0.50 | | $135.00 |

*Initials: MYJ*

| Date | Prof | Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/16/2016 | MYJ | Review court procedures for motion for administrative expenses. (Bankruptcy) | 422966 | T | 0.10 | 280.00 | 28.00 |
| 12/15/2016 | MYJ | Conduct legal research in support of motion for administrative expenses. (Bankruptcy) | 423021 | T | 1.20 | 280.00 | 336.00 |
| 12/15/2016 | MYJ | Draft motion for administrative expenses. (Bankruptcy) | 423023 | T | 1.50 | 280.00 | 420.00 |
| 12/16/2016 | MYJ | Draft motion for administrative expenses and supporting declarations. (Bankruptcy) | 423034 | T | 4.10 | 280.00 | 1,148.00 |

# Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| 12/19/2016 | MYJ | Conduct research in support of motion for administrative expenses. (Bankruptcy) | 423161 | T | 1.00 | 280.00 | 280.00 |
| 12/19/2016 | MYJ | Draft motion for administrative expenses and supporting declarations; prepare exhibits in support of same. (Bankruptcy) | 423162 | T | 3.90 | 280.00 | 1,092.00 |
| 12/20/2016 | MYJ | Draft motion for administrative expenses and supporting declarations; prepare exhibits in support of same. (Bankruptcy) | 423245 | T | 2.70 | 280.00 | 756.00 |
| [redacted] | | | | | | | |
| 12/21/2016 | MYJ | Draft and edit motion for administrative expenses and supporting declarations and exhibits. (Bankruptcy) | 423339 | T | 4.20 | 280.00 | 1,176.00 |
| 12/21/2016 | MYJ | Conference with SGL re motion for administrative expenses. (Bankruptcy) | 423364 | T | 0.20 | 280.00 | 56.00 |
| | | | Initials: MYJ | | 18.90 | | $5,292.00 |

*Initials: SGL*

[redacted]

# Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|



# Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|

[redacted]

# Laquer, Urban, Clifford & Hodge LLP

Transactions Atty Fees Listing Report - by tkpr

Search Description:
matter id = "260.0363.3" and component = "T" and date from 12/15/2016 to 12/22/2016

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Trans | Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | SGL | Review, revise and edit motion for administrative expenses, including memorandum of points and authorities, notice, declarations, exhibits, and all document re: order shortening time on hearing of motion; conference with MYJ re: same. (Bankruptcy) | 423348 | T | 1.40 | 300.00 | 420.00 |

| | Units | | Value |
|---|---|---|---|
| Initials: SGL | 1.40 | | $ 420.00 |
| Grand Total | 20.80 | | $5,847.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 South Lake Avenue, Suite 200, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF MICHAEL Y. JUNG IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service Information

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/23/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Luke N Eaton
PEPPER HAMILTON LLP
350 S Grand Ave, Ste 3400
Los Angeles, CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/23/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Courtroom 1375, 13th Floor, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2016 | Gina Marston | /s/ Gina Marston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In Re: Steiny and Company, Inc.**
**Case No. 2:16-bk-25619-WB**

**SERVICE INFORMATION**

*Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
*Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com*

*Ron Bender on behalf of Debtor Steiny and Company, Inc.*
*rb@lnbyb.com*

*Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.*
*rb@lnbyb.com*

*Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company*
*rjb@smtdlaw.com, srodriguez@smtdlaw.com*

*Robert J Berens on behalf of Creditor Safeco Insurance Company Of America*
*rjb@smtdlaw.com, srodriguez@smtdlaw.com*

*William S Brody on behalf of Interested Party Courtesy NEF*
*wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com*

*Caroline Djang on behalf of Interested Party Courtesy NEF*
*cdjang@rutan.com*

*Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.*
*eatonl@pepperlaw.com*

*Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov*
*aedwards@rodipollock.com*

*Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds*
*kfennelly@donaldsonandcornwell.com, fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com*

*Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.*
*jgauthier@ftblaw.com, jrobinson@ftblaw.com*

*Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba Enterprise Fleet Service*
mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com

*Jacqueline L James on behalf of Debtor Steiny and Company, Inc.*
jlj@lnbyb.com

*Jacqueline L James on behalf of Interested Party Courtesy NEF*
jlj@lnbyb.com

*Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.*
jlj@lnbyb.com

*Michael Y Jung on behalf of Interested Party Courtesy NEF*
jung@luch.com, gina@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN*
*lovelace@luch.com, jason@luch.com,kimberley@luch.com*

*Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)*
*alvin.mar@usdoj.gov*

*David W. Meadows on behalf of Interested Party Courtesy NEF*
*david@davidwmeadowslaw.com*

*Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank*
*donna@parkinsonphinney.com*

*Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank*
*tom@parkinsonphinney.com*

*Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.*
*policarlaw@att.net*

*Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts*
*jds@rac-law.com*

*Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company*
*as@smtdlaw.com, rb@smtdlaw.com*

*Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America*
*as@smtdlaw.com, rb@smtdlaw.com*

*Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Lindsey L Smith on behalf of Interested Party Courtesy NEF*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds*
*nstarkman@wkclegal.com, syoung@wkclegal.com*

*Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE*
*jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Kirsten A Worley on behalf of Creditor Clark Construction Company*
*kw@wlawcorp.com, admin@wlawcorp.com*

*Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company*
*kw@wlawcorp.com, admin@wlawcorp.com*

*Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.*
*bry@lnbyb.com*