# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
225 South Lake Avenue, Suite 200, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF JOANNE KELLER IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE MOTION FOR ADMINISTRATIVE EXPENSES
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See Attached Service Information

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/23/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Luke N Eaton
   PEPPER HAMILTON LLP
   350 S Grand Ave, Ste 3400
   Los Angeles, CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/23/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   The Honorable Julia W. Brand
   United States Bankruptcy Court
   Central District of California
   255 E. Temple Street, Courtroom 1375, 13th Floor, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/23/2016 | Gina Marston | /s/ Gina Marston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                               **F 9013-3.1.PROOF.SERVICE**

**In Re: Steiny and Company, Inc.**
**Case No. 2:16-bk-25619-WB**

### SERVICE INFORMATION

*Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

*Ron Bender on behalf of Debtor Steiny and Company, Inc.*
rb@lnbyb.com

*Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.*
rb@lnbyb.com

*Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company*
rjb@smtdlaw.com, srodriguez@smtdlaw.com

*Robert J Berens on behalf of Creditor Safeco Insurance Company Of America*
rjb@smtdlaw.com, srodriguez@smtdlaw.com

*William S Brody on behalf of Interested Party Courtesy NEF*
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

*Caroline Djang on behalf of Interested Party Courtesy NEF*
cdjang@rutan.com

*Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.*
eatonl@pepperlaw.com

*Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov*
aedwards@rodipollock.com

*Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds*
kfennelly@donaldsonandcornwell.com,
fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com

*Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.*
jgauthier@ftblaw.com, jrobinson@ftblaw.com

*Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba Enterprise Fleet Service*
mgottfried@lgbfirm.com,
kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com

*Jacqueline L James on behalf of Debtor Steiny and Company, Inc.*
jlj@lnbyb.com

*Jacqueline L James on behalf of Interested Party Courtesy NEF*
jlj@lnbyb.com

*Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.*
jlj@lnbyb.com

*Michael Y Jung on behalf of Interested Party Courtesy NEF*
jung@luch.com, gina@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN*
lovelace@luch.com, jason@luch.com,kimberley@luch.com

*Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)*
alvin.mar@usdoj.gov

*David W. Meadows on behalf of Interested Party Courtesy NEF*
david@davidwmeadowslaw.com

*Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank*
donna@parkinsonphinney.com

*Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank*
*tom@parkinsonphinney.com*

*Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.*
*policarlaw@att.net*

*Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts*
*jds@rac-law.com*

*Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company*
*as@smtdlaw.com, rb@smtdlaw.com*

*Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America*
*as@smtdlaw.com, rb@smtdlaw.com*

*Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Lindsey L Smith on behalf of Interested Party Courtesy NEF*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.*
*lls@lnbyb.com, lls@ecf.inforuptcy.com*

*Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds*
*nstarkman@wkclegal.com, syoung@wkclegal.com*

*Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE*
*jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Kirsten A Worley on behalf of Creditor Clark Construction Company*
*kw@wlawcorp.com, admin@wlawcorp.com*

*Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company*
*kw@wlawcorp.com, admin@wlawcorp.com*

*Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.*
*bry@lnbyb.com*