ALEXANDER B. CVITAN (CSB 81746)
J. DAVID SACKMAN (CSB 106703)
PETER A. HUTCHINSON (CSB 225399)
Members of REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Creditor Construction Laborers Trusts

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor and Debtor in Possession | CASE NO.: 2:16-bk-25619-WB<br>Chapter 11<br><br>**PROOF OF SERVICE RE RESPONSE OF CONSTRUCTION LABORERS TRUSTS TO MOTION BY DEBTOR TO USE CASH COLLATERAL (DOC. NO. 102)**<br><br>Date: January 5, 2017<br>Time: 2:00 PM<br>Courtroom: 1375 (Roybal) |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 9013.3.1.PROOF.SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3550 Wilshire Boulevard, Los Angeles, California 90010-2401.

A true and correct copy of the foregoing document entitled **PROOF OF SERVICE RE RESPONSE OF CONSTRUCTION LABORERS TRUSTS TO MOTION BY DEBTOR TO USE CASH COLLATERAL (DOC. NO. 102)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 3, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Matthew T Bechtel    Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com
- Ron Bender    rb@lnbyb.com
- Robert J Berens    rjb@smtdlaw.com, srodriguez@smtdlaw.com
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Melissa W Cook    mwccoast@aol.com, ldtorres@sbcglobal.net;j.j.kennedy@sbcglobal.net
- Caroline Djang    cdjang@rutan.com
- Luke N Eaton    eatonl@pepperlaw.com
- Anne K Edwards    aedwards@rodipollock.com
- Kerry K Fennelly    kfennelly@donaldsonandcornwell.com, fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com
- Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com
- Jacqueline L James    jlj@lnbyb.com
- Michael Y Jung    jung@luch.com, gina@luch.com,kimberley@luch.com
- Susan Graham Lovelace    lovelace@luch.com, jason@luch.com,kimberley@luch.com
- Alvin Mar    alvin.mar@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Donna T Parkinson    donna@parkinsonphinney.com
- Thomas Phinney    tom@parkinsonphinney.com
- Raymond A Policar    policarlaw@att.net
- Jeffry D Sackman    jds@rac-law.com
- Ali Salamirad    as@smtdlaw.com, rb@smtdlaw.com
- Wayne A Silver    w_silver@sbcglobal.net
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Nicholas Starkman    nstarkman@wkclegal.com, syoung@wkclegal.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kirsten A Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 4, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

**F 9013.3.1.PROOF.SERVICE**

-2-

sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY AND OVERNIGHT MAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, **on January 4, 2017**, I served the following persons and/or entities by personal delivery and overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Courtesy Copy
Hon. Julia W. Brand
Los Angeles Division
United States Bankruptcy Court
Roybal Federal Building
255 East Temple St., Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 4, 2017 | Mary Helen Lopez | /s/ Mary Helen Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 9013.3.1.PROOF.SERVICE

-3-