**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
    Lovelace@luch.com
Michael Y. Jung, State Bar No. 245260
    Jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Tel: (626) 449-1882 | Fax: (626) 449-1958

Counsel for Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>STEINY AND COMPANY, INC.,<br><br>    Debtor. | CASE NO.: 2:16-bk-25619-WB<br><br>Chapter 11<br><br>ASSIGNED TO THE HONORABLE JULIA W. BRAND<br><br>**SUPPLEMENTAL DECLARATION OF RAUL RODRIGUEZ IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES**<br><br><u>HEARING DATE</u><br>Date:  February 2, 2017<br>Time: 10:00 a.m.<br>Ctrm:  1375<br>Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, California 90012 |

1
SUPPLEMENTAL DECLARATION OF RAUL RODRIGUEZ

1115995

I, RAUL RODRIGUEZ, declare:

1. I am over 18 years of age and work in the County of Los Angeles, State of California. I make this supplemental declaration in support of Creditor's Notice of Motion and Motion for Administrative Expenses. If called as a witness in this action, I would testify to the following based on my personal knowledge.

2. I am the Manager of the Employer Contributions Department for the Southern California IBEW-NECA Administrative Corporation ("Admin Corp."). At all times material hereto, the Admin Corp. has handled various administrative functions (including collecting fringe benefit contributions) for creditors Trustees ("Trustees") of the Southern California IBEW-NECA Pension Plan, Southern California IBEW-NECA Defined Contribution Trust Fund, Southern California IBEW-NECA Health Trust Fund ("Health Fund"), Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Los Angeles County Electrical Educational and Training Trust Fund, National Electrical Benefit Fund, Southern California IBEW-NECA Labor-Management Cooperation Committee ("So. Cal. LMCC"), National NECA-IBEW Labor-Management Cooperation Committee Trust Fund ("National LMCC"), Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union (collectively "Trusts").

3. In my capacity as Manager of the Employer Contributions Department, I am the primary individual responsible for supervising the compliance of various employers in Southern California with their obligations to the Trustees under various collective bargaining agreements, trust agreements, and other agreements and stipulations, and I have access to, and am one of the Custodians of, the Employer Contributions Department's files maintained by the Admin Corp.

4. My administrative duties and functions for the Admin Corp. include: reviewing monthly fringe benefit reports and fringe benefit contributions from employers; assisting in the identification of delinquent employers; supervising the auditors who perform audits of employers to confirm their compliance with their

obligations to the Trustees; pursuing, following up with and collecting from employers who have failed to properly prepare and/or submit monthly fringe benefit reports and/or properly pay fringe benefit contributions to effect collection; and determining liquidated damages and interest due, and other fees and charges that employers may, from time to time, incur to the Trustees under their collective bargaining agreements.

5. Based on the foregoing, I am intimately familiar with the establishment and operation of each of the Trustees' Trusts with respect to employers in Southern California.

6. The Employer Contributions Department maintains an employer file for each participating employer's accounts related to each collective bargaining agreement to which they are bound. Such employer files customarily contain, among other items, written agreements binding the employer to the applicable collective bargaining agreements, record of any payments received from the employer, the original monthly report forms prepared by the employer and submitted to the Admin Corp. with payment of the contributions, the originals or copies of correspondence to and from the employer, any payment proposals between the employer and the Trustees, and, where the employer has failed to pay amounts that are due, documents prepared by my staff indicating the amounts of the employer's delinquencies.

7. I have reviewed the file maintained by the Admin Corp for debtor, Steiny and Company, Inc. ("Debtor"). On or about January 12, 2017, Debtor submitted monthly contribution reports to the Admin Corp. in the usual course of business related to work performed under the Master Agreements during December 2016, wherein Debtor admitted to owing contributions totaling $114,187.44 to the Trusts.

8. As of the date of this declaration, Debtor has not paid any of the $114,187.44 for fringe benefit contributions owed to the Trusts related to work performed during December 2016 pursuant to the Master Agreements, and these contributions are now delinquent.

