**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
    Lovelace@luch.com
Michael Y. Jung, State Bar No. 245260
    Jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Tel: (626) 449-1882 | Fax: (626) 449-1958

Counsel for Creditors, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:16-bk-25619-WB |
| STEINY AND COMPANY, INC., | Chapter 11 |
| Debtor. | ASSIGNED TO THE HONORABLE JULIA W. BRAND |
| | **SUPPLEMENTAL DECLARATION OF MATTHEW T. BECHTEL IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES** |
| | <u>HEARING DATE</u><br>Date: February 2, 2017<br>Time: 10:00 a.m.<br>Ctrm: 1375<br>Edward R. Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, California 90012 |

1
SUPPLEMENTAL DECLARATION OF MATTHEW T. BECHTEL

1116175

I, Matthew T. Bechtel, declare:

1. I am an attorney duly licensed to practice law in the State of California, and a member of the Bar of this Court. I am associated with the law firm of Laquer, Urban, Clifford & Hodge LLP ("LUCH"), counsel for creditors, Trustees of the Southern California IBEW-NECA Pension Plan, et al. ("Trustees"). If called as a witness, I could and would testify to the following based upon my own personal knowledge.

2. I submit this supplemental declaration in support of the Trustees' Motion for Administrative Expenses filed concurrently herewith.

3. Counsel for Steiny and Company, Inc. ("Debtor") has requested that my office provide numerous project specific releases by the Trustees that will enable Debtor to obtain progress payments from its general contractors on numerous projects. In order to provide these releases, the administrative offices of the Trustees are required to conduct a detailed analysis of certified payroll reports (prepared by Debtor under penalty of perjury) and calculate specific amounts due on each project and to confirm that Debtor has accurately reported work each respective project. It is critical that this analysis be accurate because the releases requested by Debtor relinquish any future rights for the Trustees to pursue claims on the subject projects. Currently, the administrative offices of the Trustees are reviewing certified payroll reports for at least 100 separate projects in order to provide Debtor the requested releases. Debtor has complicated this process by refusing to provide a simple list of its current and recently completed projects.

4. From January 12, 2017, through January 16, 2017, I prepared and provided Debtor's counsel with eight conditional project releases totaling $373,981.58, which include some contributions reported in the Debtor's monthly reports for November 2016. The Trustees have received payment of $50,291.39 for a single project covering work performed through October 2016, none of which relates to the contributions reported in the Debtor's monthly reports for November 2016 and

which are the subject of this motion.

5. Based on my review of the monthly contribution reports submitted by Debtor for November 2016 and December 2016, it appears that the vast majority of Debtor's IBEW Union employees continued to be employed by Debtor in both November 2016 and December 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could and would competently testify thereto.

Executed at Pasadena, California, on January 26, 2017.

By: _____
Matthew T. Bechtel

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

225 South Lake Avenue, Suite 200, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL DECLARATION OF MATTHEW T. BECHTEL IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/26/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See Attached Service Information

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/26/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Luke N Eaton, PEPPER HAMILTON LLP, 350 S Grand Ave, Ste 3400, Los Angeles, CA 90071
   Levene, Neale, Bender, Yoo & Brill, LLP, 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/26/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   The Honorable Julia W. Brand
   United States Bankruptcy Court
   Central District of California
   255 E. Temple Street, Courtroom 1375, 13th Floor, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/26/2017 | Gina Marston | | /s/ Gina Marston |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO SERVICE INFORMATION

Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant CONTRACT COMPLIANCE FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Ron Bender on behalf of Debtor Steiny and Company, Inc.
rb@lnbyb.com

Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.
rb@lnbyb.com

Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company
rjb@smtdlaw.com, srodriguez@smtdlaw.com

Robert J Berens on behalf of Creditor Safeco Insurance Company Of America
rjb@smtdlaw.com, srodriguez@smtdlaw.com

Scott E Blakeley on behalf of Interested Party Courtesy NEF
seb@blakeleyllp.com, ecf@blakeleyllp.com

William S Brody on behalf of Interested Party Courtesy NEF
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Ronald Clifford on behalf of Creditor Committee Official Committee of Unsecured Creditors
rclifford@blakeleyllp.com,
ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com

Melissa W Cook on behalf of Interested Party Courtesy NEF
mwccoast@aol.com, ldtorres@sbcglobal.net;j.j.kennedy@sbcglobal.net

Caroline Djang on behalf of Interested Party Courtesy NEF
cdjang@rutan.com

Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.
eatonl@pepperlaw.com

Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov
aedwards@rodipollock.com

Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds
kfennelly@donaldsonandcornwell.com,
fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com

Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.
jgauthier@ftblaw.com, jrobinson@ftblaw.com

Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba Enterprise Fleet Service
mgottfried@lgbfirm.com,
kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com

Jacqueline L James on behalf of Debtor Steiny and Company, Inc.
jlj@lnbyb.com

Jacqueline L James on behalf of Interested Party Courtesy NEF
jlj@lnbyb.com

Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.
jlj@lnbyb.com

Michael Y Jung on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
jung@luch.com, gina@luch.com,kimberley@luch.com

Michael Y Jung on behalf of Interested Party Courtesy NEF
jung@luch.com, gina@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN
lovelace@luch.com, jason@luch.com,kimberley@luch.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank
donna@parkinsonphinney.com

Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank
tom@parkinsonphinney.com

Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.
policarlaw@att.net

Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts
jds@rac-law.com

Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company
as@smtdlaw.com, rb@smtdlaw.com

Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America
as@smtdlaw.com, rb@smtdlaw.com

Wayne A Silver on behalf of Creditor Santa Clara VTA
w_silver@sbcglobal.net

Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Interested Party Courtesy NEF
lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.
lls@lnbyb.com, lls@ecf.inforuptcy.com

Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds
nstarkman@wkclegal.com, syoung@wkclegal.com

Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the
INTERNAL REVENUE SERVICE
jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Dennis Winters on behalf of Creditor Diarmuid Noone
winterslawfirm@cs.com

Kirsten A Worley on behalf of Creditor Clark Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.
bry@lnbyb.com