RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
JACQUELINE L. JAMES (SBN 198838)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; jlj@lnbyb.com; lls@lnbyb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:16-bk-25619-WB |
| STEINY AND COMPANY, INC., | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST** |
| | **Bar Date: <u>March 20, 2017</u>** |

**TO ALL CREDITORS, EQUITY AND INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

## <u>NOTICE OF CLAIMS BAR DATE</u>

The Bankruptcy Court has set a deadline of March 20, 2017, for creditors of, and holders of interests in, Steiny and Company, Inc., Chapter 11 debtor and debtor in possession in the above-entitled Chapter 11 bankruptcy case (collectively, the "<u>Debtor</u>"), to file proofs of claim against, or proofs of interest in, the Debtor's estate.

The exceptions to this deadline for filing proofs of claims or interest are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) March 20, 2017, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed: (a) before 180 days after the date of the order for relief in this case, or (b) March 20, 2017, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) March 20, 2017, whichever is later.

If you are listed on the Schedules of Assets and Liabilities of the Debtor <u>and</u> your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your

1   claim or interest is scheduled (secured, unsecured, preferred stock, common stock, *etc.*) is correct.

2   11 U.S.C. § 1111(a).

3        If your claim or interest is not listed on the schedules <u>or</u> is scheduled as disputed,

4   contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled

5   for your claim or interest, you must file a proof of claim or interest.

6

7   **Failure of a creditor or interest holder to file timely a proof of claim or interest on or**

8   **before the deadline may result in disallowance of the claim or interest or subordination**

9   **under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. §**

10   **502(b)(9).  Creditors and interest holders may wish to consult an attorney to protect their**

11   **rights.**

12   Dated: January 30, 2017        By:   */s/ Lindsey L. Smith*

13                  Ron Bender
Jacqueline L. James

14                  Lindsey L. Smith

15                  Levene, Neale, Bender, Yoo & Brill L.L.P.
Attorneys for Chapter 11 Debtor

16                  and Debtor in Possession

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ *Service information continued on attached page*

**2.   SERVED BY UNITED STATES MAIL**: On **January 30, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Courtesy Copy
Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ *Service information continued on attached page*

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 30, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 30, 2017** | John Berwick | */s/ John Berwick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Matthew T Bechtel on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant CONTRACT COMPLIANCE FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION
ADMINISTRATIVE MAINTENANCE FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR
MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL
EDUCATIONAL AND TRAINING TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT
FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR
MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL
EDUCATION AND TRAINING TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND
WELFARE TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA
SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
DEFINED CONTRIBUTION TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
HEALTH TRUST FUND
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
LABOR-MANAGEMENT COOPERATION COMMITTEE
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

Matthew T Bechtel on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA
PENSION PLAN
Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com,gina@luch.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                    **F 9013-3.1.PROOF.SERVICE**

1

Ron Bender on behalf of Debtor Steiny and Company, Inc.
rb@lnbyb.com

2

Ron Bender on behalf of Plaintiff STEINY AND COMPANY, INC.
rb@lnbyb.com

3

4

Robert J Berens on behalf of Creditor Liberty Mutual Insurance Company
rjb@smtdlaw.com, srodriguez@smtdlaw.com

5

Robert J Berens on behalf of Creditor Safeco Insurance Company Of America
rjb@smtdlaw.com, srodriguez@smtdlaw.com

6

7

Scott E Blakeley on behalf of Interested Party Courtesy NEF
seb@blakeleyllp.com, ecf@blakeleyllp.com

8

William S Brody on behalf of Interested Party Courtesy NEF
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

9

Ronald Clifford on behalf of Creditor Committee Official Committee of Unsecured Creditors
rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com

10

11

Melissa W Cook on behalf of Interested Party Courtesy NEF
mwccoast@aol.com, ldtorres@sbcglobal.net;j.j.kennedy@sbcglobal.net

12

Caroline Djang on behalf of Interested Party Courtesy NEF
cdjang@rutan.com

13

14

Luke N Eaton on behalf of Creditor Consolidated Electrical Distributors, Inc.
eatonl@pepperlaw.com

15

Anne K Edwards on behalf of Creditor Rodi Pollock Pettker Christian & Pramov
aedwards@rodipollock.com

16

17

Kerry K Fennelly on behalf of Creditor Inland Empire IBEW-NECA Trust Funds
kfennelly@donaldsonandcornwell.com,
fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com

18

19

Jon F Gauthier on behalf of Interested Party Flatiron West, Inc.
jgauthier@ftblaw.com, jrobinson@ftblaw.com

20

Michael I Gottfried on behalf of Creditor Enterprise Rent-A-Car of Los Angeles, dba Enterprise Fleet Service
mgottfried@lgbfirm.com,
kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com

21

22

23

Jacqueline L James on behalf of Debtor Steiny and Company, Inc.
jlj@lnbyb.com

24

Jacqueline L James on behalf of Interested Party Courtesy NEF
jlj@lnbyb.com

25

26

Jacqueline L James on behalf of Plaintiff STEINY AND COMPANY, INC.
jlj@lnbyb.com

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

Michael Y Jung on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,

2
jung@luch.com, gina@luch.com,kimberley@luch.com

3
Michael Y Jung on behalf of Interested Party Courtesy NEF
jung@luch.com, gina@luch.com,kimberley@luch.com

4

5
Susan Graham Lovelace on behalf of Creditor Trustees of the Southern California IBEW-NECA Pension Plan, et al.,
lovelace@luch.com, jason@luch.com,kimberley@luch.com

6

7
Susan Graham Lovelace on behalf of Defendant CONTRACT COMPLIANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

8
Susan Graham Lovelace on behalf of Defendant THE LOS ANGELES WORKERS CREDIT UNION ADMINISTRATIVE MAINTENANCE FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

9

10
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

11

12
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

13

14
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

15

16
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

17

18
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

19

20
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE RIVERSIDE COUNTY HEALTH AND WELFARE TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

21

22
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEV/-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

23

24
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

25

26
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND
lovelace@luch.com, jason@luch.com,kimberley@luch.com

27

28
Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE
lovelace@luch.com, jason@luch.com,kimberley@luch.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-3.1.PROOF.SERVICE**

1

Susan Graham Lovelace on behalf of Defendant TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN
lovelace@luch.com, jason@luch.com,kimberley@luch.com

2

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

3

4

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

5

Donna T Parkinson on behalf of Creditor ZB, N.A. dba Zions Bank
donna@parkinsonphinney.com

6

7

Thomas Phinney on behalf of Creditor ZB, N.A. dba Zions Bank
tom@parkinsonphinney.com

8

Raymond A Policar on behalf of Creditor Quinn Rental Services, Inc.
policarlaw@att.net

9

10

Jeffry D Sackman on behalf of Creditor Construction Laborers Trusts
jds@rac-law.com

