1  ALEXANDER B. CVITAN (CSB 81746)
   J. DAVID SACKMAN (CSB 106703)
2  PETER A. HUTCHINSON (CSB 225399)
   Members of REICH, ADELL & CVITAN
3  A Professional Law Corporation
   3550 Wilshire Blvd., Suite 2000
4  Los Angeles, California 90010-2421
   Telephone: (213) 386-3860; Facsimile: (213) 386-5583
5  Email: jds@rac-law.com
   Attorneys for Creditor Construction Laborers Trusts
6

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

| | |
|---|---|
| 11  In Re:<br><br>12  STEINY AND COMPANY, INC.,<br><br>13     Debtor and Debtor in Possession<br><br>14  ─────────────────<br><br>15  CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>17     Creditor and Moving Party,<br><br>18           v.<br><br>19  STEINY AND COMPANY, INC,.<br><br>20     Debtor-in-Possession and Responding Party | CASE NO.: 2:16-bk-25619-WB<br>Chapter 11<br><br>**MOTION OF CONSTRUCTION LABORERS TRUST FUNDS FOR A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS**<br>[11 U.S.C. §§ 105(a), 503(b), 1113(f) and 1114; 29 U.S.C. §§ 1109(a), 1132(a)(2) and 1132(g)(2)]<br><br>Date: March 30, 2017<br>Time: 10:00 AM<br>Courtroom: 1375 (Roybal) |

23     Creditor Construction Laborers Trust Funds for Southern California

24  Administrative Company referred to by the Debtor as "Construction Laborers

25  Trusts," hereby moves for an Order against Debtor-In-Possession Steiny and

26  Company, Inc., for:

27

28

-1-

314681v1

A) Allowance of employee benefit contributions due post-petition as administrative expenses under 11 U.S.C. §§ 503(b), 1113(f) and 1114, together with interest, liquidated damages, attorney fees (to be determined by subsequent motion) and costs required by 29 U.S.C. § 1132(g)(2);

B) Determination that certain portions of these employee benefit contributions are assets of employee benefits plans, to be restored by the Debtor-In-Possession, under 29 U.S.C. § 1109(a); and

C) For an injunction to turn over certain employee benefit contributions due post-petition, and to order the Debtor-In-Possession to pay all future contributions as they become due, pursuant to 11 U.S.C. §§ 105, 1113(f) and 1114 and 29 U.S.C. §§ 1109(a), 1132(a)(2) and 1132(g)(2)(E).

Further, to the extent any of the above requires modification of prior orders, especially the Order Authorizing Use of Cash Collateral on a Final Basis (Docket No. 146), the Construction Laborers Trusts moves for modification of those order(s) accordingly.

This Motion is based on the accompanying Notice, Memorandum of Points and Authorities, Declarations of Richard Quevedo and J. David Sackman, all of the papers and pleadings on file in this case, and such further evidence and argument as may be presented by the hearing on this Motion.

Respectfully Submitted,

Dated:  March 9, 2017             REICH, ADELL, & CVITAN,
                                  A Professional Law Corporation

                                  By:  /s/ J. David Sackman
                                       J. DAVID SACKMAN
                                       Attorneys for Creditor
                                       Construction Laborers Trusts

314681v1