ALEXANDER B. CVITAN (CSB 81746)
J. DAVID SACKMAN (CSB 106703)
PETER A. HUTCHINSON (CSB 225399)
Members of REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Email: jds@rac-law.com
Attorneys for Creditor Construction Laborers Trusts

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor and Debtor in Possession<br><br>CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Creditor and Moving Party,<br><br>v.<br><br>STEINY AND COMPANY, INC,.<br><br>Debtor-in-Possession and Responding Party | CASE NO.: 2:16-bk-25619-WB<br>Chapter 11<br><br>**DECLARATION OF J. DAVID SACKMAN IN SUPPORT OF MOTION OF CONSTRUCTION LABORERS TRUST FUNDS FOR A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS**<br><br>Date: March 30, 2017<br>Time: 10:00 AM<br>Courtroom: 1375 (Roybal) |

-1-

315494v1

I, J. DAVID SACKMAN, declare as follows:

1.  [Identity]  I am an attorney licensed and admitted to practice in the State of California since 1982, and am admitted to practice in this District Court. I am a member of Reich, Adell & Cvitan, attorneys for Creditor Construction Laborers Trust Funds for Southern California Administrative Company, LLC (referred to by the Debtor as "Construction Laborers Trusts").

2.  [Pre-Petition Judgment]  I represented the Construction Laborers Trusts in a lawsuit against the (now) Debtor, Steiny and Company, Inc., filed in the district court of this district, as Case No. 2:15-cv-01643-GW. That lawsuit was settled, and entered as a Stipulated Judgment, which is Exhibit 5 to the accompanying Declaration of Richard Quevedo. The Settlement called for this Judgment of a higher amount (as indicated in paragraph 3 of the Stipulated Judgment) which could be satisfied by payment of a lesser, settled amount (as indicated in paragraph 4), and certain other conditions. The Settlement covered contributions and other amounts owed, through May 2016.

3.  [Default of Stipulated Judgment]  The (now) Debtor became in default of the provisions of the Settlement, both by failing to make the monthly payments toward the agreed amount, and by failing to pay current contributions on time, from June 2016 forward. I sent the required notice, which made the Stipulated Judgment automatically revert to its full amount, less any credits. Before I could enforce the Stipulated Judgment, this bankruptcy petition was filed. The balance of the Stipulated Judgment now constitutes the bulk of the pre-petition claim of the Construction Laborers Trusts, including priority amounts under 11 U.S.C. § 507(a)(5).

-2-

315494v1

4.    [Releases and Collections]  Since we became aware of the bankruptcy, I have personally reviewed and supervised all releases, stop payment notices, mechanic liens and bond claims for work performed by the Debtor's employees.  The Debtor constantly asks us to provide releases based on its reports, on an expedited basis, so it can receive payment from those general contractors.  We have complied, even though this has taken up a great deal of time of both the staff at the Trust Fund office, and my own time.  I have also had to spend a good deal of time discussing these claims with general contractors.

5.    [Time Spent]  I have spent over 57 hours on these activities in reviewing releases, stop payment notices, mechanic liens and bond claims, from the filing of the bankruptcy through February 2017.  This number does not include the time spent in bankruptcy proceedings.  Since the bankruptcy, I have not done anything to enforce the Stipulated Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of March, 2017, at Los Angeles, California.

    /s/ J. David Sackman
J. DAVID SACKMAN
Declarant

-3-

315494v1