87389/



RECEIVED
MAR 14 1963
FUND ADMINISTRATIVE ASSOCIATES

# AGREEMENT

THE SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS
and its affiliated Local Unions:

#220, Bakersfield; #300, Los Angeles; #302, Bishop; #439, Pasadena;
#507, Long Beach; #585, Ventura; #591, Santa Barbara ;#652, Santa Ana;
#783, San Bernardino; #802, Wilmington; #806, Pomona; #1082, El Monte;
#1119, El Centro; #1184 Riverside; #1222, Santa Maria; #1464, San Luis Obispo



### CONTRACTORS... WARNING!

Do NOT be taken in by solicitors of ANY and ALL so-called "UNION PUBLICATIONS." Such advertising is not sanctioned or condoned by the District Council of Laborers and signatory Locals. Your alertness can eliminate this advertising hoax.

Exhibit 1

# AGREEMENT

Between

THE SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

and its affiliated Local Unions:

#220, Bakersfield; #300, Los Angeles; #302, Bishop; #439, Pasadena; #507, Long Beach; #585, Ventura; #591, Santa Barbara ;#652, Santa Ana; #783, San Bernardino; #802, Wilmington; #806, Pomona; #1082, El Monte; #1119, El Centro; #1184 Riverside; #1222, Santa Maria; #1464, San Luis Obispo

and

---

THIS AGREEMENT entered into this 1st day of May, 1962, by and between the undersigned Contractor or Employer hereinafter referred to as the Contractor and the Southern California District Council of Laborers and its affiliated Local Unions in the eleven Southern California Counties, hereinafter referred to as the Union.

UNION RECOGNITION. The Contractor hereby recognizes the Union who is signatory hereto as the sole and exclusive collective bargaining representative of all employees of the Contractor signatory hereto over whom the Union has jurisdiction. It is understood that the Union does not at this time, nor will it during the term of this Agreement, claim jurisdiction over the following classes of employees: executives, civil engineers and their helpers, superintendents, assistant superintendents, master mechanics, timekeepers, messenger boys, office workers or any employees of the Contractor above the rank of craft foreman.

## ARTICLE I
## COVERAGE

A. GEOGRAPHIC COVERAGE. This Agreement shall apply to and cover all employees of the Contractor employed in the classifications appearing in Article XII in the eleven Southern California Counties, namely, Los Angeles, Inyo, Mono, Orange, Riverside, San Bernardino, Imperial, Ventura, Santa Barbara, San Luis Obispo, and Kern, and on the following offshore islands: Richardson Rock, Santa Cruz Island, Arch Rock, San Nicolas Island, Santa Catalina Island, San Clemente Island, San Miguel Island, Santa Rosa Island, Anacapa Island (Channel Islands Monument) and Santa Barbara Island.

B. CONTRACTOR'S YARD. All work performed in the Contractor's warehouses, shops or yards which have been particularly provided or set up to handle work in connection with a job or project covered by the terms of this Agreement, and all of the production or fabrication of materials by the Contractor, or subcontractor, for use on the project shall be subject to the terms and conditions of this Agreement.

C. SUBCONTRACTOR—DEFINITION. A subcontractor is defined as any person, firm or corporation that agrees under contract with the General Contractor or his sub-contractor to perform any work covered by this Agreement, including the operation of equipment, performance of labor or the furnishing and installation of materials.

D. SUBCONTRACTING. If the Contractor shall subcontract work, as defined herein, provision shall be made in such subcontract that said subcontractor and his subcontractors be signatory to this Agreement and shall abide by all the terms of this Agreement, including all provisions for fringe benefits contained in this Agreement. The Contractor hereby agrees to be held liable for compliance by his subcontractors with all the terms of this Agreement including all fringe benefits. If the Contractor party hereto shall subcontract work as defined herein, provisions shall be made in such subcontract for the employment of workmen furnished by an AFL-CIO Building and Construction Trades Union and/or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America.

E. The Contractor shall not permit subcontracting by subcontractors without his knowledge and permission in writing.

F. RESPONSIBILITY OF GENERAL AND SUBCONTRACTOR ON FRINGE BENEFITS.

1. Where a prime or General Contractor is shown, by the Contractors Status Book, to be delinquent in his fringe benefit payments provided in this Agreement, the Union shall notify the Association, if any, and the Contractor involved or his representative on the jobsite, that these payments shall be paid within twenty-four (24) hours, excluding Saturdays, Sundays, and holidays. If within such twenty-four (24) hour period suitable arrangements to settle the delinquency are not made by the delinquent Contractor with the Administrative Office, the Local Union involved may, after such period, take economic action against such Contractor until such time as the Administrative Office of the Fund advises the parties concerned that the Contractor is current in his payments. Such economic action on the part of the Local Union shall not be considered a violation of this Agreement.

1

Exhibit 1

2. Where a subcontractor or his subcontractor is delinquent, as shown by the Contractors Status Book, the defaulting subcontractor shall either pay the amount due within twenty-four (24) hours, excluding Saturdays, Sundays and holidays, or the general Contractor shall be required to remove the subcontractor from the job. On jobs where the general Contractor fails to remove said subcontractor, the Union shall have the right to take economic action against the general Contractor, unless suitable arrangements to settle the delinquency are made by the general Contractor with the Administrative Office. On short jobs of less than three (3) days' duration, the subcontractor shall be required to pay such delinquent amounts to the Fund Administrative Office within two (2) working hours or his men shall be removed from the job. Where any Contractor or subcontractor is not current in his fringe benefit payments, it shall not be a violation of this Agreement for the Union to refuse to furnish men to that Contractor or subcontractor, whichever is in default.

G. So far as it is within the control of the Contractor or his subcontractors, all materials, supplies, and equipment used on the job shall be transported to or from the site of the work by members of the appropriate craft union. Nothing herein contained shall be construed to prohibit the normal delivery of freight by railroad.

H. It is agreed that no employee working under this Agreement need work under any conditions which may be, or tend to be, detrimental to his health, morals, or reputation, or cross any picket line, or enter any premises at which there is a picket line authorized by the Building and Construction Trades Council where the work is being performed or handle, transport, or work upon or with, any product declared unfair by said Council.

ARTICLE II

REGISTRATION FOR WORK

AND

REFERRAL PROCEDURE

D. REFERRAL PROCEDURE. In the employment of workmen for all work covered by this Agreement, the following provisions, shall govern:

1. **Nondiscriminatory Listing.** Each Local Union shall establish and maintain an employment facility at which it shall establish and maintain an open and nondiscriminatory employment list for the use of applicants for employment in the geographical area serviced by that employment facility.

2. **Registration of Applicants.** Applicants shall be entitled to registration on and dispatchment from the employment list free of charge, but subject otherwise to the provisions of this Article.

3. **Registration—First In, First Out.** Applicants shall be registered on the employment list in the order of time and date of registration. There shall be two groupings in the out-of-work list as hereinafter more particularly described.

4. **Registration of Skills.** Each applicant for employment shall be required to furnish such data, records, names of employers, length of employment or other information as may be considered necessary to the operation of said employment lists and each applicant shall complete prior to registration such forms for recording such information as may be submitted to him. Applicants shall list any special skills which they may possess.

5. **Contractor Required to Call Local Union for Men.** The Contractor shall first call the employment facility serving the geographic area in which the project is located on which employees are needed and that employment facility shall immediately dispatch to the Contractor the number of qualified and competent applicants of the classifications needed and requested by the Contractor. The employment facility shall dispatch workmen strictly in accordance with the provisions of this Agreement.

6. **Contractor Furnishes Information.** It shall be the responsibility of the Contractor, when ordering men, to give the employment facility all of the pertinent information regarding the prospective employment.

