466/ADT2-CLVT
8/31/88

AGREEMENT AND DECLARATION

OF TRUST ESTABLISHING THE

CONSTRUCTION LABORERS VACATION TRUST

FOR SOUTHERN CALIFORNIA

(as amended to August 31, 1988)

ARTICLE I - PARTIES TO AGREEMENT

This Agreement and Declaration of Trust is made and entered into in the County of Los Angeles, State of California, upon the consideration hereinafter set forth, by and between the following parties:

*1.01   <u>Associations</u>:

    (a)   Associated General Contractors of California, Inc.

    (b)   Building Industry Association of California, Inc.

    (c)   Engineering Contractors Association

    (d)   Southern California Contractors Association, Inc.

---

* Amendment No. 11, adopted and effective 4/15/80.

Exhibit 3

return shall be used by the Board to defray such administrative cost and to provide for a reserve for the payment of such cost, and if not so used, shall be distributed equitably to the employees and their beneficiaries at such times, upon such terms and in such proportions, without regard to any specific vacation account or accounts, as the Board of Trustees may determine.

      **12.07** Contributions to the Fund and any liquidated damages payable in connection therewith, shall be deemed to be, and shall be, a part of the wages due to the employees with respect to whose work such payments are made. No individual employer shall have any right, title or interest in such contributions, or any part thereof, and no part thereof shall ever revert to any such individual employer. Insofar as consistent with the other provisions of this Agreement, contributions shall be treated and reported as a part of the compensation earned by the employee at the time the work to which the contributions pertain is performed, subject to the terms of this Agreement, and shall be deemed to be, and shall be treated as, subject to withholding tax and social security and unemployment taxes as a part of the total compensation payable at the end of the individual employer's payroll period during which such work is performed or paid for, but the full per hour contribution shall be transmitted to the Fund. Such contributions shall not be a part of the hourly wage rates for the purpose of computing overtime, or

reporting time or for any other purpose of the Collective Bargaining Agreement, or part of the "regular rate" or "basic hourly rate" for the purpose of the Federal Fair Labor Standards Act or the Walsh-Healy Act or any other law, ordinance or regulation, except that if, consistent with the foregoing, such contributions can be considered and treated as a part of the wages prevailing in the area for the purpose of the Federal Davis-Bacon Act and similar federal, state or local laws, ordinances or regulations, they shall be so considered and treated. If any administrative or judicial ruling holds that any provision of this Agreement prevents or defeats any of the objectives stated in this section, the parties will forthwith enter into negotiations with regard to the amendment of this Agreement in such respects as may be necessary to accomplish the objectives so stated, consistent with the other objectives and purposes of this Agreement, and any such amendment shall be effective, insofar as practicable, as of the date of execution of this Agreement.

**12.08** It is the intent and purpose of the Plan, and of this Agreement, and a material part of the consideration for the making of contributions to the Fund by individual employers, that the money in each vacation account shall be received by the employee entitled thereto personally. Accordingly, no payments due the Fund and no monies in vacation accounts established pursuant to the Plan shall be subject in any manner to anticipa-

Exhibit 3