# Summary Plan Description

## July 1, 2012

Active Employees
and their eligible Spouses and Dependents

Retired Employees
Not eligible for Medicare and their eligible Spouses
and Dependents not eligible for Medicare

Surviving Spouses
and their eligible Dependents
Not eligible for Medicare

Si usted tiene alguna pregunta tocante a este asunto, una persona bilingue esta disponible para ayudarle dentro de las horas de 7:00 a.m. a 6:00 p.m., Lunes a Viernes hora Pacifico

Para asistencia bilingue debe llamar al 626-279-3000.

Las horas de oficio son de 8:00 a.m. a 5:00 p.m. y
las horas de servicio al cliente son de
7:00 a.m. a 6:00 p.m., de lunes a viernes

La Oficina de Fideicomiso está situada en
4399 Santa Anita Avenue, Suite 200
El Monte, CA 91731

Harman Press 28
Est. 1941

Exhibit 4

I

the due date. Late payment could cause your Dependent children to lose their eligibility under this Plan.

If you pay the Trust Fund Office directly, the Trust Fund Office must receive your monthly payment by the first day of the month in which the payment is due. Failure to make the monthly payment by the last day of the month in which it is due will result in termination of coverage without the possibility of reinstatement.

## Retiree Monthly Premium and Subsidy

The monthly premium amount you must pay is established by the Trust to cover the costs of benefits for Retirees and any Dependents. The premium will be discounted by an amount of subsidy that is determined by your total years of vested pension credits.

The monthly premiums and subsidy program can be modified or terminated at any time by the Board of Trustees of the Plan.

The premium amount will vary according to the plan of benefits selected and the number of persons who are to be covered by the Plan. (Please ask the Trust Fund Office for a listing of the current premium amounts for the various Retiree benefit plans.)

Health coverage must be selected at the time of retirement and prior to cashing the first pension check.

> The required total of vested pension credits and the amounts of subsidy are shown in the "Retirees' Chart."

## Election May Be Postponed

If an Employee's Spouse has coverage under a different plan for which the Employee is eligible or where the Employee is on total disability, the time for election is extended to the 30-day period following termination of the Spouse's coverage or termination of the total disability, whichever is applicable.

If the Employee does not elect coverage at the time of retirement or within the extended election period, the retired Employee and any Dependents will no longer be eligible for health coverage under the terms of the Plan.

Only Retirees under the age of 65, who elect to be covered by the medical benefits, may purchase prescription drug coverage. To obtain coverage, Retirees under the age of 65 are required to pay the Plan's full monthly charge for providing this benefit. All rules, procedures, limitations and exclusions of the Plan's prescription coverage shall apply. Retirees over the age of 65 or otherwise eligible for Medicare can only elect to be covered under the Trust's Prescription Plan. (See "Prescription Drug Benefits" section starting on page 55.)

If you die after retiring and while covered under this Plan and you selected the Joint and Survivor option under the Pension Plan, health coverage will be continued for your Surviving Spouse and eligible Dependents, subject to other applicable rules and provisions of this