

Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

**Employer ID:** 073891

**Contractor:** STEINY AND COMPANY, INC.

**Address:** P.O. BOX 8100
BALDWIN PARK, CA 91706

**Phone:** 626-962-1055 **Ext:**

**Fax:** 626-337-6899

**Federal ID Number:** 95-1889828

**Report Period:** 11/01/2016

**EDI Reference Number:** 0001-4816-7381-7234

**Agreement:** Southern California Master Labor Agreement (Standard-MLA11) - Current Rates

**Report Type:** Regular

**Job Class Type:** All

☐ 1st Report in Area        ☐ Last Report in Area        ☐ Supplemental Report

## Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|-----|-----|-----------|------------|----|-----------|-----|---------|-------|
| 1 | 4433 | Avalos | Jacob | S | | A3 | 1408003 | 24.00 |
| 2 | 433 | Avalos | Jacob | S | | A3 | 1512089 | 45.00 |
| 3 | 433 | Avalos | Jacob | S | | A3 | 1512090 | 5.00 |
| 4 | 4433 | Avalos | Jacob | S | | A3 | 1606217 | 8.00 |
| 5 | 4433 | Avalos | Jacob | S | | A3 | 1610040 | 8.00 |
| 6 | 4433 | Avalos | Jacob | S | | A3 | 1601045 | 32.00 |
| 7 | 4433 | Avalos | Jacob | S | | A3 | 1606220 | 12.00 |
| 8 | -4433 | Avalos | Jacob | S | | A3 | 1609078 | 8.00 |
| 9 | -4018 | Bower | Matthew | S | | J | 1601045 | 136.00 |
| 10 | 018 | Bower | Matthew | S | | J | 1612033 | 8.00 |
| 11 | 4018 | Bower | Matthew | S | | J | 1610042 | 8.00 |
| 12 | 8849 | Bueno | Angel | | | J | 1512089 | 64.00 |
| 13 | -2065 | Garrido | Miguel | M | | A5 | 1512089 | 48.00 |
| 14 | 065 | Garrido | Miguel | M | | A5 | 1512090 | 58.00 |
| 15 | 2065 | Garrido | Miguel | M | | A5 | 1601045 | 32.00 |
| 16 | 6667 | Gidney | William | A | | J | 1606218 | 18.00 |
| 17 | 667 | Gidney | William | A | | J | 1601045 | 64.00 |
| 18 | 667 | Gidney | William | A | | J | 1604057 | 40.00 |
| 19 | -6667 | Gidney | William | A | | J | 1610041 | 8.00 |
| 20 | 6667 | Gidney | William | A | | J | 1610042 | 8.00 |
| 21 | -6161 | Gleason | Eric | L | | J | 1512089 | 60.00 |
| 22 | -6161 | Gleason | Eric | L | | J | 1606219 | 18.00 |
| 23 | -6161 | Gleason | Eric | L | | J | 1606220 | 33.00 |
| 24 | -6161 | Gleason | Eric | L | | J | 1612063 | 16.00 |
| 25 | 161 | Gleason | Eric | L | | J | 1508191 | 16.00 |





Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

## STEINY AND COMPANY, INC.

### Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|-----|-----|-----------|------------|----|-----------|-----|---------|-------|
| 26 | ▬-6014 | Karr | Joshua | R | | J | 1606218 | 18.00 |
| 27 | ▬-6014 | Karr | Joshua | R | | J | 1601045 | 82.00 |
| 28 | ▬-6014 | Karr | Joshua | R | | J | 1604057 | 40.00 |
| 29 | ▬-6014 | Karr | Joshua | R | | J | 1610041 | 8.00 |
| 30 | ▬-6014 | Karr | Joshua | R | | J | 1610042 | 24.00 |
| 31 | ▬818 | Loza | Alfredo | | | J | 1408003 | 8.00 |
| 32 | ▬-8818 | Loza | Alfredo | | | J | 1512089 | 55.00 |
| 33 | ▬-8818 | Loza | Alfredo | | | J | 1606219 | 16.00 |
| 34 | ▬-8818 | Loza | Alfredo | | | J | 1606220 | 30.00 |
| 35 | ▬-8818 | Loza | Alfredo | | | J | 1612063 | 16.00 |
| 36 | ▬818 | Loza | Alfredo | | | J | 1508191 | 8.00 |
| 37 | ▬-8709 | Mulvaney | David | C | | J | 1408003 | 16.00 |
| 38 | ▬-8709 | Mulvaney | David | C | | J | 1601045 | 40.00 |
| 39 | ▬-8709 | Mulvaney | David | C | | J | 1606220 | 52.00 |
| 40 | ▬-8709 | Mulvaney | David | C | | J | 1610129 | 6.00 |
| 41 | ▬8709 | Mulvaney | David | C | | J | 1609078 | 4.00 |
| 42 | ▬1-8709 | Mulvaney | David | C | | J | 1608057 | 16.00 |
| 43 | ▬-9503 | Rubalcaba | Gustavo | | | J | 1512089 | 51.00 |
| 44 | ▬6-9503 | Rubalcaba | Gustavo | | | J | 1612035 | 53.00 |
| 45 | ▬-5939 | Ruvalcaba | Moises | | | J | 1509100 | 8.00 |
| 46 | ▬5939 | Ruvalcaba | Moises | | | J | 1612034 | 12.00 |
| 47 | ▬5939 | Ruvalcaba | Moises | | | J | 1611014 | 132.00 |
| 48 | ▬-3683 | Tillley | Justin | D | | J | 1601045 | 136.00 |
| 49 | ▬3683 | Tillley | Justin | D | | J | 1612033 | 8.00 |

|  |  |  |  | **Totals:** | | | | **1,616.00** |
|  |  |  |  | **Grand Totals:** | | | | **1,616.00** |

| ID | Hours Class | J/C | Hours | Vac | Dues | Pen | Train | LECET | LB App | H&W | CAF |
|----|-------------|-----|-------|-----|------|-----|-------|-------|--------|-----|-----|
| 073891 | WORK | A3 | 142.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 286.84 | 167.56 | 191.70 | 66.74 | 12.78 | 18.46 | 701.48 | 9.94 |
| 073891 | WORK | A5 | 138.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 278.76 | 162.84 | 186.30 | 64.86 | 12.42 | 17.94 | 681.72 | 9.66 |
| 073891 | WORK | J | 1,336.00 | 2.8800 | 1.6900 | 6.7500 | 0.4700 | 0.0900 | 0.1300 | 7.0600 | 0.0700 |
| | | | | 3,847.68 | 2,257.84 | 9,018.00 | 627.92 | 120.24 | 173.68 | 9,432.16 | 93.52 |
| **Grand Totals:** | | | **1,616.00** | **$ 4,413.28** | **$ 2,588.24** | **$ 9,396.00** | **$ 759.52** | **$ 145.44** | **$ 210.08** | **$ 10,815.36** | **$ 113.12** |

 Payroll Report - Southern California Master Labor Agreement (Standard-MLA11) - Current Rates - 0001-4816-7381-7234

Exhibit 6
Page 2 of 3

Report Created Tuesday, December 13, 2016



Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

| ID | Hours Class | J/C | CCCLB | Ind | AdmTF | JIAF | Totals |
|---|---|---|---|---|---|---|---|
| 073891 | WORK | A3 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 42.60 | 11.36 | 17.04 | 14.20 | 1,540.70 |
| 073891 | WORK | A5 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 41.40 | 11.04 | 16.56 | 13.80 | 1,497.30 |
| 073891 | WORK | J | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 400.80 | 106.88 | 160.32 | 133.60 | 26,372.64 |
| Grand Totals: | | | $ 484.80 | $ 129.28 | $ 193.92 | $ 161.60 | $ 29,410.64 |

