

Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

| | |
|---|---|
| **Employer ID:** | 073891 |
| **Contractor:** | STEINY AND COMPANY, INC. |
| **Address:** | P.O. BOX 8100 |
| | BALDWIN PARK, CA 91706 |
| **Phone:** | 626-962-1055  **Ext:** |
| **Fax:** | 626-337-6899 |

| | |
|---|---|
| **Federal ID Number:** | 95-1889828 |
| **Report Period:** | 12/01/2016 |
| **EDI Reference Number:** | 0001-4843-3490-7278 |
| **Agreement:** | Southern California Master Labor Agreement (Standard-MLA11) - Current Rates |
| **Report Type:** | Regular |
| **Job Class Type:** | All |

☐ 1st Report in Area        ☐ Last Report in Area        ☐ Supplemental Report

### Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | -4018 | Bower | Matthew | S | | J | 1601045 | 112.00 |
| 2 | 2065 | Garrido | Miguel | M | | A5 | 1512089 | 16.00 |
| 3 | -6667 | Gidney | William | A | | J | 1601045 | 104.00 |
| 4 | 667 | Gidney | William | A | | J | 1604057 | 40.00 |
| 5 | 667 | Gidney | William | A | | J | 1610041 | 8.00 |
| 6 | -6161 | Gleason | Eric | L | | J | 1508105 | 27.00 |
| 7 | 161 | Gleason | Eric | L | | J | 1509100 | 8.00 |
| 8 | -6161 | Gleason | Eric | L | | J | 1512090 | 8.00 |
| 9 | 6161 | Gleason | Eric | L | | J | 1606217 | 8.00 |
| 10 | -6161 | Gleason | Eric | L | | J | 1610040 | 8.00 |
| 11 | 6161 | Gleason | Eric | L | | J | 1607076 | 16.00 |
| 12 | 6161 | Gleason | Eric | L | | J | 1606219 | 18.00 |
| 13 | -6161 | Gleason | Eric | L | | J | 1612063 | 18.00 |
| 14 | -6014 | Karr | Joshua | R | | J | 1601045 | 96.00 |
| 15 | 6014 | Karr | Joshua | R | | J | 1604057 | 48.00 |
| 16 | -6014 | Karr | Joshua | R | | J | 1610041 | 8.00 |
| 17 | -8818 | Loza | Alfredo | | | J | 1508105 | 24.00 |
| 18 | -8818 | Loza | Alfredo | | | J | 1509100 | 8.00 |
| 19 | 818 | Loza | Alfredo | | | J | 1512090 | 8.00 |
| 20 | -8818 | Loza | Alfredo | | | J | 1606217 | 8.00 |
| 21 | 8818 | Loza | Alfredo | | | J | 1606219 | 17.00 |
| 22 | -8818 | Loza | Alfredo | | | J | 1701043 | 8.00 |
| 23 | -8818 | Loza | Alfredo | | | J | 1612063 | 16.00 |
| 24 | -8818 | Loza | Alfredo | | | J | 1508191 | 12.00 |
| 25 | 8709 | Mulvaney | David | C | | J | 1601045 | 40.00 |



Payroll Report - Southern California Master Labor Agreement (Standard-MLA11) - Current Rates - 0001-4843-3490-7278

Exhibit 7
Page 1 of 2
Report Created Friday, January 13, 2017

Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

## STEINY AND COMPANY, INC.

### Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|-----|-----|-----------|------------|----|-----------|-----|---------|-------|
| 26 | -9503 | Rubalcaba | Gustavo | | | J | 1509100 | 8.00 |
| 27 | -9503 | Rubalcaba | Gustavo | | | J | 1512089 | 40.00 |
| 28 | -9503 | Rubalcaba | Gustavo | | | J | 1607076 | 64.00 |
| 29 | -5939 | Ruvalcaba | Moises | | | J | 1607076 | 32.00 |
| 30 | 939 | Ruvalcaba | Moises | | | J | 1611013 | 16.00 |
| 31 | -5939 | Ruvalcaba | Moises | | | J | 1612034 | 32.00 |
| 32 | -5939 | Ruvalcaba | Moises | | | J | 1612063 | 16.00 |
| 33 | -5939 | Ruvalcaba | Moises | | | J | 1512088 | 48.00 |
| 34 | -3683 | Tillley | Justin | D | | J | 1601045 | 51.00 |
| | | | | | | | Totals: | 991.00 |
| | | | | | | | Grand Totals: | 991.00 |

| ID | Hours Class | J/C | Hours | Vac | Dues | Pen | Train | LECET | LB App | H&W | CAF |
|----|-------------|-----|-------|-----|------|-----|-------|-------|--------|-----|-----|
| 073891 | WORK | A5 | 16.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 32.32 | 18.88 | 21.60 | 7.52 | 1.44 | 2.08 | 79.04 | 1.12 |
| 073891 | WORK | J | 975.00 | 2.8800 | 1.6900 | 6.7500 | 0.4700 | 0.0900 | 0.1300 | 7.0600 | 0.0700 |
| | | | | 2,808.00 | 1,647.75 | 6,581.25 | 458.25 | 87.75 | 126.75 | 6,883.50 | 68.25 |
| Grand Totals: | | | 991.00 | $ 2,840.32 | $ 1,666.63 | $ 6,602.85 | $ 465.77 | $ 89.19 | $ 128.83 | $ 6,962.54 | $ 69.37 |

| ID | Hours Class | J/C | CCCLB | Ind | AdmTF | JIAF | Totals |
|----|-------------|-----|-------|-----|-------|------|--------|
| 073891 | WORK | A5 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 4.80 | 1.28 | 1.92 | 1.60 | 173.60 |
| 073891 | WORK | J | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 292.50 | 78.00 | 117.00 | 97.50 | 19,246.50 |
| Grand Totals: | | | $ 297.30 | $ 79.28 | $ 118.92 | $ 99.10 | $ 19,420.10 |



Payroll Report - Southern California Master Labor Agreement (Standard-MLA11)  - Current Rates - 0001-4843-3490-7278

Exhibit 7 of 2
Report Created Friday, January 13, 2017