

Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

| | | |
|---|---|---|
| **Employer ID:** 073891 | **Federal ID Number:** | 95-1889828 |
| **Contractor:** STEINY AND COMPANY, INC. | **Report Period:** | 01/01/2017 |
| **Address:** P.O. BOX 8100 | **EDI Reference Number:** | 0001-4873-5189-4933 |
| BALDWIN PARK, CA 91706 | **Agreement:** | Laborers (Standard - MLA11) - Current Rates |
| **Phone:** 626-962-1055  **Ext:** | | Southern California Master Labor Agreement |
| **Fax:** 626-337-6899 | **Report Type:** | Regular |
| | **Job Class Type:** | All |

☐ 1st Report in Area   ☐ Last Report in Area   ☐ Supplemental Report

## Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | 5760 | Bamboa | Daniel | D | WORK | A2 | 1612063 | 16.00 |
| 2 | -5760 | Bamboa | Daniel | D | WORK | A2 | 1508136 | 16.00 |
| 3 | 5760 | Bamboa | Daniel | D | WORK | A2 | 1610043 | 6.00 |
| 4 | -5760 | Bamboa | Daniel | D | WORK | A2 | 1609075 | 24.00 |
| 5 | -4018 | Bower | Matthew | S. | WORK | J | 1606220 | 4.00 |
| 6 | -4018 | Bower | Matthew | S. | WORK | J | 1610041 | 32.00 |
| 7 | -4018 | Bower | Matthew | S. | WORK | J | 1702066 | 6.00 |
| 8 | -4018 | Bower | Matthew | S. | WORK | J | 1601045 | 92.00 |
| 9 | -4018 | Bower | Matthew | S. | WORK | J | 1608057 | 24.00 |
| 10 | -4018 | Bower | Matthew | S. | WORK | J | 1508121 | 4.00 |
| 11 | -4018 | Bower | Matthew | S. | WORK | J | 1601043 | 8.00 |
| 12 | -6667 | Gidney | William | Alexander | WORK | J | 1508106 | 8.00 |
| 13 | -6667 | Gidney | William | Alexander | WORK | J | 1610041 | 8.00 |
| 14 | -6667 | Gidney | William | Alexander | WORK | J | 1604057 | 24.00 |
| 15 | 6667 | Gidney | William | Alexander | WORK | J | 1601045 | 64.00 |
| 16 | -6667 | Gidney | William | Alexander | WORK | J | 1601043 | 16.00 |
| 17 | -6667 | Gidney | William | Alexander | WORK | J | 1508121 | 8.00 |
| 18 | 6667 | Gidney | William | Alexander | WORK | J | 1607074 | 16.00 |
| 19 | -6161 | Gleason | Eric | Lee | WORK | J | 1606219 | 9.00 |
| 20 | -6161 | Gleason | Eric | Lee | WORK | J | 1508105 | 17.00 |
| 21 | -6161 | Gleason | Eric | Lee | WORK | J | 1609075 | 72.00 |
| 22 | 161 | Gleason | Eric | Lee | WORK | J | 1609078 | 26.00 |





Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

## Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|---|---|---|---|---|---|---|---|---|
| 23 | -6161 | Gleason | Eric | Lee | WORK | J | 1508191 | 16.00 |
| 24 | -6014 | Karr | Joshua | Ray | WORK | J | 1508106 | 8.00 |
| 25 | -6014 | Karr | Joshua | Ray | WORK | J | 1508121 | 4.00 |
| 26 | -6014 | Karr | Joshua | Ray | WORK | J | 1608057 | 48.00 |
| 27 | -6014 | Karr | Joshua | Ray | WORK | J | 1610041 | 40.00 |
| 28 | -6014 | Karr | Joshua | Ray | WORK | J | 1606220 | 4.00 |
| 29 | -6014 | Karr | Joshua | Ray | WORK | J | 1702066 | 6.00 |
| 30 | 6014 | Karr | Joshua | Ray | WORK | J | 1604057 | 24.00 |
| 31 | -6014 | Karr | Joshua | Ray | WORK | J | 1601045 | 48.00 |
| 32 | 6014 | Karr | Joshua | Ray | WORK | J | 1601043 | 16.00 |
| 33 | -6014 | Karr | Joshua | Ray | WORK | J | 1607074 | 12.00 |
| 34 | -8818 | Loza | Alfredo | Jr. | WORK | J | 1508105 | 16.00 |
| 35 | -8818 | Loza | Alfredo | Jr. | WORK | J | 1606217 | 8.00 |
| 36 | -8818 | Loza | Alfredo | Jr. | WORK | J | 1606217 | 8.00 |
| 37 | -8818 | Loza | Alfredo | Jr. | WORK | J | 1606219 | 26.00 |
| 38 | -8818 | Loza | Alfredo | Jr. | WORK | J | 1609078 | 64.00 |
| 39 | 8818 | Loza | Alfredo | Jr. | WORK | J | 1609075 | 12.00 |
| 40 | -9503 | Rubalcaba | Gustavo | | WORK | J | 1609078 | 52.00 |
| 41 | -9503 | Rubalcaba | Gustavo | | WORK | J | 1509100 | 48.00 |
| 42 | 9503 | Rubalcaba | Gustavo | | WORK | J | 1601045 | 8.00 |
| 43 | -9503 | Rubalcaba | Gustavo | | WORK | J | 1612063 | 8.00 |
| 44 | 5939 | Ruvalcaba | Moises | | WORK | J | 1601045 | 8.00 |
| 45 | 5939 | Ruvalcaba | Moises | | WORK | J | 1610043 | 8.00 |
| 46 | 5939 | Ruvalcaba | Moises | | WORK | J | 1702067 | 16.00 |
| 47 | 5939 | Ruvalcaba | Moises | | WORK | J | 1607076 | 48.00 |
| 48 | 939 | Ruvalcaba | Moises | | WORK | J | 1609078 | 8.00 |
| 49 | 5939 | Ruvalcaba | Moises | | WORK | J | 1509100 | 24.00 |
| 50 | 939 | Ruvalcaba | Moises | | WORK | J | 1508105 | 8.00 |
|  |  |  | Totals: |  |  |  |  | 1,096.00 |
|  |  |  | Grand Totals: |  |  |  |  | 1,096.00 |

| ID | Hours Class | J/C | Hours | Vac | Dues | Pen | Train | LECET | LB App | H&W | CAF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 073891 | WORK | A2 | 62.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
|  |  |  |  | 125.24 | 73.16 | 83.70 | 29.14 | 5.58 | 8.06 | 306.28 | 4.34 |
| 073891 | WORK | J | 1,034.00 | 2.8800 | 1.6900 | 6.7500 | 0.4700 | 0.0900 | 0.1300 | 7.0600 | 0.0700 |
|  |  |  |  | 2,977.92 | 1,747.46 | 6,979.50 | 485.98 | 93.06 | 134.42 | 7,300.04 | 72.38 |
| Grand Totals: |  |  | 1,096.00 | $ 3,103.16 | $ 1,820.62 | $ 7,063.20 | $ 515.12 | $ 98.64 | $ 142.48 | $ 7,606.32 | $ 76.72 |

| ID | Hours Class | J/C | CCCLB | Ind | AdmTF | JIAF | Totals |
|---|---|---|---|---|---|---|---|
| 073891 | WORK | A2 | 0.3000 | 0.0800 | 0.1200 | 0.1000 |  |
|  |  |  | 18.60 | 4.96 | 7.44 | 6.20 | 672.70 |



Payroll Report - Southern California Master Labor Agreement - 0001-4873-5189-4933

Exhibit 8

Page 2 of 3
Report Created Friday, February 17, 2017



Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

| ID | Hours Class | J/C | CCCLB | Ind | AdmTF | JIAF | Totals |
|---|---|---|---|---|---|---|---|
| 073891 | WORK | J | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 310.20 | 82.72 | 124.08 | 103.40 | 20,411.16 |
| **Grand Totals:** | | | $ 328.80 | $ 87.68 | $ 131.52 | $ 109.60 | $ 21,083.86 |




Construction Laborers Trust Funds For Southern Cal
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# Payment Coupon for STEINY AND COMPANY, INC.

