|  |  |  |  |  |  | 3/30/2017 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 6.25% | 20.00% |  | $102,990.13 |
| **Month** | **Due Date** | **Contributions** | **Vacation** | **Health** | **Prevailing Wage** | **Interest** | **Liquidated Damages** | **Credits** | **Total Due** |
| November-16 | 12/20/16 | $29,410.64 | $4,413.28 | $10,815.36 | $19,236.70 | $503.61 | $5,693.27 | $12,326.25 | $47,933.77 |
| December-16 | 01/20/17 | $19,420.10 | $2,840.32 | $6,962.54 | $15,442.56 | $229.45 | $7,533.53 | $2,435.46 | $29,618.54 |
| January-17 | 02/20/17 | $21,083.86 | $3,103.16 | $7,606.32 | $18,571.28 | $137.19 | $4,216.77 | $0.00 | $25,437.82 |
|  | Contributions Sub | $69,914.60 | $10,356.76 | $25,384.22 | $53,250.54 |  |  |  |  |
|  | Credits | $14,761.71 | $1,494.40 | $3,707.60 | $1,689.42 |  |  |  |  |
|  | **Balance** | **$55,152.89** | **$8,862.36** | **$21,676.62** | **$51,561.12** | **$870.25** | **$17,443.57** | **$14,761.71** | **$102,990.13** |

Exhibit 9

| Date | Check # | Amount | From | Apply To Judgment | Apr-May | Sep | Oct | Nov | Dec | Jan | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/17 | Checks Received: | | | | | | | | | | |
| | 22009 | $316.59 | RJ Noble | $0.00 | | | | $316.59 | | | Rte. 91 Fwy |
| | 13769 | $21,538.17 | Griffith Co. | | | $3,609.93 | $8,139.48 | $9,740.76 | | | S. Millikin |
| 01/25/17 | Checks Received: | | | | | | | | | | |
| | 600015864 | $15,519.97 | Shames | $3,753.00 | | $5,133.14 | $2,579.22 | $1,590.81 | $1,740.72 | | Wal-Mart |
| 02/14/17 | Check Received | $2,580.35 | Griffith | $59.73 | | | $721.80 | $678.09 | $694.74 | | Dana Point |

Exhibit 9