MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA  90405
Telephone:  (310) 396-0964
Facsimile:   (310) 396-0963

ADAM R. SCHWARTZ (*not admitted in California*)
  aschwartz@mdmc-law.com
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue, P.O. Box 2075
Morristown, NJ  07962-2075
Telephone:  (973) 993-8100
Facsimile:   (973) 425-0161

Attorneys for Creditor Endurance Reinsurance Corporation
of America[1] and Endurance American Insurance Company

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor. | Case No. 2:16-bk-25619-WB<br><br>Chapter 11<br><br>**RESERVATION OF RIGHTS AND LIMITED OBJECTION TO MOTION OF CONSTRUCTION LABORERS TRUST FUNDS FOR (A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; (B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; (C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS**<br><br>Hearing:<br>Date:   March 30, 2017<br>Time:   10:00 A.M.<br>Place:  Courtroom 1375 |

---

[1] Endurance Reinsurance Corporation of America has recently changed its name to Endurance Assurance Corporation.

Endurance Reinsurance Corporation of America ("Endurance"), files this Reservation of Rights and Limited Objection to the Motion of Construction Laborers Trust Funds ("Movant") for (A) Allowance of Administrative Expenses; (B) Determination that Contributions Are Not Assets of the Estate; (C) Injunction for Payment of Employee Benefit Contributions [Doc. No. 257] ("the "Motion") and respectfully says as follows:

Prior to the Petition Date, Endurance, as surety, entered into the General Agreement of Indemnity with Debtor as principal (the "Indemnity Agreement").[2] Based on the Indemnity Agreement, Endurance issued multiple surety bonds (the "Bonds") on behalf of the Debtor. (*See* Declaration of Kevin S. Brotspies in support of "Motion by Creditor Endurance American Insurance Company to (1) Amend Cash Collateral Order Under Rule 59; or (2) Reconsider Cash Collateral Order Under Rule 60." [Docket No. 173.])

The Debtor is responsible for indemnifying Endurance with respect to all claims against the Bonds as well as other costs and expenses as further set forth in the Indemnity Agreement. Endurance's claims are comprised of (a) the current penal sums of all bonds; (b) any claim by an obligee on a bond that is in excess of a penal sum of the bond; (c) unpaid premiums, if any; (d) subrogation rights; and (e) without limitation, any and all liability, damage, loss, cost, and expense of whatsoever kind or nature, including reasonable counsel and attorneys' fees (including, without limitation, fees incurred in Debtor's bankruptcy proceedings), consulting fees, accounting fees, costs and expenses which Endurance may at any time sustain or incur by reason or in consequence of having executed or procured the execution of the Bonds or in enforcing the Indemnity Agreement against any Principal (as defined in the Indemnity Agreement) or in procuring

---

[2] References to the Indemnity Agreement and Bonds (defined in this pleading) are for convenience only and are fully qualified by the documents themselves. To the extent that any discrepancy exists between the description in this document and the Indemnity Agreement and/or Bonds, the Indemnity Agreement and Bonds control.

or in attempting to procure Endurance's release from liability or a settlement under any Bonds.[3]

Endurance is in the process of reviewing the pending Bonds and the Debtor's outstanding projects.[4] Endurance objects to the Motion to the extent that the Movant seeks to have: (a) trust funds held in trust on behalf of trust-fund beneficiaries relating to projects that Endurance bonded, and/or (b) trust funds held on behalf of Endurance, applied to the payments sought by Movant through the Motion.

## **RESERVATION OF RIGHTS**

Endurance reserves the right to join responses to the Motion and to appear at the hearing and raise the arguments raised by other parties in interest or additional arguments at the hearing. The submission of this Reservation of Rights and Limited Objection by Endurance is not intended as, and shall not be construed as:
(a) Endurance's admission of any liability or waiver of any defenses or limitation of any rights of Endurance with respect to any claims against any one or more of the Bonds or under the Indemnity Agreement; (b) Endurance's waiver or release of any right to exoneration it may have against anyone with respect to its obligations pursuant to the Bonds; (c) Endurance's waiver or release of its right to be subrogated to the rights of one or more of the parties paid pursuant to the Bonds; (d) an election of remedy; or
(e) consent to the determination of the Debtors' liability to Endurance by any particular court, including, without limitation, the Bankruptcy Court.

Endurance expressly reserves, and does not waive, any and all of its rights, claims, defenses, limitations, and/or exclusions in connection with its and the Debtor's rights and obligations under the Bonds, applicable law, or otherwise. Endurance further reserves all rights to assert any and all such rights, claims, defenses, limitations and/or

---

[3] Endurance reserves all of its rights with respect to its proof of claim against the Debtor in this case.

