RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
JACQUELINE L. JAMES (SBN 198838)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; jlj@lnbyb.com; lls@lnbyb.com

Attorneys for Chapter 11 Debtor & Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor and Debtor in Possession. | Case No.: 2:16-bk-25619-WB<br><br>Chapter 11 Case<br><br>**NOTICE OF SUBMISSION OF TABLE OF CONTENTS AND TABLE OF AUTHORITIES IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION OF CONSTRUCTION LABORERS TRUST FUNDS FOR:**<br>    **A) ALLOWANCE OF ADMINISTRATIVE EXPENSES;**<br>    **B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; AND**<br>    **C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS;**<br>**DECLARATION OF SUSAN STEINY IN SUPPORT**<br><br>Hearing:<br>DATE:   March 30, 2017<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 1375<br>            255 E. Temple Street<br>            Los Angeles, CA |

1

# TABLE OF CONTENTS

I. INTRODUCTION ............................................................................................................. 2

II. STATEMENT OF RELEVANT FACTS ....................................................................... 4

III. THE RELIEF SOUGHT SHOULD BE DENIED ON PROCEDURAL
GROUNDS ........................................................................................................................ 7

    A.    THE DECLARATORY, TURNOVER AND INJUNCTIVE RELIEF SOUGHT MAY ONLY BE SOUGHT THROUGH AN ADVERSARY PROCEEDING ............................................................................. 7

    B.    THE COURT SHOULD DENY THE REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND THE REQUEST FOR MODIFICATION OF COURT ORDERS ON PROCEDURAL GROUNDS ............................................................................... 8

II. THE RELIEF SOUGHT SHOULD BE DENIED ON SUBSTANTIVE
GROUNDS ........................................................................................................................ 8

    A.    THE REQUEST FOR RELIEF IS PREMATURE .......................................... 8

        1.    Movant Continues to Receive Payments On Its Claim, So the Establishment of Allowed Claims At This Juncture Is Premature .... 8

        2.    An Accounting Is Required ................................................................... 9

    B.    THE PORTION OF MOVANT'S CLAIMS BASED ON PRE-PETITION WORK IS NOT ENTITLED TO ADMINISTRATIVE CLAIM PRIORITY ....................................................................................... 10

        1.    Fringe Benefit Contributions Related to Pre-Petition Work Performed Are Not Entitled to Administrative Expense Priority Status ....................................................................................................... 11

            a.    *In re Roth American, Inc.* ............................................................ 12

            b.    *In re A.C.E. Elevator Co., Inc.* .................................................. 12

            c.    *The Cases Cited by Movant Are Distinguishable* ........................... 13

                (1)    TEAMSTERS INDUSTRIAL SECURITY FUND V. WORLD SALES, INC. ................................................................... 13

                (2)    CERTIFIED AIR AND SECTION 1114 OF THE BANKRUPTCY CODE ...................................................... 14

| | | |
|---|---|---|
| | C. | **THE PORTION OF MOVANT'S CLAIM RELATED TO POST-PETITION CONTRIBUTIONS CANNOT BE ALLOWED IN ANY AMOUNT AT THIS TIME.** .............................................................................**15** |
| | D. | **THE PORTION OF MOVANT'S CLAIMS (WHETHER PRE-PETITION OR POST-PETITION) RELATED TO LIQUIDATED DAMAGES, PENALTIES, ATTORNEYS' FEES AND INTERESTS SHOULD RECEIVE GENERAL UNSECURED TREATMENT** ...............**15** |
| | E. | **THE DEBTOR CANNOT CONCEDE THAT VACATION DEDUCTIONS FROM WAGES AND PREVAILING WAGE PAYMENTS ARE "TRUST FUNDS" AT THIS TIME**................................**17** |
| | F. | **THE REQUEST FOR IMMEDIATE TURNOVER SHOULD BE DENIED ON SUBSTANTIVE GROUNDS** ......................................................**18** |
| | G. | **THE REQUEST FOR MODIFICATION OF PRIOR ORDERS MUST BE DENIED** ...........................................................................................**20** |
| **III.** | **CONCLUSION** ................................................................................................**20** |

# **TABLE OF AUTHORITIES**

**FEDERAL CASES**

*Abercrombie v. Hayden Corp. (In re Abercrombie)*
    139 F.3d 755 (9th Cir.1998) .................................................................................... 10, 11

*Adventure Resources, Inc. v. Holland*
    193 B.R. 787 (S.D. W.Va. 1996) ("<u>*Adventure Resources I*</u>") ......................................... 14, 15

*In re A.C.E. Elevator Co., Inc.*
    347 B.R. 473 (Bankr. S.D.N.Y. 2006) ............................................................ 11, 12, 13, 15

