ALEXANDER B. CVITAN (CSB 81746)
J. DAVID SACKMAN (CSB 106703)
PETER A. HUTCHINSON (CSB 225399)
Members of REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Email: jds@rac-law.com
Attorneys for Creditor Construction Laborers Trusts

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor and Debtor in Possession<br><br>CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Creditor and Moving Party,<br><br>v.<br><br>STEINY AND COMPANY, INC,.<br><br>Debtor-in-Possession and Responding Party | CASE NO.: 2:16-bk-25619-WB<br>Chapter 11<br><br>**DECLARATION OF GEORGE FIGUEROA IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES, ETC.**<br><br>Date: March 30, 2017<br>Time: 10:00 AM<br>Courtroom: 1375 (Roybal) |

-1-

316084v1

# DECLARATION OF GEORGE FIGUEROA

I, GEORGE FIGUEROA, declare as follows:

1. [IDENTITY] I am over eighteen years of age and am employed in the County of Los Angeles, State of California. The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein contained.

2. [JOB CAPACITY] I am a field representative for the Construction Laborers Trust Funds for Southern California Administrative Company, LLC ("CLTF"), an administrative agent for collection and fiduciary to the Laborers Health And Welfare Trust Fund For Southern California (Health Trust), Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California (Vacation Trust), Laborers Training And Re-Training Trust Fund For Southern California, Landscape Industry Promotion Fund, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California , San Diego County Construction Laborers Pension Trust Fund And San Diego Construction Advancement Fund 2003; (hereinafter referred to collectively as "Trust Funds"). I have been a field representative for the Trust Funds since April 2009. As a field representative, I am responsible for the collection of delinquent fringe benefit contributions, as well as other damages and costs, due to the Trust Funds by employers who fail to submit, or to timely submit, their contributions.

3. [STEINY & CO. ACCOUNT] Among the employer accounts I am responsible for is that of Steiny & Co., Inc. ("Employer"). In my review of the file on the Employer and from my personal knowledge due to my work on the

Employer's account, I can truthfully state as follows:

4.    [STEINY REPORTS]  This Employer reports to the Trust Funds on a "project" basis.  This means that the hours worked by each employee are separately listed on the reports for each project that employee worked on that month.  Steiny provides information to the Trust Funds for each project its employees works on, and the Trust Funds assign a project code number for each project.  The reports list hours worked on each project by the project code number, so that the hours worked on each project can be easily ascertained, assuming that the reports are accurate and complete.

5.    [FEBRUARY 2017 REPORTS]  The Employer submitted a timely report for hours worked in February 2017, but without payment.  A copy of that report, with personal employee information redacted, is **Exhibit 10** here.  According to that report, a total of $29.028.16 contributions were due for hours worked in February 2017. This includes $4,451.00 in money required to be deducted from employee pay and paid over to the Vacation Fund.

6.    [COLLECTIONS FROM JOB ACTIONS]  Using the project information from the Employer's reports, CLTF has been able to break down the contributions due from each month by project.  We have issued Conditional Releases to general contractors, stating the amount required to pay contributions and interest due on that project for the specific time period.  If that is not paid, we may pursue stop payment notice, mechanic lien, and/or payment bond claims, in consultation with legal counsel, to collect the contributions and interest due on each particular job for that time period.  As a result, we have received payment (some in the form of "joint checks") from general contractors or their sureties, on various jobs.  A great deal of my time has been spent issuing releases and collecting joint checks for the Employer's account.

-3-

316084v1

7. [CREDITS] As to the February 2017 Reports, no payment has been received from the Employer. However, on March 22, 2017, we received a joint check from R.J. Noble, endorsed by the Employer, for $3,006.84. This was for hours worked in January and February 2017 (based on certified payrolls) on the 91 Freeway Toll Lanes project. As of today, that check has not yet cleared the bank to the Trust Funds' account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of March 2017, at El Monte, California.

_____
GEORGE FIGUEROA

-4-

316084v1