9.  My office has committed numerous staff members and expended substantial work hours reviewing certified payroll reports submitted to my office by Debtor in efforts to prepare project specific conditional releases to enable Debtor to obtain progress payments from its general contractors. In order for the Trusts to issue a conditional release, my office must conduct a detailed review of each certified payroll report to ensure that the hours and contribution rates are accurately reported, which is in essence the same analysis that my office would conduct for an employer audit. Currently, my office is reviewing certified payroll reports for over 100 projects at Debtor's request. This type of extensive review of voluminous certified payroll reports far exceeds that of typical employers and is well beyond the normal scope of duties and services provided by the Administrative Corporation. I estimate that my office has expended approximately 123 employee work hours since December 2016 specifically related to addressing Debtor's delinquencies, the bulk of which related to the above review of Debtor's certified payroll reports in preparation of the requested releases. Applying the standard audit rate of $45.00 per hour (which would typically be billed to employers following a Trust Fund audit), I estimate that my office has incurred over $5,500.00 for costs related to the Debtor from December 2016 through present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed at Commerce, California, on January 25, 2017.

By: _____
RAUL RODRIGUEZ

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 South Lake Avenue, Suite 200, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL DECLARATION OF RAUL RODRIGUEZ IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/26/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service Information

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/26/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Luke N Eaton, PEPPER HAMILTON LLP, 350 S Grand Ave, Ste 3400, Los Angeles, CA 90071
Levene, Neale, Bender, Yoo & Brill, LLP, 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/26/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Courtroom 1375, 13th Floor, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/26/2017 | Gina Marston | /s/ Gina Marston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO SERVICE INFORMATION

Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant CONTRACT COMPLIANCE FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Ron Bender on behalf of Debtor Steiny and Company, Inc.
rb@lnbyb.com

Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.
rb@lnbyb.com

Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company
rjb@smtdlaw.com, srodriguez@smtdlaw.com

Robert J Berens on behalf of Creditor Safeco Insurance Company Of America
rjb@smtdlaw.com, srodriguez@smtdlaw.com

Scott E Blakeley on behalf of Interested Party Courtesy NEF
seb@blakeleyllp.com, ecf@blakeleyllp.com

William S Brody on behalf of Interested Party Courtesy NEF
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Ronald Clifford on behalf of Creditor Committee Official Committee of Unsecured Creditors
rclifford@blakeleyllp.com,
ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com

Melissa W Cook on behalf of Interested Party Courtesy NEF
mwccoast@aol.com, ldtorres@sbcglobal.net;j.j.kennedy@sbcglobal.net

Caroline Djang on behalf of Interested Party Courtesy NEF
cdjang@rutan.com

Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.
eatonl@pepperlaw.com

Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov
aedwards@rodipollock.com

Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds
kfennelly@donaldsonandcornwell.com,
fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com

Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.
jgauthier@ftblaw.com, jrobinson@ftblaw.com

Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba Enterprise Fleet Service
mgottfried@lgbfirm.com,
kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com

Jacqueline L James on behalf of Debtor Steiny and Company, Inc.
jlj@lnbyb.com

Jacqueline L James on behalf of Interested Party Courtesy NEF
jlj@lnbyb.com

Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.
jlj@lnbyb.com

Michael Y Jung on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
jung@luch.com, gina@luch.com,kimberley@luch.com

Michael Y Jung on behalf of Interested Party Courtesy NEF
jung@luch.com, gina@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank
donna@parkinsonphinney.com

Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank
tom@parkinsonphinney.com

Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.
policarlaw@att.net

Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts
jds@rac-law.com

Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company
as@smtdlaw.com, rb@smtdlaw.com

Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America
as@smtdlaw.com, rb@smtdlaw.com

Wayne A Silver on behalf of Creditor Santa Clara VTA
w_silver@sbcglobal.net

Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Interested Party Courtesy NEF
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds
nstarkman@wkclegal.com, syoung@wkclegal.com

Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the
INTERNAL REVENUE SERVICE
jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Dennis Winters on behalf of Creditor Diarmuid Noone
winterslawfirm@cs.com

Kirsten A Worley on behalf of Creditor Clark Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.
bry@lnbyb.com