11

Ali Salamirad on behalf of Creditor Liberty Mutual Insurance Company
as@smtdlaw.com, rb@smtdlaw.com

12

Ali Salamirad on behalf of Creditor Safeco Insurance Company Of America
as@smtdlaw.com, rb@smtdlaw.com

13

14

Wayne A Silver on behalf of Creditor Santa Clara VTA
w_silver@sbcglobal.net

15

Lindsey L Smith on behalf of Debtor Steiny and Company, Inc.
lls@lnbyb.com, lls@ecf.inforuptcy.com

16

17

Lindsey L Smith on behalf of Interested Party Courtesy NEF
lls@lnbyb.com, lls@ecf.inforuptcy.com

18

Lindsey L Smith on behalf of Plaintiff STEINY AND COMPANY, INC.
lls@lnbyb.com, lls@ecf.inforuptcy.com

19

20

Nicholas Starkman on behalf of Creditor Cement Masons Trust Funds
nstarkman@wkclegal.com, syoung@wkclegal.com

21

Jolene Tanner on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE
jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov

22

23

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

24

Dennis Winters on behalf of Creditor Diarmuid Noone
winterslawfirm@cs.com

25

26

Kirsten A Worley on behalf of Creditor Clark Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

27

Kirsten A Worley on behalf of Creditor Mass. Electric Construction Company
kw@wlawcorp.com, admin@wlawcorp.com

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1  Beth Ann R Young on behalf of Plaintiff STEINY AND COMPANY, INC.
   bry@lnbyb.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

1    **SERVED BY UNITED STATES MAIL**

2

3                              **See attached service lists.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:16-bk-25619-WB
Central District of California
Los Angeles
Mon Jan 30 14:50:46 PST 2017

Cement Masons Trust Funds
c/o Wohlner Kaplon Cutler Halford
16501 Ventura Blvd., Suite 304
Encino, CA 91436-2067

Consolidated Electrical Distributors, Inc.
Pepper Hamilton LLP
350 S. Grand Avenue
Suite 3400
Los Angeles, CA 90071-3427

Inland Empire IBEW-NECA Trust Funds
1017 East Grand Avenue
Escondido, CA 92025-4604

Levene, Neale, Bender, Yoo & Brill L.L.P.,
10250 Constellation Blve Ste 1700
Los Angeles, CA 90067-6253

Quinn Rental Services, Inc.
P.O. Box 74093
Davis, CA 95617-5093

Rodi Pollock Pettker Christian & Pramov
Los Angeles
444 South Flower Street
Suite 1700
Los Angeles, CA 90071-2918

Santa Clara VTA
3331 North First Street
San Jose, CA 95134-1906

Steiny and Company, Inc.
12907 E. Garvey Ave.
Baldwin Park, CA 91706-4531

UNITED STATES OF AMERICA on behalf of the IN
U.S. Attorney's Office
300 N. Los Angeles Street, Room 7211
Attn: Jolene Tanner
Los Angeles, CA 90012-3342

ZB, N.A. dba Zions Bank
c/o Parkinson Phinney
400 Capitol Mall, Suite 2560
Sacramento, CA 95814-4421

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

A-1 Signal
12907 E. Grvy Avn
Baldwin Park, CA 91706

A.M. Concrete, Inc.
13170 Telfair Ave
Sylmar, CA 91342-3573

ACCURATE MEASUREMENT SYSTEM
31280 FELICITA RO
TEMECULA, CA 92591-1750

ADP, Inc.
PO Box 31001-1568
Pasadena, CA 91110-1568

AES Global, Inc.
5130 E. L P A., S
Anaheim, CA 92807

AJ Alarm Systems
P O Box 1069
Yorba Linda, CA 92885-1069

ALCORN FENCE COMPANY
1206 Wst Strk Avn
Orange, CA 92867-3532

ARC/Consolidated Reprographics
345 Clinton Strt
Costa Mesa, CA 92626-6011

ASSI Security
1370 Ry A. St 201
Irvine, CA 92614

ASSOCIATED AUTOMOTIVE SERVICE
746 N. Barrnc Av.
Covina, CA 91723-1230

AT&T
P O Box 105068
Atlanta, GA 30348-5068

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

AT&T U-Verse
PO Box 5014
Carol Stream, IL 60197-5014

Ababa Bolt
1466-1 Pionr Way
El Cajon, CA 92020-1634

Accubid, A Div. of Trimble
PO Box 203558
Dallas, TX 75320-3558

Ahern Rentals
Accounts Recvabl
PO Box 271390
Las Vegas, NV 89127-1390

Alameda Electrical Distributor
3875 Bay Cntr Plc
Hayward, CA 94545-3619

Albert Killackey
226A Madeline Dr.
Monrovia, CA 91016-1382

Adc Branch
PO Box 5940
San Jose, CA 95150-5940

Alexis Oil Co.
219 Glider Circle
Corona, CA 92880-2534


Alfonso Tire
12642 Maryvin St.
El Monte, CA 91732-4010

Ali Salmirad
Slamirad, Morrow, Timpane & Dunn
17901 Von Karman Avenue, Ste. 500
Irvine, CA 92614-5218

All Star Rents
2525 Claybank Rd
Fairfield, CA 94533-1656


Alliant Insurance Services,Inc
1301 Dov Str #200
Newport Beach, CA 92660-2436

Alpha Alarm & Audio Inc.
PO Box 911
Dixon, CA 95620-0911

Alston & Bird LLP
PO Box 933124
Atlanta, GA 31193-3124


Altec Capital Services, LLC
33 Inverness Center Parkway
Ste. 200
Birmingham, AL 35242-7642

American Express
Box 0001
Los Angeles, CA 90096-0001

American Express Travel Related Services Com
Inc
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701


Anixter Inc.
P O Box 847428
Dallas, TX 75284-7428

Anthem Blue Cross
Department   5812
Los Angeles, CA 90074-5812

Antioch Building Materials
P O Box 870
Antioch, CA 94509-0086


Applied Pest Management
P O Box 3317
Vallejo, CA 94590-0244

Arco Business Solutions
P.O. Box 70995
Charlotte, NC 28272-0995

Armenak Kavcioglu
Raisin & Kavcioglu
10655 Ventura Blvd., Ste. 1200
Encino, CA 91436


Arrowhead Direct
PO BOX 856158
LOUISVILLE, KY 40285-6158

Asplundh Construction Corp
1710 Anaheim Way
Anaheim, CA 92805-6537

Atkinson Contractors, Inc.
27422 Portola Parkway
Suite 250
Foothill Ranch, CA 92610-2832


Azco
2250 Stwrt Str #9
Stockton, CA 95205-3244

B & C Transit, Inc.
7955 Edgewatr Drv
Oakland, CA 94621-2003

BC Traffic Specialist
638 W. Sthern Av.
Orange, CA 92865-3219


BCI, LLC
PO Box 4033
Malibu, CA 90264-4033

BICA Building Industry Credit
Association
P.O. Box 1900
Rancho Cucamonga, CA 91729-1900