7. **Dispatch on Nondiscriminatory Basis.** The employment facility will furnish in accordance with the request of the Contractor each such qualified and competent applicant from among those registered on said employment list to the Contractor by use of a written identification slip stating information pertinent to the prospective employment, in the order of preference stated below. The selection of applicants for dispatchment to jobs shall be on a nondiscriminatory basis and shall not be based on, or in any way affected by Union membership, by-laws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements. The order of preference in the dispatchment of applicants for employment is as follows:

Group A—Priority. Applicants whom a Contractor request by name who have been laid off or terminated, from employment of the type covered by this Agreement and in the area served by the employment facility, within 270 calendar days before a request from the same Contractor who laid off or terminated them, provided they are available for employment.

Group B—Referral. Applicants whose names are entered on the employment list of the registration facility and who are available for employment. Workmen in Group B shall be referred on a first-in, first-out basis; that is, the first man registered in that group shall be the first man referred.

E. CONTRACTOR MAY OBTAIN MEN FROM ANY SOURCE IF UNION DOES NOT REFER IN TIME. When ordering workmen, the Contractor will give notice to the appropriate Local Union, or its Agents, not later than 2:30 p.m. of the day prior (Monday through Friday), or in any event, not less than 17½ hours before the required reporting time; and in the event that 48 hours after such notice, the appropriate Local Union, or its Agents, shall not furnish such workmen, the Contractor may procure workmen from any other source or sources. If workmen are so employed, the Contractor will immediately report to the Local Union having work and area jurisdiction, or its Agents, each such workman by name.

F. UNION MEMBERSHIP REQUIRED ON EIGHTH DAY AFTER EMPLOYMENT OR AFTER EXECUTION OF THIS AGREEMENT WHICHEVER IS LATER. It is agreed that all workmen or employees covered hereby shall be, or become members of the Union in good standing on the eighth (8th) day after employment or on the eighth (8th) day after the execution of this Agreement whichever is later and remain continuously members in good standing of the Union signatory hereto through its affiliated Local Unions having work and area jurisdiction and on whose behalf this Agreement is executed as a condition of employment.

G. CONTRACTOR FREEDOM OF SELECTION. Subject to the foregoing, the Contractor shall have complete freedom of selectivity in hiring and the Contractor retains the right to reject for any reason any job applicant referred by the employment facility. The Contractor may discharge any employee for any cause which he may deem sufficient, provided there shall be no discrimination on the part of the Contractor against any applicant or employee, nor shall any such employee be discharged by reason of any Union activity not interfering with the proper performance of his work.

H. KEYMEN AND TRANSFER OF MEN: The Contractor recognizes the desirability of employing workmen from the area in which the work is located and the Union recognizes that in the employ of the Contractor are key laborers which are necessary to the efficient continuity of operations. Therefore, the Contractor may transfer his key laborers, including a maximum of two foremen, from area to area up to ten percent of the number of employees employed on the job. For the transfer of additional key laborers, the Contractor shall first contact the office of the appropriate Local Union in the area where the work is to be performed. The above additional transfers shall only be made by mutual consent.

I. UNION TRANSFER OF MEN. Employees employed by any Contractor pursuant to the terms of this Agreement shall not be removed nor transferred by the Union unless the prior approval of the Contractor has been obtained.

J. UNION NOT LIABLE FOR DAMAGES. The Union shall not be held liable for any losses occasioned by alleged incompetent work performed by any employee working for the Contractor under this Agreement.

## ARTICLE III

### CLASSIFICATIONS AND PIECE WORK

A. CLASSIFICATIONS. Should the Contractor or any subcontractors employ workmen in the prosecution of this work in occupations or upon equipment which is not covered by one of the classifications herein specified such employment shall, within three (3) working days after a work assignment is made or the equipment is operated, be temporarily classified by the Contractor and the Union under the classifications contained herein which will more nearly fit the particular character of the employment. Temporary classifications and wage rates shall be immediately referred to the Southern California District Council of Laborers which shall review and determine the proper classifications and wage rates.

B. HIGHEST RATE FOR HIGHEST CLASSIFICATION WORK. In the event that the Contractor uses any employee under this Agreement in more than one classification, said employee shall be paid at the rate of the highest classification for the full day.

C. NO BONUS SYSTEMS. There shall be no piecework, bonus system or lumping of work, and employees shall receive wages based upon the minimum hourly wage rates specified in this Agreement and calculated by the number of hours worked, less all legal deductions.

## ARTICLE IV

### STRIKES—JURISDICTIONAL DISPUTES

A. ADMINISTRATIVE REMEDY. It is the purpose and intent of the parties hereto that all grievances or disputes arising between them over the interpretation or application of the terms of this Agreement may be settled by the procedure set forth in Article V hereof.

B. ECONOMIC REMEDY. It shall not be deemed a violation of any part of this Agreement if the Union signatory hereto or on whose behalf this Agreement is executed, takes any economic action against any Contractor who has failed, neglected or refused to comply with any of the terms of this Agreement.

3

Exhibit 1

C. UNION NONRESPONSIBILITY. If a Contractor is performing work on a project as a subcontractor, during the construction of which such project is declared to be unfair by a Building and Construction Trades Council and the work thereon is stopped for that reason, the Union shall not be deemed to have violated this Agreement if, during the period of said stoppage of work, the employees fail to perform their work on said project for the Contractor.

D. JURISDICTIONAL DISPUTES. All jurisdictional disputes between the Locals and any other Local affiliated with the AFL-CIO shall be determined in the manner and by the procedure established by Article V of this Agreement, and it is further agreed that only the Union signatory hereto and the signatory Contractor shall be necessary parties to such an arbitration. Such determinations shall be binding upon and accepted by the Contractor and the Union.

E. FAILURE TO COMPLY WITH SETTLEMENTS. Nothing contained in this contract or any part hereof, or in this Article IV, or any part hereof, shall affect or apply to the Union signatory hereto, or on whose behalf this Agreement is executed, or any of them, in any action they may take against any Contractor who has failed to comply with Article I, Paragraph F, Sections 1 and 2, or neglected or refused to comply with or execute any settlement or decision reached through arbitration under the terms of Article V hereof.

## ARTICLE V
## PROCEDURE FOR SETTLEMENT OF GRIEVANCES AND DISPUTES

A. RIGHT TO VISIT JOBS. The Business Representative shall be allowed on any job where or when workmen in his jurisdiction are at work.

B. SETTLEMENT OF GRIEVANCES. Grievances and disputes under this Agreement shall be adjusted between representatives of the Union having jurisdiction over the area where the work is being performed and the Contractor. If they cannot adjust same within three(3) days thereafter, the parties may then refer the grievance or dispute to a Joint Arbitration Committee composed of one representative of the Contractor, one of the Union, and the third selected by the Federal Mediation and Conciliation Service. The decision of said Committee shall be final and binding. Either party may request the services of the Federal Mediation and Conciliation Service, but expenses of the arbitration shall be divided equally. In no event shall a hearing on any case before the Joint Arbitration Committee exceed three (3) days unless mutually agreed to by the Contractor and the Local Union involved, and the final decision of the Joint Arbitration Committee shall be rendered within twenty-four (24) hours after the hearing of the case.

## ARTICLE VI
## STEWARD

A. A Steward or Stewards shall be a working employee, appointed by the Business Representative of the Local in whose area the work is being performed, who shall in addition to his work as a journeyman, be permitted to perform during working hours such of his Union duties as cannot be performed at other times. The Union agrees that such duties shall be performed as expeditiously as possible, and the Employer agrees to allow Stewards a reasonable amount of time for the performance of such duties. The Union shall notify the Contractor of the appointment of each Steward. In no event shall a Contractor discriminate against a Steward or lay him off, or discharge him without mutual consent of the Local involved. If a Contractor and the Local involved do not mutually agree to the termination of a Steward, then this matter shall be referred to the procedure as provided in Article V hereof. If a Steward is laid off without notifying the Business Representative and the above procedure is not followed, the Contractor shall pay the Steward his regular wages for all days lost by this layoff.

The Steward is to receive grievances or disputes from employees of his craft and shall immediately report them to his Business Agent who shall immediately attempt to adjust said grievance or dispute with the Contractor or his representative.