| | |
|---|---|
| **Employer ID:** 073891 | **Federal ID Number:** 95-1889828 |
| **Contractor:** STEINY AND COMPANY, INC. | **Report Period:** 01/01/2017 |
| **Address:** P.O. BOX 8100 | **EDI Reference Number:** 0001-4873-5189-4933 |
| BALDWIN PARK, CA 91706 | **Agreement:** Laborers (Standard - MLA11) - Current Rates |
| **Phone:** 626-962-1055 **Ext:** | Southern California Master Labor Agreement |
| **Fax:** 626-337-6899 | |
| **Contractor License:** 161273 | **Report Type:** Regular |
| **Business Type:** | **Job Class Type:** All |
| | **Date Report Finalized:** 02/17/2017 |

| ID | Hours Class | J/C | Hours | Vac | Dues | Pen | Train | LECET | LB App | H&W | CAF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 073891 | WORK | A2 | 62.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 125.24 | 73.16 | 83.70 | 29.14 | 5.58 | 8.06 | 306.28 | 4.34 |
| 073891 | WORK | J | 1,034.00 | 2.8800 | 1.6900 | 6.7500 | 0.4700 | 0.0900 | 0.1300 | 7.0600 | 0.0700 |
| | | | | 2,977.92 | 1,747.46 | 6,979.50 | 485.98 | 93.06 | 134.42 | 7,300.04 | 72.38 |
| **Grand Totals:** | | | 1,096.00 | $ 3,103.16 | $ 1,820.62 | $ 7,063.20 | $ 515.12 | $ 98.64 | $ 142.48 | $ 7,606.32 | $ 76.72 |

| ID | Hours Class | J/C | CCCLB | Ind | AdmTF | JIAF | Totals |
|---|---|---|---|---|---|---|---|
| 073891 | WORK | A2 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 18.60 | 4.96 | 7.44 | 6.20 | 672.70 |
| 073891 | WORK | J | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 310.20 | 82.72 | 124.08 | 103.40 | 20,411.16 |
| **Grand Totals:** | | | $ 328.80 | $ 87.68 | $ 131.52 | $ 109.60 | $ 21,083.86 |

## REPORT DUE ON THE 15th OF THE MONTH

Be sure to include the EDI Reference Number 0001-4873-5189-4933 in the Memo portion of check(s).

**Make Payment(s) As Follows:**

| Payment Date | Amount Due | Payable To | Instructions | Mail To |
|---|---|---|---|---|
| | $ 21,083.86 | Construction Laborers Trusts | SEND ONE CHECK TO: | Construction Laborers Trust Funds<br>P.O. Box 513638<br>Los Angeles, CA 90051<br>626-279-3000 |

I hereby agree to abide by all the terms and conditions of the Agreement and Declaration of Trust establishing LABORERS HEALTH AND WELFARE TRUST FOR SOUTHERN CALIFORNIA, the Agreement and Declaration of Trust establishing the CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, the Agreement and Declaration establishing the LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA as same now exist or as may be amended from time to time, and the SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS short form Collective Bargaining Agreement as same now exists and as same may be amended from time to time unless I am party to The Master Labor Agreement or some other Collective Bargaining Agreement requiring contributions to these trusts.\n  I do hereby certify under penalty of perjury that the employees listed below constitute all the employees for whom I am required to make payments to the Trust and that the hours shown for each employee are the total hours for which he worked or was paid.\n  Reports are due the 15th of the following month and must be received at the bank by the 20th to avoid Liquidated Damages (even if there were no employees) and interest. Liquidated Damages are calculated at 20% of the contributions due each trust or $25.00, per trust, whichever is greater. Interest is due at the maximum rates permitted by law and specified in the Trust Agreement of each trust. These rates vary and may approach or exceed 20% per annum.

**Signature** _Cynthia Yuan_    ☐ 1st Report in Area    ☐ Last Report in Area    ☐ Supplemental Report

Susan  -   _Cynthia Yuan_

 Payroll Report - Southern California Master Labor Agreement - 0001-4873-5189-4933

Exhibit 8

Page 1 of 1
Report Created Friday, February 17, 2017