[4] Endurance has reached out to Debtor in this regard and is awaiting additional information regarding Debtor's open projects.

1 | exclusions in any appropriate manner or forum whatsoever (including, without limitation,
2 | any of its rights to have any non-core matter relating to the interpretation of its contractual
3 | rights and Debtors' contractual obligations adjudicated by the United States District Court
4 | or otherwise).

5 |     Endurance further reserves all of its rights to raise any issues contained in
6 | this Reservation of Rights and Limited Objection and any other related issues in any
7 | procedurally-appropriate contested matter and/or adversary proceeding, including,
8 | without limitation, (i) objections to confirmation of any plan; (ii) a separate adversary
9 | proceeding requesting any appropriate declaratory and/or injunctive relief; or (iii) an
10 | objection to any subsequent motion seeking approval of an asset sale to any prospective
11 | asset purchaser with respect to any contractual rights that may be adversely affected by
12 | a sale motion or the confirmation of any plan.

13 |     For the reasons set forth above, Endurance respectfully requests that to the
14 | extent that the Court enters an order amending any Cash Collateral Order that any such
15 | amended order contain language to protect the trust fund rights described above and for
16 | such further relief as the Court may deem just and proper.

17 | DATED: March 16, 2017    LESNICK PRINCE & PAPPAS, LLP
18 |     - and –
19 |     McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

21 |     By: /s/ Matthew A. Lesnick
22 |     Matthew A. Lesnick
    Attorneys for Endurance Reinsurance
23 |     Corporation of America and Endurance
    American Insurance Company

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Lesnick Prince & Pappas LLP, 185 Pier Avenue, Suite 103, Los Angeles, CA 90405
A true and correct copy of the foregoing document entitled (*specify*): **RESERVATION OF RIGHTS AND LIMITED OBJECTION TO MOTION OF CONSTRUCTION LABORERS TRUST FUNDS FOR (A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; (B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; (C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Matthew T Bechtel**    Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com
- **Ron Bender**    rb@lnbyb.com
- **Robert J Berens**    rjb@smtdlaw.com, srodriguez@smtdlaw.com
- **Scott E Blakeley**    seb@blakeleyllp.com, ecf@blakeleyllp.com
- **William S Brody**    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- **Ronald Clifford**    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- **Caroline Djang**    cdjang@rutan.com
- **Donald T Dunning**    ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- **John S Durkin**    john@john-durkin.com
- **Luke N Eaton**    eatonl@pepperlaw.com
- **Anne K Edwards**    aedwards@rodipollock.com
- **Kerry K Fennelly**    kfennelly@donaldsonandcornwell.com, fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com
- **Jon F Gauthier**    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- **Michael I Gottfried**    mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com
- **Jacqueline L James**    jlj@lnbyb.com
- **Michael Y Jung**    jung@luch.com, gina@luch.com,kimberley@luch.com
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Susan Graham Lovelace**    lovelace@luch.com, jason@luch.com,kimberley@luch.com
- **Alvin Mar**    alvin.mar@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Gilbert M Nishimura**    gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- **Donna T Parkinson**    donna@parkinsonphinney.com
- **Thomas Phinney**    tom@parkinsonphinney.com
- **Raymond A Policar**    policarlaw@att.net
- **Ronald L Richman**    ron.richman@bullivant.com, kristina.clark@bullivant.com
- **Jeffry D Sackman**    jds@rac-law.com
- **Ali Salamirad**    as@smtdlaw.com, rb@smtdlaw.com
- **Matthew J. Shier**    mshier@shierkatz.com, mterry@shierkatz.com
- **Wayne A Silver**    w_silver@sbcglobal.net
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **Michele R Stafford**     mstafford@sjlawcorp.com, collections@sjlawcorp.com
- **Nicholas Starkman**     nstarkman@wkclegal.com, syoung@wkclegal.com
- **Nicola G Suglia**     nsuglia@fleischerlaw.com
- **Jolene Tanner**     jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Dennis Winters**     winterslawfirm@cs.com
- **Donald A Workman**     dworkman@bakerlaw.com
- **Kirsten A Worley**     kw@wlawcorp.com, admin@wlawcorp.com
- **Beth Ann R Young**     bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 16, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Hon. Julia W. Brand
    U.S. Bankruptcy Court
    255 E. Temple Street, Suite 1382
    Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2017 | Matthew A. Lesnick | Matthew A. Lesnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**