*In re BCE West, L.P.*
    319 F.3d 1166 (9th Cir. 2003) ............................................................................................ 11

*In re Certified Air Technologies, Inc.*
    300 B.R. 355 (Bankr. C.D. Cal. 2003) ................................................................. 11, 14, 18

*In re Certified Air Technologies, Inc*
    *supra,* 300 B.R. 369 ............................................................................................. 11, 12, 13

*In re Cochise Coll. Park, Inc.*
    703 F.2d 1339 (9th Cir. 1983) ............................................................................................ 19

*In re FasTech Services*
    2012 WL 1190289 (Bankr. C.D. Ill. 2012) ......................................................................... 16

*In re Fred Swain, Inc.*
    97 B.R. 660 (Bankr. S.D. Fla. 1989) .................................................................................. 16

*In re MS Freight Distribution, Inc.*
    172 B.R. 976 (Bankr. W.D. Wash. 1994) ........................................................................... 19

*In re Murray Indus.*
    110 B.R. 585 (Bankr. M.D. Fla. 1990) ............................................................................... 12

*In re Riding*
    44 B.R. 846 (Bankr. D. Utah 1984) ...................................................................................... 7

*In re Roth American*
    975 F.2d. 949 (3rd Cir. 1992) ............................................................................... 11, 12, 14

*In re Unimet Corp.*
    842 F.2d 879 (6th Cir. 1988) ....................................................................................... 18, 19

*Kadjevich v. Kadjevich (In re Kadjevich)*
    220 F.3d 1016 (9th Cir.2000) ..................................................................................... 10, 11

*Teamsters Industrial Security Fund v. World Sales, Inc. (In re World Sales, Inc.)*
   183 B.R. 872 (9th Cir. B.A.P. 1995) .................................................................................. passim

**FEDERAL STATUTES**

11 U.S.C. § 364 ............................................................................................................................ 19

11 U.S.C. § 503(b)(1)(A) ....................................................................................................... 10, 13

11 U.S.C. § 507 ............................................................................................................................ 18

11 U.S.C. § 507(a)(1) ................................................................................................................... 11

11 U.S.C. § 1107 ............................................................................................................................ 4

11 U.S.C. § 1108 ............................................................................................................................ 4

11 U.S.C. § 1113 ..................................................................................................................... 4, 18

11 U.S.C. § 1114 ............................................................................................................. 13, 14, 15

11 U.S.C. § 1114(e)(2) ................................................................................................................. 14

**OTHER AUTHORITIES**

Fed. R. Bankr. Proc. 7001 .............................................................................................................. 7

Fed. R. Bankr. Proc. 9014 .............................................................................................................. 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF SUBMISSION OF TABLE OF CONTENTS AND TABLE OF AUTHORITIES IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION OF CONSTRUCTION LABORERS TRUST FUNDS FOR: A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; AND C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS; DECLARATION OF SUSAN STEINY IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 17, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Matthew T Bechtel    Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com
- Ron Bender    rb@lnbyb.com
- Robert J Berens    rjb@smtdlaw.com, srodriguez@smtdlaw.com
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- John S Durkin    john@john-durkin.com
- Luke N Eaton    eatonl@pepperlaw.com
- Anne K Edwards    aedwards@rodipollock.com
- Kerry K Fennelly    kfennelly@donaldsonandcornwell.com, fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com
- Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com
- Jacqueline L James    jlj@lnbyb.com
- Michael Y Jung    jung@luch.com, gina@luch.com,kimberley@luch.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Susan Graham Lovelace    lovelace@luch.com, jason@luch.com,kimberley@luch.com
- Alvin Mar    alvin.mar@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Gilbert M Nishimura    gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- Donna T Parkinson    donna@parkinsonphinney.com
- Thomas Phinney    tom@parkinsonphinney.com
- Raymond A Policar    policarlaw@att.net
- Ronald L Richman    ron.richman@bullivant.com, kristina.clark@bullivant.com
- Jeffry D Sackman    jds@rac-law.com
- Ali Salamirad    as@smtdlaw.com, rb@smtdlaw.com
- Matthew J. Shier    mshier@shierkatz.com, mterry@shierkatz.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- Wayne A Silver   w_silver@sbcglobal.net
- Lindsey L Smith   lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford   mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman   nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia   nsuglia@fleischerlaw.com
- Jolene Tanner   jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Dennis Winters   winterslawfirm@cs.com
- Donald A Workman   dworkman@bakerlaw.com
- Kirsten A Worley   kw@wlawcorp.com, admin@wlawcorp.com
- Beth Ann R Young   bry@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **March 17, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple St, Ste 1382
Los Angeles, CA 90012

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 17, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2017 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**