BJ's Rentals
3959 Pacifc Hghwy
San Diego, CA 92110-2027


BLUE CIRCLE CORP.
7520 Monroe Strt
Paramount, CA 90723-4922

BPS TRUCK PARTS, INC.
14316 E ARROW HWY
BALDWIN PARK, CA 91706-1352

BPXpress
4740 Est Sc S, 29
Benicia, CA 94510

Baker's Concrete Cutting
P O Box 848
San Marcos, CA 92079-0848

Barron & Associates
1600 S. M P, S 19
Walnut Creek, CA 94596

Basi1 Equipment
PO Box 6192
Bend, OR 97708-6192

Battery Worx
837 Commerc1 Ave.
Tulare, CA 93274-7101

Bay Line Cutting & Coring, Inc
501 Cesr Chvz St,
Suite #101B
San Francisco, CA 94124-1243

Bayshore Materials
512 Solano Ave.
Vallejo, CA 94590-6951

Beacon Electric Supply
9630 Chesapke Drv
San Diego, CA 92123-1389

Bell Electrical Supply
316 Mathew Street
Santa Clara, CA 95050-3120

Bell Products, Inc.
722 Soscol Ave
Napa, CA 94559-3014

Bell Products, Inc.
P O Box 396
722 Soscol Av
Napa, CA 94559-3014

Bellecci & Associates, Inc.
2290 Dm B. S# 100
Concord, CA 94520

Benco Concrete, Inc.
PMB #90
2220 O L R. S
Chula Vista, CA 91915

Bert Williams & Sons, Inc.
525 North Bay Dr.
Napa, CA 94559-1425

Blue Diamond Materials
135 S. S C, S 400
Brea, CA 92821

BlueLine Rental
PO Box 840062
Dallas, TX 75284-0062

Borsuk & Associates
1600 South Mn Plz
Suite 195
Walnut Creek, CA 94596

Boudreau Pipeline Corporation
463 N. Smith Aven
Corona, CA 92880-6905

Bridgestone Hosepower
PO Box 861777
Orlando, FL 32886-1777

Brooks Products
1850 Parco Ave.
Ontario, CA 91761-8302

Building Industry Credit Association
10601 Civic Center Dr 2nd Fl
RCH Cucamonga CA 91730-7682

Burlington Safety Lab  SR
7087 Com Crc Un B
Pleasanton, CA 94588

C Below Subsurface Imaging
14280 Eulclid Av.
Chino, CA 91710-8803

CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

CED / San Diego
P.O. Box 509079
San Diego, CA 92150-9079

CED, Inc.
PO Box 14196
1045 W. K A, #250
Orange, CA 92863-1596

CITRIX SYSTEMS, INC.
PO Box 931686
Atlanta, GA 31193-1686

CITY OF PASADENA
100 N. GARFIELD A
PO BOX 7115
PASADENA, CA 91109-7215

CNH Capital America LLC
100 Brubaker Ave
New Holland, PA 17557-1661

CRESCO EQUIPMENT RENTALS
318 Stealth Court
Livermore, CA 94551-9303

CT Lien Solutions
c/o Altec Capital Services
2727 Allen Parkway
Houston, TX 77019-2115

Cable, Pipe & Leak Detection,
Inc.
1466 Pn W, #1
El Cajon, CA 92020

Cal-Storm Compliance Inc.
20 Radiance Land
Rancho Santa Margarita, CA 92688-8713

Cal-Duct Inc.
P O Box 520
Bloomington, CA 92316-0520

Cal-Vet Services
4850 Bannock Crcl
San Jose, CA 95130-2203

Calif. Crane Safety Consulting
1312 E. Brhm, Dr.
San Marcos, CA 92078-4503

California Bank & Trust
465 California Street
San Francisco, CA 94104-1899

California Service Tool, Inc.
3875 Bay Cntr Plc
Hayward, CA 94545-3619

Canon Financial Services, Inc.
14904 Col Cnt Dr.
Chicago, IL 60693-0149

Canon Solutions America, Inc.
Can Busnss Soltns
15004 Cl Cn D
Chicage, IL 60693-0001

Capitol One
P O Box 60599
City Industry, CA 91716-0599

Carmanah Technologies Corp
1400 Ol C R,S 411
Westbury, NY 11590-5119

Carmenita Truck Center
13443 E. Frwy Drv
Santa Fe Springs, CA 90670-5620

Case Land Surveying, Inc.
614 N. Eckhff Str
Orange, CA 92868-1004

Catalina Pacific Concrete
Dept. No. 77409
Los Angeles, CA 90084-7409

Cellco Partnership
dba Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6105

Cement Masons Admin. Account
5417 Peck Road
Arcadia, CA 91006-5847

Cemex-Pasadena
P.O. Box 100497
Pasadena, CA 91189-0497

Cerritos, City of
18125 Blmfeld Avn
Cerritos, CA 90703-3130

Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014

Chrisp Company
P O Box 1368
Fremont, CA 94538-0136

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Chula Vista Electric Company
9344 Wheatlnds Rd
Santee, CA 92071-5643

Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025

City of Dublin
Public Works
100 Civic Pla
Dublin, CA 94568-2658

City of Los Angeles
Office of Finance
File 55806
Los Angeles, CA 90074-5806

City of Los Angeles
Office of Finance
P.O. Box 5320
Los Angeles, CA 90053-0200

City of Los Angeles Dept of Fire
Dp. Fr - Ct Hl Es
200 N. M S.
Los Angeles, CA 90012

City of Los Angeles, Office of Finance
200 N Main St Rm 101 City Hall
Los Angeles, CA 90012-4110

City of Ontario
303 E. B Street
Ontario, CA 91764-4196

City of Pinole
Busnss Licn/P Wrk
2131 Pear Str
Pinole, CA 94564-1774

Clarity Networks, LLC
1647 W1 P R. #500
Concord, CA 94520

Clary Corporation
150 E. Hntngt Drv
Monrovia, CA 91016

Clyde Crider
14721-B Gld Cr C.
Grass Valley, CA 95949

Coast Crane Company
Dept. 33655
P.O. Box 3900
San Francisc, CA 94139-0001

Coastline Equipment
R.O. Box 22732
Long Beach, CA 90801-5732

Commercial Scaffolding of CA, Inc.
14928 St Mp A
Gardena, CA 90248

Communications Supply Corp.
Wesco Recvbls Crp
3462 Sol Cn D
Chicago, IL 60677-3004

Computer Service Company
12907 E. Grvy Av.
Baldwin Park, CA 91706-4531

ConEst Software Systems
592 Harvey Road
Manchester, NH 03103-3320

Concrete, Inc.
P.O. Box 66001
Stockton, CA 95206-0901

Construction Electronics Inc.
13715 Stowe Drive
Poway, CA 92064-6836

Construction Laborers Trusts
4401 Sant Ant Avn
Suite 150
El Monte, CA 91731-1692

Construction Market Data  CMD
P.O. Box 74008100
Chicago, IL 60674-8100

Corporation Service Company
c/o Gelco Corp
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Costco Wholesale Membership
PO Box 34783
Seattle, WA 98124-1783