If the grievance or dispute is not satisfactorily adjusted by the Business Agent and the Contractor or his representative within three (3) days, either party may refer the matter to the Joint Arbitration Committee as provided in Article V hereof.

B. The Contractor agrees and understands that the Steward is not a representative of the Union, but of the employees on the job on which the Steward is employed. The sole grant of authority to the Steward by the Union is set forth in Paragraph A above. The Steward has no other authority, express or implied, granted by the Union.

## ARTICLE VII
## HOLIDAYS

The following days are recognized as holidays: New Year's Day, Decoration Day, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day. If any of the above holidays should fall on Sunday, the Monday following shall be considered a legal holiday. Work on such days shall be paid for at the Laborers' holiday overtime rate. No work shall be required on Labor Day except in case of extreme urgency when life or property is in imminent danger.

## ARTICLE VIII
## WORK COVERED

**Tenders:** Tending masons, plasterers, carpenters and other building and construction crafts.

Tending shall consist of preparation of materials and the handling and conveying of materials to be used by mechanics of other crafts, whether such preparation is by hand or any other process. After the material has been prepared, tending shall include the supplying and conveying of said material and other materials to such mechanic, whether by bucket, hod, wheelbarrow, buggy, or other motorized unit used for such purpose, including fork lifts when used at levels not in excess of nine feet.

Unloading, handling and distributing of all materials, fixtures, furnishings and appliances from point of delivery to stockpiles and from stockpiles to approximate point of installation.

*Drying of plaster, concrete, mortar or other aggregate, when done by salamander heat or any other drying process.*

Cleaning and clearing of all debris, including wire brushing of windows, scraping of floors, removal of surplus material from all fixtures within confines of structure and cleaning of all debris in building and construction area. The general cleanup, including sweeping, cleaning, washdown and wiping of construction facility, equipment and furnishings and removal and loading or burning of all debris including crates, boxes, packaging waste material. Washing or cleaning of walls, partitions, ceilings, windows, bathrooms, kitchens, laboratory, and all fixtures and facilities therein. Clean-up, mopping, washing, waxing and polishing or dusting of all floors or areas.

The ageing and curing of concrete, mortar and other materials applied to walls, floors, ceilings and foundations of buildings and structures, highways, airports, overpasses and underpasses, tunnels, bridges, approaches, viaducts, ramps or other similar surfaces by any mode or method.

**Scaffolds:** Erection, planking and removal, of all scaffolds for lathers, plasterers, bricklayers, masons and other construction trades crafts. Building, planking or installation and removal of all staging, swinging and hanging scaffolds, including maintenance thereof. Where self-supporting scaffolds or staging over fourteen feet in height or specially designed scaffolds are built by Carpenters, Laborers shall tend said Carpenters on erection thereof; the dismantling of said scaffolds, as well as preparation for foundation or mud-sills for said scaffolds and maintenance of same shall be done by Laborers.

**Excavations and Foundations**
**Site Preparation and Clearance**
**Transportation and Transmission Lines:**

Excavation for building and all other construction; digging of trenches, piers, foundations and holes; digging, lagging, sheeting, cribbing, bracing and propping of foundations, holes, caissons, cofferdams, dams, dikes and irrigation trenches, canals, and all handling, filling and placing of sand bags connected therewith. All drilling, blasting and scaling on the site or along the right-of-way, as well as access roads, reservoirs, including areas adjacent or pertinent to construction site; installation of temporary lines.

Preparation and compacting of roadbeds for railroad track laying, highway construction and the preparation of trenches, footings, etc. for cross-country transmission by pipelines or electric transmission or underground lines or cables.

On-site preparation and right-of-way for clearance for construction of any structures or the installation of traffic and transportation facilities such as highways, pipelines, electrical transmission lines, dam sites and reservoir areas, access roads, etc. Clearing and slashing of brush or trees by hand or with mechanical cutting methods. Blasting for all purposes, such as stumps, rocks, general demolition. Falling, bucking, yarding, loading or burning of all trees or timber on construction areas. Choker setters, off bearers, lumber handlers and all laborers connected with on-site portable sawmill operations connected with clearing. Erection, dismantling and/or re-installation of all fences. Clean-up of right-of-way, including tying on, signaling, stacking of brush, trees or other debris, and burning where required. All soil test operations of semi and unskilled labor, such as filling of sand bags, handling timber and loading and unloading of same.

**Concrete, Bituminous Concrete and Aggregates:**

(a) Concrete, bituminous concrete, or aggregates for walls, footings, foundations, floors or for any other construction. Mixing, handling, conveying, pouring, vibrating, gunniting and otherwise placing concrete or aggregates, whether done by hand or any other process. Wrecking, stripping, dismantling and handling concrete forms and false work. Building of centers for fireproofing purposes. Operation of motorized wheelbarrows or buggies or machines of similar character, whether run by gas, Diesel or electric power. When concrete or aggregates are conveyed by crane or derrick, or similar methods, the hooking on, signaling, dumping, and unhooking the bucket. Placing of concrete or aggregates, whether poured, pumped, gunnited, or placed by any other process. The assembly, uncoupling of all connections and parts of or to equipment used in mixing or conveying concrete, aggregates or mortar, and the cleaning of such equipment, parts and/or connections. All vibrating, grinding, spreading, flowing, puddling, leveling and strike-off of concrete or aggregates by floating, rodding or screeding, by hand or mechanical means prior to finishing. Where pre-stressed or pre-cast concrete slabs, walls or sections are used, all loading, unloading, stockpiling, hooking on, signaling, unhooking, setting and barring into place of such slabs, walls or sections. All mixing, handling, conveying, placing and spreading of grout for any purpose. Green cutting of concrete or aggregate in any form, by hand, mechanical means, grindstones or air or water.

5

Exhibit 1

(b) The filling and patching of voids, crevices, etc., to correct defects in concrete caused by leakage, bulging, sagging, etc.

(c) The loading, unloading, carrying, distributing and handling of all rods, mesh and material for use in reinforcing concrete construction. The hoisting of rods, mesh and other materials except when a derrick or outrigger operated by other than hand power is used.

(d) All work on interior concrete columns, foundations for engine and machinery beds.

(e) The stripping of forms, other than panel forms which are to be re-used in their original form, and the stripping of forms on all flat arch work.

The moving, cleaning, oiling and carrying of all forms to the next point of erection.

The snapping of wall ties and removal of tie rods. Handling, placing and operation of the nozzle, hoses and pots or hoppers on sandblasting or other abrasive cleaning. The jacking of slip forms, and all semi and unskilled work connected therewith.

Streets, Ways and Bridges: Work in the excavation, preparation, concreting, asphalt, bituminous concrete and mastic paving, paving, ramming, curbing, flagging and surfacing of streets, ways, courts, underpasses, overpasses, bridges, approaches and slope wall and the grading and landscaping thereof and all other labor connected therewith. Cleaning, grading, fence or guard rail installation and/or removal for streets, highways, roadways, aprons, runways, sidewalks, parking areas, airports, appoaches and other similar installations. Preparation, construction and maintenance of roadbeds and sub-grade for all paving, including excavation, dumping and spreading of sub-grade material, ramming or otherwise compacting. Setting, leveling and securing or bracing of metal or other road forms and expansion joints, including placing of reinforcing, mats or wire mesh, for the above work. Loading, unloading, placing, handling and spreading of concrete aggregate or paving material, including leveling of the surface. Strike-off of concrete, when used as paving material by hand and floating or mechanical screeding for strike-off. Cutting of concrete for expansion joints and other purposes. Setting of curb forms and the mixing, pouring, cutting, flowing and strike-off of concrete used therefor. The setting, leveling and grouting of all pre-cast concrete or stone curb sections. Installation of all joints, removal of forms and cleaning, stacking, loading, oiling and handling. Grading and landscaping in connection with paving work. All work in connection with loading, unloading, handling, signaling, slinging and setting of all paving blocks, rip-rap or retaining walls such as stone, wood, metal, concrete or other material and the preparation of surfaces to receive same.