Countywide Mechanical Systems
1400 N Johnson Ave Suite 114
El Cajon CA 92020-1651

Countywide Mechanical Systems
Inc.
1400 N. Jhn A
El Cajon, CA 92020

Crosstown Electrical & Data,Inc
5463 Diaz Street
Irwindale, CA 91706-2027

Cyber Copy
621 Vo Al, St 608
Camarillo, CA 93012

DAVIS WHOLESALE ELECTRIC, INC.
11581 VANOWEN STR
NORTH HOLLYWOOD, CA 91605-6225

DDL Traffic Inc.
14658 Central Av.
Chino, CA 91710-9505

DMC-Dave's Mobile Crane Inc.
691 N. Mathld Av.
Sunnyvale, CA 94085-3509

DMV
P.O. Box 825339
Sacramento, CA 94232-5339

DMV RENEWAL
P.O. BOX 942839
SACRAMENTO, CA 94239-0299

DMV RENEWAL
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

DRMcNatty & Associates
26300 La Al S 250
MISSION VIEJO, CA 92691-8306

Danco Tool & Supply
P.O. Box 1577
Bellflower, CA 90707-1577

Daniels Tire Service
11850 Slausin Av.
PO Box 3708
Santa Fe Springs, CA 90670-1708

DeYoung Power Systems, Inc.
2011 W. Park Aven
Redlands, CA 92373-6261

Delta Rebar Service, Inc.
2410 Bates Ave.
Concord, CA 94520-1206

Diamond Blade Warehouse
PO Box 5759
Vernon Hills, IL 60061-5759

Ditch Witch Central California
7323 E. Manng Avn
Fowler, CA 93625-9757

Ditch Witch Equipment Co.,Inc.
929 Stillwater Rd
West Sacramento, CA 95605-1615

Dodge Data & Analytics
Dept CH 19894
Platine, IL 60055-9894

Drew Ford
8970 La Mes Blvd.
La Mesa, CA 91942-0849

Dutra Materials
1000 Pt. Sn Pd Rd
San Rafael, CA 94901-8312

E&L Forklift Service
204 Grn Dr St  B
El Cajon, CA 92020

E.L. Plumbing-Rooter
P.O. Box 8299
La Verne, CA 91750-8299

EC America, Inc.
8444 Ws D., S 200
McLean, VA 22102

ESSCO WHOLESALE ELECTRIC
5651 Dolly Ave.,
Buena Park, CA 90621-1873

Earthcam, Inc.
84 Kennedy Street
Hackensack, NJ 07601-5229

East Bay Tire Co.
2200 Huntngtn Drv
Unit C
Fairfield, CA 94533-9732

Econolite Control Products,Inc
DEPT LA 24173
Pasadena, CA 91185-4173

Electric Power Systems
Internationl Inc.
21 Millprk Cr
Marylnd Heights, MO 63043-3536

Electrical Reliability Srv  s
24865 Network Plc
Chicago, IL 60673-1248

Elizabeth A. Walters
Walters, Townsend & Schaelen
411 Camino del Rio South, Ste. 202
San Diego, CA 92108-3550

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Enterprise Fleet Management
Billing Srvcs Dpt
PO Box 80089
Kansas City, MO 64180-0089

Exsell Sales Associates
1510 Dwight Drive
Glendale, CA 91207-1318

F.T.G. CONSTRUCTION MATERIALS
PO BOX 1508
LODI, CA 95241-1508

FIRST FIRE SYSTEMS, INC.
6000 Venice Blvd.
Los Angeles, CA 90034-2233

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FSP - South Flower Street
Associates, LLC
PO Box 71997
Los Angeles, CA 90071-0997

Factory Motor Parts Co.
1380 Corporate Center Curve #200
Minneapolis, MN 55122

Fairview Holdings II, LLC
119 S. Main Street
Suite 410
Seattle, WA 98104-2592

Fastenal Company
P.O. Box 978
Winona, CA 55987-0978

FedEx
P O Box 7221
Pasadena, CA 91109-7321

FedEx Corporate Services Inc.
3965 Airways blvd. Module G, 3rd floor
Memphis, TN 38116-5017

Fine Line Sawing & Drill, Inc.
AND  DRILLING, IN
43191 OSGOOD
FREMONT, CA 94539-5618

FireMaster
Dept 1019
P O Box 12109
Dallas, TX 75312-1019

First Vanguard Rentals & Sales
Inc.
408 Un A, St
Fairfield, CA 94533

Fleetcor Technologies
16800 Greenspoint Park Suite 255N
Houston, TX 77060-2387


Fortel Traffic
5310 E. Huntr Av.
Anaheim, CA 92807-2053

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Freeman, Freeman & Smiley LLP
1888 Cntr Prk Est
Suite #1900
Los Angeles, CA 90067


Frontier Communications
P.O.Box 740407
Cincinnati, OH 45274-0407

G & C Equipment Corporation
1875 Wst Rd Bc B.
Suite 102
Gardena, CA 90247

GOLDEN STATE BORING
AND PIPE JACKING,
2028 E. Ced S
Ontario, CA 91761-8012


Gallagher Bassett Services,Inc
Tw Prc Pl, 8th Fl
Itasca, IL 60143-3141

Gelco Corporation dba GE
Fleet Services
3 Capital Drive
Eden Prairie, MN 55344-3890