Trenches, Manholes, Handling and Distribution of Pipe, etc. Cutting of streets and ways for laying of pipes, cables or conduits for all purposes: digging of trenches, manholes, etc.; handling and conveying all materials; concreting, backfilling, grading and re-surfacing and all other labor connected therewith. Clearing and site preparation as described herein. Cutting or jackhammering of streets, roads, sidewalks or aprons by hand or the use of air or other tools. Digging of trenches, ditches and manholes and the leveling, grading and other preparation prior to laying pipe or conduit for any purpose. Loading, unloading, sorting, stockpiling, wrapping, coating, treating, handling and distribution of water mains, gas mains and all pipe, including placing, setting and removal of skids. Cribbing, driving of sheet piling, lagging and shoring of all ditches, trenches and manholes. Handling, mixing or pouring of concrete and the handling and placing of other materials for saddles, beds or foundations for the protection of pipes, wires, conduits, etc. Back-filling and compacting of all ditches, resurfacing of roads, streets, etc., and/or restoration of lawns and landscaping.

Shafts and Tunnels, Subways and Sewers: Construction of sewers, shafts, tunnels, subways, caissons, cofferdams, dikes, dams, levees, aqueducts, culverts, flood control projects and airports. All underground work involved in mines, underground chambers for storage or other purposes, tunnels or shafts for any purpose, whether in free or compressed air. Drilling and blasting, mucking and removal of material from the tunnels and shafts. The cutting, drilling and installation of material used for timbering and re-timbering, lagging, bracing, propping, or shoring the tunnel or shaft. Assembly and installation of multiplate, liner plate, rings, mesh, mats, or forms for any tunnel or shaft, including the setting of rods for same. Pouring, pump-creting or gunniting of concrete in any tunnel or shaft. Operation, manual or hydraulic jacking of shields and the use of such other mechanical equipment as may be necessary. Excavation or digging and grading of footings and foundations for bridges, overpasses, underpasses, aqueducts, etc. and their approaches. All concrete work as described above and in addition, the hooking on, signaling and dumping of concrete for treme work over water on caissons, pilings, abutments, etc. Excavation, grading, grade preparation and landscaping of approaches. Installation of pipe, gratings and grill work for drains or other purposes. Installation of well points or any other dewatering system.

Compressed Air: In compressed air all work underground or in compression chambers, including tending of the outer aid lock. All work in compressed air construction; including, but not limited to, groutmen, trackmen, blasters, shield drivers, miners, brakemen, miner's helpers, lock tenders, mucking machine operators, motor men, gauge tenders, rodmen, compressed air electricians, setting of liner plate and ring sets, drill runners, powdermen or blasters, air hoist operators; form men, concrete blower operators, cement (insert) operators, power knife operators, erector operators, keyboard operators, pebble placer operators, car pushers, grout machine operators, steel setters, cage tenders, skinners track layers, dumpmen, diamond drillers, timbermen and retimbermen, cherry pickmen, nippers, chucktenders and cable tenders, vibratormen, jet-gunmen, gunnite nozzlemen, gunmen, reboundmen and all other work connected therewith.

6

Exhibit 1

**Sewers, Drains, Culverts and Multiplate:** Unloading, sorting, stockpiling, wrapping, coating, treating, handling, distribution and lowering or raising of all pipe or multiplate. All digging, driving of sheet piling, lagging, bracing, shoring, and cribbing; breaking of concrete back-filling, tamping, re-surfacing and paving of all ditches in preparation for the laying of all pipe. Pipe laying, leveling and making of the joint of any pipe used for main or side sewers and storm sewers. All of the laying of clay, terra cotta, ironstone, vitrified concrete or other pipe and the making of joints for main or side sewers and storm sewers and all pipe for drainage. Unloading handling, distribution, assembly in place, bolting and lining up of sectional metal or other pipe, including corrugated pipe. Laying of lateral sewer pipe from main sewer or side sewer to building or structure except that employer may direct that this work be done under proper supervision. (Referee Hutcheson's decision). Laying, leveling and making of the joint of all multi-cell conduit or multi-purpose pipe. Cutting of holes in walls, footings, piers or other obstructions for the passage of pipe or conduit for any purpose and the pouring of concrete to secure said holes. Digging under streets, roadways, aprons or other paved surfaces for the passage of pipe, by hand, earth auger or any other method and manual and hydraulic jacking of pipe under said surfaces. Installation of septic tanks, cesspools and drain fields.

**Underpinning, Lagging, Bracing, Propping and Shoring:** Underpinning, lagging, bracing, propping and shoring, raising and moving of all structures; raising of structure by manual or hydraulic jacks or other methods. All work on house moving, shoring and underpinning of structures; loading, signaling, right-of-way clearance along the route of movement. Resetting of structure in new location to include all site clearing, excavation for foundation and concrete work. Clean-up and back-filling, landscaping old and new site.

**Drilling and Blasting:** All work of drilling, jackhammering and blasting. Operation of all rock and concrete drills, including handling, carrying, laying out of hoses, steel handling, installation of all temporary lines and handling and laying of all blasting mats. All work in connection with blasting, handling and storage of explosives, carrying to point of blasting, loading holes, setting fuses, making primers and exploding charges. All securing of surfaces with wire mesh and any other material and setting of necessary bolts and rods to anchor same. All high scaling and other rock breaking and removal after blast. Handling and laying of nets and other safety devices and signaling, flagging, road guarding.

**Signal Men:** Signal men on all construction work defined herein, including traffic control signalmen at construction sites.

**General Excavation and Grading:** The clearing, excavating, filling, back-filling, grading and landscaping of all sites for all purposes and all labor connected therewith, including chainmen, rodmen, grade markers, etc.

**Factories:** All work in factories, mills and industrial plants performed now or as may be acquired hereafter, including packers, cutters, loaders, raw materials unloaders, checkers, stuffers, production line personnel and stenciling of materials. Handling of raw pigment; vessel cleaners and/or dryers; washing or cleaning laboratory glassware; stocking of materials in laboratories; the cleaning and/or scrubbing, washing, polishing of all floors, glasses, windows, walls, rest-rooms and furniture.

**General:** Material yards, junk yards, asphalt plants, concrete products plants, cemeteries, landscape nurseries and the cleaning or reconditioning of streets, ways, sewers and water lines and all maintenance work and work of an unskilled and semiskilled nature, including laborers in shipyards, tank cleaners, ship scalers, shipwright helpers, watchmen, flagmen, guards, security and safety men, toolroom men, park, sports arena and all recreational center employees, utilities employees, horticultural and agricultural workers, garbage and debris handlers and cleaners.

**Pits, Yards, Quarries, etc.:** All drillers, blasters and/or powdermen, nippers, signalmen, laborers in quarries, crushed stone yards and gravel and sand pits and other similar plants, including temporary and portable Batching Plants.

**Wrecking:** The wrecking or dismantling of buildings and all structures. Breaking away roof materials, beams of all kinds, with use of cutting or other wrecking tools as necessary. Burning or otherwise cutting all steel structural beams. Breaking away, cleaning and removal of all masonry and wood or metal fixtures for salvage or scrap. All hooking on and unhooking and signaling when materials for salvage or scrap are removed by crane or derrick. All loading and unloading of materials carried away from the site of wrecking. All work in salvage or junk yards in connection with cutting, cleaning, storing, stockpiling or handling of materials. All clean-up, removal of debris, burning, back-filling and landscaping of the site of wrecked structure.

**Railroad Track Work:** Right-of-way clearance as described above, excavation, grading, sub-grading, ballasting and compacting of right-of-way. Loading, unloading, stockpiling, handling and distribution of track and ties and placing of or jacking track and ties at point of installation. All burning or otherwise cutting of track. Setting of tie plates, bolting, leveling and gauging of rails and all spiking, whether by hand or mechanical means. Placing and tamping of ballast by hand or mechanical means. Construction and/or relocation of mainlines, shoe flys, sidings, gradings, crossings, relocating of pipes and drainage and culverts connected with same and removal and replacing of all fences.