Genuine Parts
Los Ang Fil 56893
Los Angeles, CA 90074-6893


Gexpro
2099 S. S C B., #
Attn: Juli
Anaheim, CA 92806

GlassRatner Advisory & Capital
Group LLC
3424 P R., NE
Atlanta, GA 30326

Glenn M. Gelman & Associates
1940 E. 17th Strt
Santa Ana, CA 92705-8606


Global Rental Co., Inc.
PO Box 11407
Birmingham, AL 35202-1407

Global Road Sealing, Inc.
10832 Dorothy Av.
Garden Grove, CA 92843-2520

Golden Bay Construction, Inc.
3826 Depot Road
Hayward, CA 94545-2722


Goodyear Comm'l Tire
665 N. King Rd.
San Jose, CA 95133-1707

Griffith Air Tool Inc.
13609 E. Rosc Av.
Santa Fe Springs, CA 90670

HARTZOG & CRABILL, INC.
17852 E. 17 S, S
Tustin, CA 92780-2142


HD Supply White Cap
HD Sup Wht Cap Cn
PO Box 6040
Cypress, CA 90630-0040

HENKELS & MC COY, INC.
5787 PRESTON AVEN
LIVERMORE, CA 94551-9521

HERC RENTALS INC.
F.K.A. Hrt Eqp Rn
P.O. Bx 65028
Dallas, TX 75265-0280


HHS Construction Inc.
2042 S. Grove Av.
Ontario, CA 91761-5617

Harbor Freight Tools
P.O. Box 748076
Los Angeles, CA 90074-8076

Hardy & Harper Inc.
1312 E. Warnr Av.
Santa Ana, CA 92705-5416


Harris Rebar Northern Calif.
355 South Vasc Rd
Livermore, CA 94550-5300

Hilti, Inc.
P O Box 382002
Pittsburgh, PA 15250-8002

Hirschfeld Kraemer LLP
505 Montgmry Strt
13th Floor
San Francisco, CA 94111-2551

Home Depot Credit Services
P.O. Box 9121
Des Moines, IA 50306

Home Tech Systems
7661 Dns Av. Un 1
Van Nuys, CA 91406

Hose-Man, Inc.
5397 Nrth Irw Avn
Irwindale, CA 91706-2025


Hutchinson & Bloodgood, LLP
PO Box 518
El Centro, CA 92244-0518

IBEW Local Union #0332
P O Box 10864
Palo Alto, CA 94303

IBEW Local Union #0952
P.O. Box 45319
San Francisco, CA 94145-0319


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRWINDALE INDUSTRIAL CLINIC
6000 N. IRWINDALE
IRWINDALE, CA 91702-3222

Image Source
650 Es Hs Ln #540
San Bernadino, CA 92408


InTouch MVC
5101 Grt Oak Dr.
Lakeland, FL 33815-3103

Incompli, Inc.
23441 Sth Pnt Dr.
Suite 190
Laguna Hills, CA 92653

Industrial High Voltage
P.O. Box 1188
Torrance, CA 90505-0188


Industry Tire Service, Inc.
121 Wrkmn Mill Rd
City Industry, CA 91746-2446

Integrity Data & Fiber, Inc s
6751 Hills Vw Drv
Vacaville, CA 95688-9756

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iteris, Inc.
PO Box 842123
Los Angeles, CA 90084-2123

J. David Sackman
Reich, Adell & Cvitan
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010-2421

JTB Supply Company, Inc.
1030 N Batav St A
Orange, CA 92867-5541


Jackson & Foster Heating & Air
Conditioning
7574 Unvrs Av
La Mesa, CA 91942

Jam Services, Inc.
958 E. Arwy Blvd.
Livermore, CA 94551-1618

Jani-King Of California, Inc.
LA Region
File 749201
Los Angeles, CA 90074-9201


Jensen Precast  - Sacramento
825 Steneri Way
Sparks, NV 89431-6312

Jobsite Supply Co.
4720 Miss Grg Plc
San Diego, CA 92120-4232

John Deere Construction & Forestry
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600


Karish Electronics
2294-B North Batv
Orange, CA 92865

Kerry K. Fennelly
Cornwell & Bladwin
1017 East Grand Ave
Escondido, CA 92025-4604

LADWP
P.O. Box 30808
Los Angeles, CA 90030-0808


LB Crushing
17859 Sn B., St C
Villa Park, CA 92861

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

La Calzada Trust
221 N. Ardmore
Los Angeles, CA 90004-4503

Laborers Trust Funds No. CA
P O Box 45147
San Francisco, CA 94145-0147

Lehstar Inc.
131 Westcreek Dr.
Woodbrid, Ontario, L4L9N6
Canada

Les Schwab Tire Centers of
California Inc.
1240 W. Yos A
Manteca, CA 95337


Liberty Mutual Insurance Company
aka Safeco Attn Christine Bartholdt
PO Box 34670
Seattle, WA 98124-1670

Liberty Mutual Insurance Company
and Safeco Insurance Company of
America
c/o Ali Salamirad
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614-5218

Line-X Kustoms and Accessories
3265 Est 18th Str
Antioch, CA 94509


Lombard Graphics
3619 San Gb Rv Pr
Pico Rivera, CA 90660-1403

Loop Masters Inc.
3792 Bidwell Driv
Yorba Linda, CA 92886-1874

Lorna Walker
The Law Offices of Sweet & Walker
2380 Junipero Serra Blvd., Suite B
Daly City, CA 94015-1647


Los Angeles Co Dept. of Pub Wks
900 S. Fremnt Avn
Alhambra, CA 91803-1331

Los Bisnietos Trust
2440 Edgewater Terrace
Los Angeles, CA 90039-3207

M.J. Directional, Inc.
PO Box 1126
Ontario, CA 91762-0126


Main Electric Supply Co. LLC.
3600 Wst Segr Av.
Santa Ana, CA 92704

Marion T. Hack
Pepper Hamilton LLP
350 South Grand Ave, Ste. 3400
Los Angeles, CA 90071-3427

Marksman Manufacturing
13609 E. Rosc Ave
Santa Fe Springs, CA 90670


Martin's Metal Fabrication
P.O. Box 1855
7260 Lewis Rd
Vacaville, CA 95687-9451

Mathews & Sons Auto Repair
37 Sheridan Strt
Vallejo, CA 94590-6911

Matthew T. Bechtel
Laquer, Urban, Clifford & Hodge LLP
225 South Lake Ave, Ste. 200
Pasadena, CA 91101-3009


Maximum Oil Service
164 Rbls Dr. #207
Vallejo, CA 94591-8039

McCain Traffic Supply
2365 Oak Ridg Way
Vista, CA 92081-8495

Melfred Borzall
2712 Airpart Driv
Santa Maria, CA 93455-1418


Melissa W. Cook
Melissa W. Cook & Associates
3444 Camino del Rio North, Ste.106
San Diego, CA 92108-1711

Menifee Union School District
30205 Manifee Rd.
Manifee, CA 92584-8109

MetLife
PO Box 804466
Kanas City, MO 64180-4466


Metlife c/o Roger Elder
1095 Avenue of the Americas
New York NY 10036-6797

Michael J. Hoefs and Ira N. Glauber
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016-1901

NANCY T. STEINY
201 NO. VAN NESS
LOS ANGELES, CA 90004-3907


NECA-IBEW FMCP
Benefit Office
410 C A. S 30
Rossville, GA 30741

Nancy T. Steiny
221 N. Ardmor Avn
Los Angeles, CA 90004-4503

Nat'l Elec'l Benefit Fund #04
SO SIERRAS EMPEE
P.O. Box 1214
San Bernardino, CA 92402-1214