**Use of Tools:** Operation of all hand, pneumatic, electric, motor, combustion or air-driven tools or equipment necessary for the performance of work described herein.

7

Exhibit 1

Miscellaneous: All such work and jurisdiction as may have been acquired by reason of amalgamation or merger with former national or international unions and as may be hereafter acquired; including all such work and jurisdiction as declared by actions of the Executive Council or conventions of the American Federation of Labor.

Any work set forth above that is covered by any of the following agreements, Plaster Tenders, Brick Tenders, Tunnel, Gunite, Housemovers, Fence, will be governed by the applicable agreement for wages, hours, and conditions.

## ARTICLE IX

### TERM, TERMINATION AND RENEWAL

A. The term of this Agreement shall commence on the 1st day of May, 1962 and continue (except as qualified in Article IX-B) until the first day of May, 1967, and for additional periods of one year thereafter unless sixty (60) days prior to May 1, 1967 or any subsequent yearly period either party shall give written notice by ordinary mail of its desire to modify, amend or negotiate changes; provided, however, if no agreement is reached on or before May 1, 1967, or the end of any subsequent yearly period, either party may thereafter give written notice by ordinary mail to the other party that on a specified date the Agreement shall be terminated.

B. As qualified in Article IX-A, this Agreement may be reopened by written notice by ordinary mail sixty (60) days prior to May 1, 1965, and/or sixty (60) days prior to May 1, 1966 by either party for wages or fringe benefits now contained in this Agreement; provided, however, if no agreement is reached on or before May 1, 1965 or on or before May 1, 1966, the Contractor or the Union may thereafter give written notice by ordinary mail to the other that on a specified date the no-strike and no-lockout provisions of this Agreement shall be deemed to be, and are hereby accepted by all parties as, inoperative and not binding. It is understood between the parties, however, that all other provisions of the Agreement shall remain in full force and effect.

## ARTICLE X

### WORKING RULES FOR LABORERS

The following working rules shall cover the employment of Laborers performing any work covered by the terms of this Agreement in the area of Southern California as described in Article I-A of this Agreement.

1. **Single Shift.**

a. Eight (8) consecutive hours, exclusive of lunch period, between 8:00 a.m. and 5:00 p.m. shall constitute a day's work. Forty (40) hours, Monday 8:00 a.m. through Friday to 5:00 p.m. shall constitute a week's work.

b. All time worked in excess of eight (8) consecutive hours, exclusive of lunch period, or all time worked in excess of forty (40) hours per week and all time worked before 8:00 a.m. and after 5:00 p.m. and all work performed on Saturday, Sundays and holidays shall be paid at the Laborers' overtime rate.

c. The Contractor may deviate the complete job starting time of the workmen or employees on a single-shift operation from 8:00 a.m. to 7:30 a.m. or 7:00 a.m. without payment of overtime for work performed prior to 8:00 a.m. by notifying in writing the Local Union having jurisdiction, the Local Union to receive such registered notification not less than twenty-four (24) hours prior to the start of such deviation. Such deviation from the 8:00 a.m. starting time shall be based upon the following reasons: desert heat and/or wind, traffic conditions, or similar conditions existing at the job site which impair the progress of the job. Such deviations from the 8:00 a.m. starting time shall be made only where the complete job is to continue for five (5) consecutive days or more. The reason for the deviation shall be specified in the notification to the Local Union having jurisdiction. The Contractor will include in his letter the starting and ending date of the deviation and the reason for same. In the event a Contractor fails to give proper notice to the Local Union having jurisdiction, the Contractor shall be considered in violation of the Agreement and shall be required to pay the proper overtime for the time worked prior to 8:00 a.m. Abuse by the Contactor of the deviation arrangement may be referred for adjudication to the grievance procedure.

d. The Contractor may also start his job at 7:00 a.m. by notifying, in writing, the Local Union having area jurisdiction twenty-four (24) hours in advance of his desire to start at 7:00 a.m. The Local Union having territorial jurisdiction shall then have the right to dispatch a representative to the job site to assist in conducting with the Contractor's representative a poll of the Laborers on the job to determine if a majority of the Laborers in the employ of the Contractor wish to start at 7:00 a.m. If, after the aforesaid twenty-four (24) hour period, the representative of the Local Union fails to appear and the majority of the Laborers indicate to the Contractor their desire to start at 7:00 a.m., the Contractor may start at 7:00 a.m. In the event the starting time of a project is changed to 7:00 a.m. according to the provisions of this paragraph, then such new starting time shall continue for the duration of the project.

e. Abuse by the Contractor of the deviation arrangements may be referred for adjudication to the grievance procedure.

8

Exhibit 1

2. **Multiple Shifts.**

a. When so elected by the Contractor, multiple shifts may be worked for five (5) or more consecutive days, provided that the affected Local Union is notified twenty-four (24) hours in advance of the effective date of the starting of such multiple-shift operations. The Contractor shall have the right to designate the craft or crafts on any project or portion thereof who shall work on a multiple-shift basis, provided, however, that employees working on multiple shifts shall not be interchangeable with those working on a single-shift basis. In no event shall the regular working hours of the different shifts overlap, nor shall any interval between shifts exceed the reasonable time necessary to change shifts and in no event shall such interval exceed one (1) hour.

b. If the Contractor elects to work the day shift between 8:00 a.m. and 5:00 p.m., that shift shall work eight (8) consecutive hours exclusive of lunch period, and the second shift or the third shift shall work seven (7) consecutive hours exclusive of lunch period, for which working time employees on the second or third shift shall receive eight (8) hours' pay at straight-time rates Monday through Friday except as otherwise provided.

c. On projects where only two (2) shifts are worked, the Contractor may regulate the starting time of the two (2) shift operation to permit the maximum utilization of daylight hours and each shift shall work seven and one-half (7½) consecutive hours, exclusive of lunch period, for which working time employees on each shift shall receive eight (8) hours' pay at the straight-time rates Mondays through Fridays.

d. On three-shift operations, the Contractor may deviate the starting time of the day shift by the same procedure provided in Article X-1-c. Abuse by the Contractor of the deviation arrangement may be referred for adjudication to the grievance procedure.

3. **Shift Overtime.**

a. The Friday graveyard shift ending on Saturday morning will be considered Friday work. The Saturday graveyard shift ending Sunday morning will be considered Saturday work. The Sunday graveyard shift ending on Monday morning will be considered Sunday work.

b. Any time worked from Friday midnight to Sunday midnight or on holidays or in excess of the regular shift hours, shall be paid for at the Laborers' overtime rate except as provided above. Overtime rates shall not be paid on shift premium pay.

4. **Special Shifts.**

a. Except in industrial or manufacturing plants, when the maintenance or remodeling work cannot be performed on the regular day shift because of the fact that establishments cannot suspend operations during the day, a special, single shift may be employed commencing at 5:00 p.m., Monday through Friday. Employees on this shift will work seven (7) hours for which they will receive eight (8) hours of pay at the straight-time rate; provided, however, it is agreed in the operation of this shift no employee will lose a shift's work. Any work performed on Saturdays, Sundays, or on the regularly established holidays covered by this Labor Agreement will be paid for at the appropriate overtime rate. Workmen called out to work on this special shift arrangement or who start work shall receive not less than four (4) hours' pay at the appropriate rate and workmen employed more than four (4) hours shall receive eight (8) hours' pay at the appropriate rate.

b. It is agreed that the Contractor and the affected Local Unions may mutually agree, in writing, upon different starting or quitting times for any of the above-mentioned shift arrangements.

5. **Shorter Day or Week.**

When the Union and the Contractor consider and agree that conditions in the industry in the area covered by this Agreement warrant a shortened workday or workweek, the parties shall jointly give adequate consideration and discussion of such changes; provided, however, that any such changes in the workday or workweek shall not be used to encourage the payment of overtime to a greater extent than that which is being paid at the time a change is made in the workday and workweek.