National Funds - IBEW #0011
P.O. Box 459
Pasadena, CA 91102-0459

National Funds - IBEW #0952
100 E. C S, S #41
Pasadena, CA 91103

Never-Fail Loop Systems, Inc
12825 NE Arpr Way
Portland, OR 97230


Newcomb & Sons
718 Tenness Stret
Vallejo, CA 94590-4506

Nold's Equipment, Inc.
5529 Monlaco Road
Long Beach, CA 90808-2625

North Bay Warehouse Equipment
Company
2050 Cessn Dr
Vacaville, CA 95688-8712


Norwood Construction
5301 By H S R, #E
Byron, CA 94514

Novani, LLC
900 Kearney Strt
Suite 388
San Francisco, CA 94133-5155

O'Reilly Auto Parts
PO Box  9464
Springfield, MO 65801-9464


Office Depot
Dp 56- 6151030180
P O Box 68902
Des Moines, IA 50368-9020

Office Solutions, LLC
23303 La Palm Av.
Yorba Linda, CA 92887-4773

Old Republic Construction Program Group
c/o CRFSolutions
PO Box 1389
Simi Valley CA 93062-1389


One Time Utility Sales, Inc.
501 Garfield St.
Santa Ana, CA 92701-4756

Op Engineers Trust Fund   #003
1640 South Lp Rad
Alameda, CA 94502

Op Engineers Trust Fund  #0012
PO Box 844633
Los Angeles, CA 90084-4633


Oracle USA. Inc.
PO Box 71028
San Francisco, CA 94144-4471

Orange Co Elect Industry Funds
265 S. A D, S 215
Orange, CA 92868

P. G. & E.
P O Box 997300
Sacramento, CA 95899-7300


PDQ Rental Center
10826 Shoemaker
Santa Fe Springs, CA 90670-4587

PENHALL COMPANY
1801 PENHALL WAY
P. O.  BOX  4
ANAHEIM, CA 92815-0004

Pacific Gas and Electric Company
Po Box 8239
Stockton CA 95208


Patricia Spain
CA

Performance Turbochargers LLC
8482 Cherry Ave.
Fontana, CA 92335-3028

Piracle
75 Remittance Drv
Chicago, IL 60675-6186


Pitney Bowes Global
Financl Srvcs LLC
P.O. Bx 37188
Pittsburgh, PA 15250-7887

Pitney Bowes Inc
27 Waterview Dr 3rd Fl
Shelton CT 06484-4361

Pitney Bowes Purchase Power
P O Box 371874
Pittsburgh, PA 15250-7874


Pleasanton Ready Mix Con, Inc
CONCRETE, INC.
P. O. BOX  8
PLEASANTON, CA 94566-0198

Potrero Hills Landfill
P O Box 78513
Phoenix, AZ 85062-8513

Powell Electrical Systems, Inc
PO Box 12818
Houston, TX 77217-2818

Praxair Distribution
Dept. LA 21511
Pasadena, CA 91185-1511

Praxair Distribution Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 361345
Columbus, OH 43236-1345

Precision Directional Boring
PO Box 1057
Templeton, CA 93465-1057


Principal Financial Group
Dept. 900
P.O. Box 1441
Des Moines, IA 50305-1441

Progressive Business Publicati
370 Technolgy Drv
P.O. Box 3019
Malvern, PA 19355-0719

Purchase Power
P O Box 371874
Pittsburgh, PA 15250-7874


Qualified Benefits Inc.
21031 Ventr Blvrd
12th FL
Woodlnd Hills, CA 91364-2229

Quality Lift Trucks
115 N. Glover Avn
Chula Vista, CA 91910-1009

Quinlan's Tire Service, Inc.
166 Watson Lane
American Cnyn, CA 94503-9630


Quinn Rental Service
PO Box 849665
Los Angeles, CA 90084-9665

R.J. Safety Co., Inc.
5675 Kr Vl R, S A
San Diego, CA 92123

RMA Group
12130 Santa Margarita Crt
Rancho Cucamonga, CA 91730-6138


Randy's Hydraulic Field Servic
9988 Hawthorn Ave
Hesperia, CA 92345-2941

Raymond A. Policar
c/o Quinn Rental Services, Inc.
PO Box 74093
Davis, CA 95617-5093

Ready-Cut, Inc.
12352 Richeon Avn
Downey, CA 90242-3418


ReadyRefresh
PO Box 856158
Louisville, KY 40285-6158

Recology Vallejo
2021 Broadway
Vallejo, CA 94589-1701

Reed & Graham Inc.
P.O. Box 5940
San Jose, CA 95150-5940


Reno A&E, LLC
4655 Aircntr Crcl
Reno, NV 89502-5948

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

Road & Site , Inc.
2736 Miramonte Pl
Ontario, CA 91761-8704


Robertson's
P.O. Box 3600
200 S. Mn St.
Corona, CA 92878-3600

Rodi, Pollock, Pettker,
444 S. FS., S 170
Los Angeles, CA 90071-2901

Rohr Steel, Inc.
1281 E. Thrd Strt
Pomona, CA 91766


Roseburrough Tool, Inc.
630 N. Batav Strt
P O Box 1307
Orange, CA 92856-0307

Royal Wholesale Electric
P O Box 4157
Walnut Creek, CA 94596-0157

Rush Truck Centers of
California, Inc.
PO Box 2208
Decatur, AL 35609-2208


S and S Supplies & Solutions
P.O. Box 1111
Martinez, CA 94553-0111

S.C. Signs & Supplies LLC
2411 E. Winstn Rd
Anaheim, CA 92806-5544

SAF-T-CO SUPPLY
1300 E. Nrmnd Plc
Santa Ana, CA 92705-4138

SHI International Corp.
PO Box 952121
Dallas, TX 75395-2121

SML - CA PRODUCTS, INC.
541 - A CURTOLA
VALLEJO, CA 94590-6924

SMART & FINAL
600 Citadel Drive
City of Commerce, CA 90040-1562

STATE BOARD OF EQUALIZATION
P. O. BOX 94287
SACRAMENTO, CA 94279-6001

SUNSTATE EQUIPMENT CO.
P.O. BOX 52581
PHOENIX, AZ 85072-2581

SWARTZ GLASS CO.
4477 BEVERLY BLVD
LOS ANGELES, CA 90004-1899

Safeco Insurance Company
PO Box 34526
Seattle, WA 98124-1526

Safety Solutions
27702 Crw Val Prk
Suite D-4 #41
Ladera Ranch, CA 92694-0613

Sage Software, Inc.
14855 Col Cnt Dr.
Chicago, IL 60693-0001

Salamirad, Morrow, Timpane & Dunn
Attn: Teresa Polk
17901 Von Karmen Ave, Ste. 500
Irvine, CA 92614-5218

San Diego Elect Ind Trusts
P.O. Box 231219
San Diego, CA 92193-1219

San Gabriel Valley Water Co.
P O Box 5970
El Monte, CA 91734-1970

Sapper West
1927 49th Street
Sacramento, CA 95819-4803

Sedgwick LLP
333 Bush Street,
30th Floor
San Francisco, CA 94104-2834

Shamrock Materials, Inc.
P O Box 808044
Petaluma, CA 94975-8044

Shawnee Construction Company
PO Box 1166
Chino, CA 91708-1166

Siemens Industry Inc.
c/o Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618-2063