6. **Subsistence**

A. As of June 15, 1962, in the subsistence area, as hereafter defined in Exhibit A, subject to the exceptions noted below, living facilities for the workmen on or immediately adjacent to the project, which living facilities shall comply with the standards established by California State Law governing camps, and board (seven days per week) will be furnished by the contractor; or at the option of the contractor and in lieu thereof, per diem payment of $7.00 per scheduled workday shall be paid. Effective June 1, 1963 said per diem payment shall be increased to $8.00. Subsistence shall apply to workmen ordered to report and for whom no work is provided.

B. Exception to the above requirements may be taken and no subsistence furnished or paid in the following instances:

(a) Where the work performed on the job or project is located within the free zone designated in Exhibit A.

(b) When the home of an employee, at the time a job is bid or commitment made on non-bid jobs, is located within the subsistence area and within a 30-mile radius of the center of the job or project which is also located in the subsistence area.

C. When a job or project is located in a subsistence area and the contract completion date or the duration of the job is in excess of 400 calendar days, the Unions agree to enter into a pre-bid conference, or a pre-job conference on non-bid jobs, with Employers for the purpose of determining subsistence arrangements on that job.

9

Exhibit 1

D. Jobs existing prior to June 15, 1962, or valid written contracts, or bona fide commitments, made prior to June 15, 1962, must be registered with the Union prior to August 1, 1962. Such registration shall remove the necessity for subsistence payments should such registered job locations fall within the area of the newly expanded subsistence area of this Agreement.

E. Where subsistence is being paid prior to June 15, 1962, on existing jobs, such subsistence shall be continued for the duration of the project at the amount previously established.

F. Subsistence as provided in this Agreement shall be paid on the following offshore islands: Richardson Rock, Santa Cruz Island, San Miguel Island, Santa Rosa Island, Arch Rock, Anacapa Island (Channel Islands Monument), San Nicolas Island, Santa Barbara Island, Santa Catalina Island, and San Clemente Island.

7. No employees shall be required to work more than five (5) hours consecutively without a one-half hour meal period. Meal periods may be staggered by the Contractor to meet job requirements.

8. All wages must be paid weekly. When employees are laid off or discharged, they must be paid wages due them at the time of layoff or discharge, in accordance with the provisions of the California State Labor Code. Failure to pay wages to an employee that is laid off or discharged at the time of such layoff or discharge shall be conclusively proven to be wilful on the part of the Contractor.

9. Construction projects for which the Union requests a pre-job conference to be held with the Contractor shall be arranged by the Building and Construction Trades Council having jurisdiction in the area where the project is located.

10. Any time worked on Saturday, Sunday or holidays outside of the shift hours provided in the Agreement, shall be paid for on the basis of the actual hours worked at the Laborers' overtime rate, except that any workmen or employees reporting for work at the stipulated time and for whom no work is provided shall receive pay for two (2) hours at the overtime rate; any workmen or employees who report for work and for whom work is provided shall receive not less than four (4) hours' pay at the overtime rate; and if an employee works more than four (4) hours, he shall be paid for the actual hours worked at the overtime rate.

11. Any workman or employee reporting for work at the regular starting time and for whom no work is provided, shall receive pay for two (2) hours at the stipulated rate for so reporting unless he has been notified before the end of his last preceding shift not to report; and any workman or employee who reports for work and for whom work is provided shall receive not less than four (4) hours' pay; and if more than four (4) hours are worked in any one day, shall receive not less than a full day's pay therefor; unless prevented from working for reasons beyond the control of the Contractor including, but not limited by such factors as inclement weather, a breakdown causing discontinuance of a major unit of the project during which time workmen or employees are not required or requested to remain on the project by the Contactor or his agent.

## ARTICLE XI
## FRINGE BENEFITS

A. The Contractor signatory to this Agreement agrees to pay to the Laborers' Health and Welfare Trust Fund for Southern California at its principal Trust Office in Los Angeles, California, effective May 1, 1962, the sum of 10 cents per hour for each hour paid to employees on all classifications contained within this Agreement. This money paid into the Health and Welfare Trust Fund is to be used for health and welfare benefits pursuant to that certain Trust Agreement referred to for convenience as the Laborers' Health and Welfare Trust Agreement for Southern California. Effective June 15, 1962 the said sum of 10 cents per hour shall be increased to 12½ cents per hour.

B. The undersigned Contractor approves and consents to the appointment of the Trustees designated by the Laborers' Health and Welfare Trust Agreement for Southern California and further ratifies, confirms, and consents to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agrees to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form or may be subsequently amended.

C. The Contractor signatory to this Agreement hereby elects to become a party to the Agreement and Declaration of Trust establishing the Health and Welfare Plan referred to herein and does authorize the Trustees of said Trust to accept his signature herein as evidence of such election to the same extent as if his signature were affixed to a copy of said Trust Agreement.

D. The Contractor signatory to this Agreement agrees to pay into a Pension Trust Fund to be established by the Southern California District Council of Laborers and the Southern California Chapter of the Associated General Contractors of America, the Building Contractors Association of California, Inc., the Engineering and Grading Contractors Association, Inc., and the Home Builders Association of Los Angeles, Orange and Ventura Counties, effective June 15, 1962, the sum of 10 cents per hour for each hour paid to employees on all classifications contained within this Agreement. This money paid into such Pension Trust Fund is to be used for pension benefits pursuant to such terms and conditions as may be established by said Trust Agreement and Pension Plan and the Trustees acting thereunder.

E. The undersigned Contractor approves and consents to the appointment of the Employer Trustees who may be appointed by the four said Associations as the Contractors' Trustees and further ratifies, confirms, and consents to all acts heretofore taken or which may be taken in the creation and administration of said Trust and Pension Plan by the Joint Trustees, the said Associations, their Agents and Representatives, and agrees to be bound by all the terms, conditions, provisions, privileges and obligations which may be provided for by said Agreement and Declaration of Trust and Pension Plan, or any amendment thereto.

F. The Contractor signatory to this Agreement hereby elects to become a party to the Agreement and Declaration of Trust establishing the Pension Plan referred to herein and does authorize the Trustees of said Trust to accept his signature herein as evidence of such election to the same extent as if his signature were affixed to a copy of said Trust Agreement.

## ARTICLE XII
## WAGE RATES AND OVERTIME

The following hourly wage rates shall apply to the following classifications on all work covered by the terms of this Agreement performed by Laborers.

A. **Overtime Rates.** Time and one-half, except Sundays and holidays, which are double time. (On Tide Work, special provisions of Tide Work Schedule shall apply.

B. **Tide Work Schedule.** The following provisions shall apply to Laborers on jobs or projects working a single shift only:

1. When workmen or employees are called out to work broken time or tide work, Monday through Friday, the minimum pay for such work shall be eight (8) hours at the applicable regular straight-time rate, or rates. Subject to the above minimum, in computing the time to be paid for under this provision, eight (8) hours or less worked between 8:00 a.m. and 5:00 p.m. shal be paid for at the applicable straight-time rate, or rates, and time in excess of eight (8) hours worked between 8:00 a.m. and 5:00 p.m. and any time worked before 8:00 a.m. or after 5:00 p.m. shall be paid for at the applicable overtime rate, or rates.

2. In the event workmen or empolyees are called out to work broken time or tide work on Saturdays, Sundays or holidays, the applicable overtime rate, or rates, shall be paid for all time worked and the minimum pay shall be six (6) hours at such overtime rate, or rates.

C. **Watchmen—Guards** shall work eight (8) consecutive hours per day, exclusive of lunch period, and forty (40) hours per week, Monday through Sunday, at straight-time rates, provided they receive their two- (2) day rest period consecutively. Guards shall receive time and one-half for all time worked in excess of eight (8) hours per day and for the sixth consecutive day worked; and double time for the seventh consecutive day worked. Guards shall also receive time and one-half for holidays, except where a holiday falls on the seventh consecutive day worked, which shall be double time.