Sierra Traffic Markings Inc.
3139 Swetzer Road
Loomis, CA 95650-9585

Siliken Renewable Energy,
Inc.
1525 F A. S 1
Carlsbad, CA 92008

Smithson Electric, Inc.
1938 Est Katl Av.
Orange, CA 92867-5109

So Cal Sanitation LLC
163 Sixth Ave.
City Industry, CA 91746-2914

Soffa Electric, Inc.  SEI
5901 Corvett Strt
Commerce, CA 90040-1690

Sonsray Machinery LLC.
PO Box 513929
Los Angeles, CA 90051-3929

Southern Calif Concrete Cut
16522 Regn Crc #2
Huntington B, CA 92649-3639

Southern Calif Edison-Rosemead
P.O. Box 300
Rosemead, CA 91772-0001

Southern California Edison
1551 W San Bernardino Rd
Covina CA 91722-3407

Southern California Gas Company
PO Box 30337
Los Angeles, CA 90030-0337

Southern Contracting Company
559 N. Tw Ok Vl R
San Marcos, CA 92069

Southwest Mobile Storage, Inc.
9551 Lucs Rnch Rd
Rancho Cucamonga, CA 91730-5725

Southwest Traffic Systems, Inc
1934 E Clubhse Dr
Phoenix, AZ 85048-4062

Stanley Convergent Security
Solutions, Inc.
8380 Cam Sn F
San Diego, CA 92121

Staples Advantage
Dept. LA
P.O. Box 8368
Chicago, IL 60696-3689

Star Tire Center, Inc.
3475 N. Peck Road
El Monte, CA 91731-3221


(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Steiny Family Trust
12907 Est Grv Avn
Baldwin Park, CA 91706

Steiny Family Trust
221 N. Ardmore
Los Angeles, CA 90004-4503


Steris Corporation
5960 Heisley Road
Mentor, OH 44060-1834

Steven Enterprises, Inc.
P.O. Box 16307
Irvine, CA 92623-6307

Superior Pavement Markings
5312 Cypress Strt
Cypress, CA 90630-2216


Susan Graham Lovelace, Esq.
Matthew T. Bechtel, Esq.
225 South Lake Avenue, Suite 200
Pasadena, CA 91101-3030

Swift Oil & Vacuum, Inc.
P O Box 1027
Walnut, CA 91788-1027

Swinerton Builders
865 S. F S., S 30
Los Angeles, CA 90017


Syar Industries, Inc.
PO Box 2540
Napa, CA 94558-0524

TELEPACIFIC COMMUNICATIONS
PO Box 509013
San Diego, CA 92150-9013

THE CARPENTER GROUP
222 NAPOLEON STRE
San Francisco, CA 94124-1028


THE REGENTS OF THE UNIV OF CA
CAPITAL PROGRAMS
1060 VETERN A
LOS ANGELES, CA 90095-1395

TJW Engineering, Inc.
540 N. Gld Crc D,
Suite 104
Santa Ana, CA 92705

Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592


Tesco Controls, Inc.
P O Box 299007
Sacramento, CA 95829-9007

Thorson Motor Center
3456 E. Colorado
Pasadena, CA 91107-3803

Time Warner Cable
P.O. Box 60074
City Industry, CA 91716-0074


Tolar Mfg, Co., Inc.
258 Mariah Circle
Corona, CA 92879-1751

Trade Service
13280 ev Cr D. St
Suite 200
San Diego, CA 92128-4344

Traffic Control Engineering
2687 Saturn St.
Brea, CA 92821-6703


Traffic Management, Inc.
2435 Lemon Ave.
Signal Hill, CA 90755-3462

Trans-West Truck Center
P.O. Box 1220
10150 Chrr Av
Fontana, CA 92335-5282

Trench Plate Rental Co.
13217 Laurldl Av.
Downey, CA 90242-5140


Trustees of So California IBEW-NECA
6023 Garfield Ave
Los Angeles, CA 90040-3608

Tryco Electric, Inc.
6785 Srr C., St B
Dublin, CA 94568

U.S. Healthworks - Los Angeles
P.O. Box 50042
Los Angeles, CA 90074-0042

URS Corporation
PO Box 600
Highland, CA 92346-0600

US Standard Products Corp.
P.O. Box 668985
Pompano Beach, FL 33066-8985

Uline
Attn: Accnts Recv
PO Box 88741
Chicago, IL 60680-1741

Ulloa Automatic Transmission
6066 E. Olymp Blv
Los Angeles, CA 90022-5213

United Rentals -   Modesto
File 51122
Los Angeles, CA 90074-1122

United Site Services of CA,Inc
P.O.Box 53267
Phoenix, AZ 85072-3267

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Universal Reprographics Inc.
2706 Wilshr Blvrd
Los Angeles, CA 90057-3202

VANGUARD CONSTRUCTION
651 Enterpris Crt
Livermore, CA 94550-5200

Vallejo Garbage Service
2021 Broadway
Vallejo, CA 94589-1769

Vallejo Sanitation Flood
Control District
PO Box 1320
Suisun City, CA 94585-4320

Veneklasen Associates, Inc.
1711 Sixtnth Strt
Santa Monica, CA 90404

Ventura County Credit Union
P.O. Box 6920
Ventura, CA 93006-6920

Verizon Business
PO Box 15043
Albany, NY 12212-5043

Verizon Credit Inc.
PO Box 650478
Dallas, TX 75265-0478

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Volvo Construction Equipment
P.O. Bx 7247-6563
Philadelphia, PA 19170-6563

WALTERS WHOLESALE
ELECTRIC COMPANY
2825 TEMPLE A
SIGNAL HILL, CA 90755-2212

WE-DO Equipment Repair & Suppl
299 E. Harrison
Corona, CA 92879-1310

WESCO Distribution, Inc.
dba CSC-Vikimatic
729 Miner Road
Highland Heights, OH 44143-2117

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

Wesco Distribution, Inc.
c/o Gaba Law Corporation
23141 Verdugo Dr., Ste. 205
Laguna Hills, CA 92653-1341

Wesco Receivables Corp.
PO Box 31001-0465
Pasadena, CA 91110-0465

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

Wilson Bros. Trenching, Inc.
2851 E. Wht St A.
Unit B
Anaheim, CA 92806

Wolf's Towing Service
911 Westmnstr Avn
Alhambra, CA 91803-1230

Woodcrest Engineering
15790 Rnch Vj Dr.
Riverside, CA 92506-5820

Xerox Corp
PO Box  7405
Pasadena, CA 91109-7405

Xerox Corporation
c/o V.O. Adams
1303 Ridgeview Drive - 450
Lewisville TX 75057-6018

Jacqueline L James
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Lindsey L Smith
Levene, Neale, Bender, Rankin & Bri
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Juke N Eaton
PEPPER HAMILTON LLP
350 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3427

Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
300 N LOS ANGELES ST.
MS 5022
LOS ANGELES, CA  90012

(d)Internal Revenue Service
PO Box 145595, STOP
8420G
Cincinnati OH 45250

(d)Internal Revenue Service
PO Box 145595, Stop 8420G
Cincinnati, OH 45250

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Clark Construction Company

(u)Consortium Financial Services LLC

(u)Construction Laborers Trusts
c/o Reich, Adell & Cvitan
3550 Wilshire Blvd., Suite 2000
Los Angeles

(u)Courtesy NEF

(u)Craft Partners LLC

(u)Crosstown Electrical & Data Inc

(u)Enterprise Rent-A-Car of  Los Angeles, dba

(u)Flatiron West, Inc.