### FOREMEN

All Laborers' Leadmen (Foremen) shall be paid not less than thirty cents (30c) per hour more than the hourly rate of the highest classification over which they have leadership.

| LABORERS WAGE RATES | Hourly Wage Scale | | |
|---|---|---|---|
|  | 5/1/62 | 5/1/63 | 5/1/64 |
| Laborers—General or Construction | $3.26 | $3.36 | $3.50 |
| Demolition Laborer, the cleaning of brick and lumber, etc. | 3.26 | 3.36 | 3.50 |
| Stripping of Concrete Forms (except tunnel—see Tunnel Agreement) | 3.26 | 3.36 | 3.50 |
| Plugging, Filling Shea-Bolt Holes, Dry Packing of Concrete (Embco, Epoxy, Dexo-Tex) | 3.26 | 3.36 | 3.50 |
| Operators of Pneumatic and Electric Tools, Vibrating Machines, Pavement Breakers, and Similar mechanical tools not separately classified herein | 3.47 | 3.57 | 3.71 |
| Concrete Saw Man excluding Tractor Type | 3.47 | 3.57 | 3.71 |
| Cutting, Scoring & Sawing of New Concrete | 3.47 | 3.57 | 3.71 |
| Mixer-Truck Chute Man (Slabs, Floors and Decks) | 3.26 | 3.36 | 3.50 |
| Material Hoseman (Slabs, Floors and Decks) | 3.47 | 3.57 | 3.71 |
| Roto-Scraper | 3.47 | 3.57 | 3.71 |

11

Exhibit 1

| LABORERS WAGE RATES CONTINUED | Hourly Wage Scale | | |
|---|---|---|---|
| | 5/1/62 | 5/1/63 | 5/1/64 |
| Concrete Core Cutter | 3.47 | 3.57 | 3.71 |
| Operator of Cement Grinding Machines | 3.47 | 3.57 | 3.71 |
| Asphalt Raker and Ironer | 3.47 | 3.57 | 3.71 |
| Asphalt Headerboard Man | 3.47 | 3.57 | 3.71 |
| Asphalt Shoveler | 3.36 | 3.46 | 3.60 |
| Buggymobile Man | 3.47 | 3.57 | 3.71 |
| Cement Mixer—Barrel Type | 3.69 | 3.79 | 3.93 |
| Cement Dumper (on 1 yd. or larger mixers and handling bulk cement) | 3.47 | 3.57 | 3.71 |
| Cesspool Digger and Installer | 3.44 | 3.54 | 3.68 |
| Chucktender | 3.41 | 3.51 | 3.65 |
| Concrete Curer—Impervious Membrane and Form Oiler | 3.45 | 3.55 | 3.69 |
| Cribber or Shorer | 3.62 | 3.72 | 3.86 |
| Cutting Torch Operator (Demolition) | 3.31 | 3.41 | 3.55 |
| Driller (Core, Diamond or Wagon), Joy Driller Model TW M-2A, Gardner-Denver Model DH 143 and similar type drills (in accordance with Memorandum of Understanding between Laborers and Operating Engineers dated at Miami, Florida, February 3, 1954) | 3.71 | 3.81 | 3.95 |
| Driller, Jackhammer 2½ foot drill steel or longer | 3.55 | 3.65 | 3.79 |
| Rotary Drill Helper | 3.41 | 3.51 | 3.65 |
| Fine Grader, Highway and Street Paving, Airports, Runways, and similar type heavy construction | 3.36 | 3.46 | 3.60 |
| Flagman, Spotter, Debris Handler, and Dumpman | 3.26 | 3.36 | 3.50 |
| Gas and Oil Pipeline Laborer | 3.26 | 3.36 | 3.50 |
| Gas and Oil Pipeline Wrapper—Pot Tender and Form Man | 3.47 | 3.57 | 3.71 |
| Gas and Oil Pipeline Wrapper—6-inch Pipe and over | 3.60 | 3.70 | 3.84 |
| Guinea Chaser | 3.34 | 3.44 | 3.58 |
| Laborer Packing Rod Steel and Pans | 3.385 | 3.485 | 3.625 |
| *Landscape Gardener and Nursery Man | 3.36 | 3.46 | 3.60 |
| Laying of all non-metallic Pipe including Sewer Pipe and Underground Tile and all metallic or non-metallic Drain Pipe | 3.57 | 3.67 | 3.81 |
| Making and Caulking of all non-metallic Pipe Joints | 3.45 | 3.55 | 3.69 |
| Powderman | 3.62 | 3.72 | 3.86 |
| Riprap Stonepaver | 3.45 | 3.55 | 3.69 |
| Rock Slinger | 3.52 | 3.62 | 3.76 |
| Head Rock Slinger | 3.78 | 3.88 | 4.02 |
| Sandblaster (Nozzleman) | 3.71 | 3.81 | 3.95 |
| Sandblaster (Pot Tender) | 3.45 | 3.55 | 3.69 |
| Scaler | 3.31 | 3.41 | 3.55 |
| Scaler (using Bos'n's Chair or Safety Belt or Power Tools) | 3.52 | 3.62 | 3.76 |
| Septic Tank Digger and Installer (Lead Man) | 3.41 | 3.51 | 3.65 |
| Steel Headerboard Men including Stringman | 3.685 | 3.785 | 3.925 |
| Tank Scaler and Cleaner | 3.385 | 3.485 | 3.625 |
| Tarman and Mortarman | 3.31 | 3.41 | 3.55 |
| Tree Climber, Faller, Chain Saw Operator, Pittsburgh Chipper and similar type Brush Shredders | 3.47 | 3.57 | 3.71 |
| Underground Laborer, including Caisson Bellowers (except in Tunneling—see Tunnel Agreement) | 3.39 | 3.49 | 3.63 |
| Watchman | 2.60 | 2.70 | 2.84 |
| Window Cleaner | 3.26 | 3.36 | 3.50 |

Rigging—same wage scale as classification to which rigging is incidental.

*Have knowledge of plant materials and how to plant them. Lays out plant arrangements to follow the landscape plan.

73891-ok
pq 124-ok

*Steiny & Mitchel, Inc*

pq  None of the terms of the Tunnel Master Agreement including wages, hours or working conditions is covered by the terms of this Agreement.

All wages must be paid weekly. When employees are laid off or discharged they must be paid wages due them at the time of layoff or discharge, in accordance with the provisions of the California State Labor Code. Failure to pay wages to an employee that is laid off or discharged at the time of such layoff or discharge shall be conclusively proven to be wilful on the part of the Contractor.

The Contractor shall show a total straight time and total overtime hours worked on each check stub or voucher and this provision shall be applicable upon signing this Agreement.

## ARTICLE XIII
## GENERAL SAVING CLAUSE

It is not the intent of either party hereto to violate any laws, rulings or regulations of any Governmental authority or agency having jurisdiction of the subject matter of this Agreement, and the parties hereto agree that in the event any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings or regulations, they will then promptly enter into lawful negotiations on the substance thereof; nevertheless, the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the remaining portion of this Agreement.

CONTRACTOR OR FIRM:
(Print Exactly as Listed with the State
License Board)

STEINY AND MITCHEL, INC.

By _____ PRES. _____ (Official Title)

Address 221 N. Arizona Ave.

City Los Angeles 4, Calif.

Telephone No. DU 2-2331

Classification C-10 SA

State License No. 161273 ok

Instructions to Business Agents:
Four copies must be signed:
One for the Contractor
One for the Local Union
Mail one immediately to the So. Calif. District Council of Laborers
Mail one immediately to the Administrator of the Laborers' Health & Welfare Trust Fund for So. Calif.

SOUTHERN CALIFORNIA DISTRICT
COUNCIL OF LABORERS

_J.O. Steiny_

James L. Smith ___ Pres.