(u)Liberty Mutual Insurance Company

(u)Mass. Electric Construction Company

(u)Official Committee of Unsecured Creditors

(u)Safeco Insurance Company Of America

(u)Trustees of the Southern California IBEW-N

(u)ANGEL BUENO
EXPENSE REIMBURSE
CA

(d)American Express
Box 0001
Los Angeles, CA 90096-8000

(u)Burrtec Waste Industri
VM Credit Card

(u)Consolidated Electrical Distributors, Inc

(u)Grossmont Union High School

(u)Misc Vendor Incorporation

(u)Nat'l Elec'l Benefit Fund #03
VALLEJO UNIONS
CA

(u)Nat'l Elec'l Benefit Fund #05
VALLEJO UNIONS
CA

(u)ONE TIME USE

(u)One Time/Individual/need 1099

(d)Quinn Rental Services Inc
PO Box 74093
Davis CA 95617-5093

(d)Quinn Rental Services, Inc.
PO Box 74093
Davis, CA 95617-5093

(u)US Premium Finance

(u)Ulises Pena
Employee Rmbrsmnt

(u)Vincent Mauch
Employee Rmbrsmnt

(u)Diarmuid Noone

End of Label Matrix
Mailable recipients    422
Bypassed recipients     29
Total                  451

## Creditors Committee

Walters Wholesale Electric
c/o Thomas G. Nance, Director of Credit
2825 Temple Ave
Signal Hill, CA  90755

Karish Electronics
c/o John Horst, COO/
Steve Brodock, Owner
2294-B North Batavia Street
Orange, CA  92865

Smithson Electric
c/o Tom Smithson, President
1938 E. Kati Avenue
Orange, CA  92867

David W. Meadows
Law Offices of David W. Meadows
1801 Century Park E, Ste 1235
Los Angeles, CA  90067

## Requests for Special Notice

Counsel for Quinn Rental Services, Inc.
Raymond A. Policar
Law Offices of Raymond A. Policar
P.O. Box 74093
Davis, CA 95617-5093

Counsel for Enterprise Rent-A-Car of Los
Angeles dba Enterprise Fleet Service
Michael Gottfried
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067

Counsel for Liberty Mutual Insurance
Co./Safeco Insurance Co. of America
Ali Salamirad/Robert J. Berens/ Teresa Polk
Salamirad, Morrow, Timpane et al.
17901 Von Karman Ave., Suite 500
Irvine, CA 92614

Counsel for Consolidated Electrical
Distributors, Inc.
Luke N. Eaton, Esq.
Pepper Hamilton LLP
350 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071

Office of the U.S. Trustee
Attn: Alvin Mar
915 Wilshire Boulevard, Ste 1850
Los Angeles, CA 90017

Cement Masons Trust Funds
c/o Nicholas I. Starkman
Wohlner Kaplon Cutler Halford & Rosenfeld
16501 Ventura Blvd., Ste 304
Encino, CA  91436

Mass. Electric Construction Co. and Clark
Construction Co.
c/o Kirsten A. Worley
Worley Law, P.C.
1572 Second Avenue
San Diego, CA  92101

## Secured Creditors

Altec Capital Services, LLC
33 Inverness Center Parkway
Ste. 200
Birmingham, AL 35242

Atkinson Contractors, Inc.
27422 Portola Parkway
Suite 250
Foothill Ranch, CA 92610

California Bank & Trust
465 California Street
San Francisco, CA 94104

Chrysler Capital
PO Box 660335
Dallas, TX 75266

CNH Capital America LLC
100 Brubaker Ave
New Holland, PA 17557

Corporation Service Company
c/o Gelco Corp
801 Adlai Stevenson Drive
Springfield, IL 62703

CT Lien Solutions
c/o Altec Capital Services
2727 Allen Parkway
Houston, TX 77019

Enterprise Fleet Management
Billing Srvcs Dpt
PO Box 80089
Kansas City, MO 64180-0089

Fairview Holdings II, LLC
119 S. Main Street
Suite 410
Seattle, WA 98104

Gelco Corporation dba GE
Fleet Services
3 Capital Drive
Eden Prairie, MN 55344

Internal Revenue Service
PO Box 145595, Stop 8420G
Cincinnati, OH 45250

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 145595, STOP 8420G
Cincinnati, OH 45250

Internal Revenue Service
PO Box 145595, STOP 8420G
Cincinnati, OH 45250

John Deere Construction & Forestry
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131

Liberty Mutual Insurance Company
aka Safeco Attn Christine Bartholdt
PO Box 34670
Seattle, WA 98124

Matthew T. Bechtel
Laquer, Urban, Clifford & Hodge LLP
225 South Lake Ave, Ste. 200
Pasadena, CA 91101

Quinn Rental Services, Inc.
PO Box 74093
Davis, CA 95617

Raymond A. Policar
c/o Quinn Rental Services, Inc.
PO Box 74093
Davis, CA 95617

Safeco Insurance Company
PO Box 34526
Seattle, WA 98124

Siemens Industry Inc.
c/o Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618

Trustees of So California IBEW-NECA
6023 Garfield Ave
Los Angeles, CA 90040

Wesco Distribution, Inc.
c/o Gaba Law Corporation
23141 Verdugo Dr., Ste. 205
Laguna Hills, CA 92653

**Additional Notice re Secured
Creditors**

Corporation Service Company
c/o Gelco Corp.
801 Adlai Stevenson Drive
Springfield, IL 62703

CT Lien Solutions
c/o Altec Capital Services
2727 Allen Parkway
Houston, TX 77019

Fairview Holdings II, LLC
c/o California Bank & Trust
119 South Main Street
Suite 410
Seattle, WA 98104

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Trustees of So Cal IBEW-NECA
c/o Matthew T. Bechtel
Laquer, Urban, Clifford & Hodge LLP
225 South Lake Ave., Ste. 200
Pasadena, CA 91101

Raymond A. Policar
c/o Quinn Rental Services, Inc.
P.O. Box 74093
Davis, CA 95617

Safeco Insurance Company c/o
Salamirad, Morrow, Timpane & Dunn
Attn:  Teresa Polk
17901 Von Karmen Ave., Ste. 500
Irvine, CA 92614

J. David Sackman, Esq.
Reich, Adell & Cvitan
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010