R.R. Richardson ___ Sec'y

W. Loyd Luly ___ Bus. Repr.

LABORERS' LOCAL 300

Thomas Bell

Date Signed 3-7-63

## JURISDICTIONAL AREA OF
## THE LABORERS' LOCAL UNIONS IN THE 11 SOUTHERN CALIFORNIA COUNTIES

Los Angeles County: Locals #300 Los Angeles, #439 Pasadena, #507 Long Beach,
#652 Santa Ana, #802 San Pedro, #1082 El Monte

Los Angeles, Local 300, 2005 W. Pico Blvd.; Telephone DUnkirk 5-2841. Bus. Repr. Ray Waters. Sec'y. Mike Quevedo. Jurisdiction. The Geographical jurisdiction is from the point of intersection of El Segundo Blvd. and the Ocean; east on El Segundo Blvd. to the intersection of Loma Vista Street; north on Loma Vista Street to Imperial Highway to Alameda Street; north on Alameda Street to Firestone Blvd.; east on Firestone Blvd. to Old River School Road; then a straight line due east from the intersection of Firestone Blvd. and Old River School Road to the point of intersection of Whittier Blvd. and Valley Home Avenue; north on Valley Home Avenue to the northwest corner of Orange County; northwest to the southeast corner of Monterey Park; west on Third Street to the west boundary line of Monterey Park; north following the City Limits line of Monterey Park, Alhambra, South Pasadena and Pasadena; north to Angelus Crest Highway and following Angelus Crest Highway to the County line. North and northwestern boundary lines are Kern and Ventura Counties, respectively. West boundary line is the Pacific Ocean.

Pasadena, Local 439, 1100 North Fair Oaks Avenue; Telephone SYcamore 4-9305; MUrray 1-7066; Bus. Repr. Joe Herbert. Fin. Secy. L. E. Miller. Jurisdiction on the West; Monterey Park, Alhambra, South Pasadena and Pasadena; on the South; Monterey Park; on the East; South on Santa Anita Ave., to Colorado Blvd., West to Baldwin Ave., South to Huntington Dr., West to San Gabriel Blvd., and south to a point of intersection directly East on the end of Third St. On the North; Altadena to the mountains, including mountains in the north.

13

Exhibit 1

Pomona, Local 806, 1055 West Second St.; Telephone NAtional 9-3465 and 9-8004; Bus. Repr. P. H. Garcia; Business Agent Jerry Chillog; Sec'y.-Treas. Gregorio Griego. Jurisdiction, Orange County Line, on the South; San Bernardino County line, on the East; the West Line, Hacienda Blvd., from the Orange County Line, Glendora Blvd., Azusa Ave., and San Gabriel Canyon Rd., going north.

Long Beach, Local 507, 6701 Atlantic Ave. (5); Telephones GArfield 2-1245 and NEvada 6-2612. Bus. Repr. J. V. Brimhall; Sec'y. Glenn Buss. Jurisdiction, The Western boundary line is from the intersection of Alameda and Firestone, south to Henry Ford Ave., and due south from Henry Ford Ave. The northern boundary is from the point of intersection of Alameda St. or Blvd. and Firestone Blvd., east to the Old River School Road, then on a straight line due east from the intersection of Firestone Blvd., and the Old River School Road, due east to the point of intersection of Whittier Blvd. and Valley Home Ave. The eastern boundary line is the Orange County Line and due south.

San Pedro, Local 802, 540 N. Marine Ave., Wilmington; Telephone TErminal 4-5233, SPruce 5-1886; Bus. Repr. L. McClain. Jurisdiction, the eastern boundary line is from the intersection of Alameda and Henry Ford Ave., and due south. The northern boundary line is from the intersection of Alameda St. and Imperial Highway west to the intersection of Loma Vista St. in El Segundo, south on Loma Vista St. to the intersection of El Segundo Blvd., and Loma Vista St. in El Segundo, then from the intersection of El Segundo Blvd. and Loma Vista St. west to the ocean. The western boundary line is from El Segundo Blvd. south to Point Vincente. The southern boundary line is from Point Vincente east to Henry Ford Ave. and due south including Catalina Island.

El Monte, Local 1082, 11346 E. Ramona Blvd., Telephone GIlbert 8-0144 and 8-7826; Bus. Repr. George Tarr; Sec'y. P. A. Ramult. Jurisdiction, the Southern boundary line is from the Northwest corner of Orange County to the Southeast corner of Monterey Park on a straight line. The Western boundary line is from the Southeast corner of Monterey Park, East to a point South of where San Gabriel Blvd. and 3rd Street would intersect if both were extended, North from this point to San Gabriel Blvd. and Huntington Drive, East to Old Ranch Road, North to Colorado Blvd., East along Colorado Blvd., and Colorado Place to Santa Anita Ave. North on Santa Anita Ave., and Santa Anita Canyon including Mountains East to San Gabriel Canyon. The Eastern Boundary line is from the Northwest corner of Orange County East along the County line to Hacienda Blvd., North on Hacienda Blvd. to Valley Blvd., East to Glendora Blvd., North to Garvey Blvd., East to Azusa Ave., North following Azusa Ave. and San Gabriel Canyon Road.

Bakersfield, Local 220, 2201 H. Street, Box 301; Telephone FAirview 2-3460; Bus. Repr. B. T. James; Sec'y. A. Blinks. Jurisdiction, Kern, County.

Bishop, Local 302, Box 103, Telephone UPton 3-3138. Sec'y. W. A. Whitney. Jurisdiction, Inyo and Mono Counties.

El Centro, Local 1119, 690 Broadway, Telephone ELgin 2-3103; Bus. Repr. C. A. Gardner. Jurisdiction, Imperial County.

Riverside Local 1184, 1074 La Cadena Dr.; OVerland 4-1484 and 4-1485; Bus. Mgr. and Fin. Sec'y. J. L. Smith. Jurisdiction, Riverside County.

San Bernardino, Local 783, 599 G Street, Telephone TUxedo 43-1143 and 41-9185. Bus. Repr. Ray M. Wilson, Sec'y. Manuel D. Padilla. Jurisdiction, San Bernardino County.

San Luis Obispo, Local 1464, 1530 Monterey St.; Telephone LIberty 3-6057; Bus. Repr. Nick Tiessen. Jurisdiction, San Luis Obispo County. Office hours 7:30 a.m. to 11:30 a.m. and 1 p.m. to 5 p.m., Monday through Friday.

Santa Ana, Local 652, 1532 E. Chestnut St.; Telephone KImberly 2-7203; Bus. Repr. Ray Mendoza; Sec'y-Treas. Dave Hernandez. Jurisdiction, Orange County. This office open 7 a.m. to 5 p.m. daily and 8 a.m. to 12 noon Saturday.

Santa Barbara, Local 195, (Plaster Tenders and Mason and Brick Tenders only). 426 Camphor Place, Telephone WOodland 9-5163. Sec'y. Eddie Grand; Bus. Repr., John Curtis. Jurisdiction, Santa Barbara County as defined by the International Union.

Santa Barbara, Local 591, 415 Chapala St., Telephone WOodland 2-5151. Bus. Repr. Frank Villa. Sec'y. S. Aparicio. Jurisdiction, Santa Barbara County south of Santa Ynez River, as defined by the International Union.

Santa Maria, Local 1222, 205½ North Broadway, P.O.Box 493; Telephone WAlnut 5-4330. Bus. Repr. Robt. M. Harris, Sec'y. J. W. McClung. Jurisdiction, Northern Santa Barbara County as defined by the International Union.

Ventura, Local 585, 21 S. Dos Caminos Ave., Telephone MIller 3-5487; Bus. Repr. James V. Flores; Sec'y. Manuel Lopez. Jurisdiction, Ventura County. This office open on Saturdays from 9 a.m. to 12 noon; closed Sundays and holidays.

When work is performed on any of the offshore islands, namely, Richardson Rock, Santa Cruz Island, Arch Rock, San Nicholas Island, Santa Catalina Island, San Clemente Island, San Miguel Island, Santa Rosa Island, Anacapa Island (Channel Islands Monument) and Santa Barbara Island, and the port of embarkation is within the jurisdictional boundaries of any of the above-named locals, the supplying of workmen and policing of such work shall be maintained by the Local Union within whose geographical area the point of embarkation is located.