**PSWA** — Pacific Southwest Administrators

**Construction Laborers Trust Funds For Southern Cal**
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

# STEINY AND COMPANY, INC.

| | | | |
|---|---|---|---|
| **Employer ID:** | 073891 | **Federal ID Number:** | 95-1889828 |
| **Contractor:** | STEINY AND COMPANY, INC. | **Report Period:** | 02/01/2017 |
| **Address:** | P.O. BOX 8100 | **EDI Reference Number:** | 0001-4896-1519-0656 |
| | BALDWIN PARK, CA 91706 | **Agreement:** | Laborers (Standard - MLA11) - Current Rates |
| **Phone:** | 626-962-1055  **Ext:** | | Southern California Master Labor Agreement |
| **Fax:** | 626-337-6899 | **Report Type:** | Regular |
| | | **Job Class Type:** | All |

☐ 1st Report in Area    ☐ Last Report in Area    ☐ Supplemental Report

### Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | -4018 | Bower | Matthew | S | WORK | J | 1607074 | 40.00 |
| 2 | -4018 | Bower | Matthew | S | WORK | J | 1606219 | 40.00 |
| 3 | -4018 | Bower | Matthew | S | WORK | J | 1601045 | 64.00 |
| 4 | -4018 | Bower | Matthew | S | WORK | J | 1604055 | 8.00 |
| 5 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1509097 | 8.00 |
| 6 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1703082 | 6.00 |
| 7 | 5760 | Gamboa | Daniel | D | WORK | A2 | 1703079 | 16.00 |
| 8 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1611014 | 24.00 |
| 9 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1609075 | 32.00 |
| 10 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1612063 | 16.00 |
| 11 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1703077 | 8.00 |
| 12 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1508136 | 8.00 |
| 13 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1703078 | 10.00 |
| 14 | 5760 | Gamboa | Daniel | D | WORK | A2 | 1607076 | 8.00 |
| 15 | -5760 | Gamboa | Daniel | D | WORK | A2 | 1703076 | 16.00 |
| 16 | -6667 | Gidney | William | A | WORK | J | 1607074 | 32.00 |
| 17 | -6667 | Gidney | William | A | WORK | J | 1607077 | 8.00 |
| 18 | -6667 | Gidney | William | A | WORK | J | 1604057 | 4.00 |
| 19 | -6667 | Gidney | William | A | WORK | J | 1601043 | 8.00 |
| 20 | -6667 | Gidney | William | A | WORK | J | 1608057 | 42.00 |
| 21 | -6667 | Gidney | William | A | WORK | J | 1610041 | 68.00 |
| 22 | -6161 | Gleason | Eric | L | WORK | J | 1703080 | 16.00 |
| 23 | -6161 | Gleason | Eric | L | WORK | J | 1703081 | 13.00 |
| 24 | -6161 | Gleason | Eric | L | WORK | J | 1703079 | 21.00 |
| 25 | -6161 | Gleason | Eric | L | WORK | J | 1610043 | 12.00 |
| 26 | -6161 | Gleason | Eric | L | WORK | J | 1703077 | 18.00 |
| 27 | -6161 | Gleason | Eric | L | WORK | J | 1607074 | 8.00 |
| 28 | -6161 | Gleason | Eric | L | WORK | J | 1609078 | 27.00 |
| 29 | -6161 | Gleason | Eric | L | WORK | J | 1612063 | 8.00 |
| 30 | 6161 | Gleason | Eric | L | WORK | J | 1702067 | 8.00 |
| 31 | -6161 | Gleason | Eric | L | WORK | J | 1609075 | 13.00 |
| 32 | -9315 | Gonzalez | Clemente | A | WORK | A4 | 1508105 | 8.00 |
| 33 | -9315 | Gonzalez | Clemente | A | WORK | A4 | 1703077 | 8.00 |
| 34 | -9315 | Gonzalez | Clemente | A | WORK | A4 | 1611014 | 8.00 |
| 35 | -9315 | Gonzalez | Clemente | L | WORK | A4 | 1609078 | 64.00 |
| 36 | -0499 | Holguin | Jose | | WORK | J | 1601045 | 72.00 |
| 37 | -6014 | Karr | Joshua | R | WORK | J | 1607074 | 40.00 |
| 38 | -6014 | Karr | Joshua | R | WORK | J | 1601043 | 8.00 |
| 39 | -6014 | Karr | Joshua | R | WORK | J | 1607077 | 8.00 |
| 40 | -6014 | Karr | Joshua | R | WORK | J | 1608057 | 34.00 |

Exhibit 10




# STEINY AND COMPANY, INC.

### Employees

| No. | SSN | Last Name | First Name | MI | Hrs Class | J/C | Project | Hours |
|---|---|---|---|---|---|---|---|---|
| 41 | -6014 | Karr | Joshua | R | WORK | J | 1610041 | 68.00 |
| 42 | -6014 | Karr | Joshua | R | WORK | J | 1608060 | 8.00 |
| 43 | -6014 | Karr | Joshua | R | WORK | J | 1604057 | 4.00 |
| 44 | -8818 | Loza | Alfredo |   | WORK | J | 1703077 | 8.00 |
| 45 | -8818 | Loza | Alfredo |   | WORK | J | 1703077 | 9.00 |
| 46 | -8818 | Loza | Alfredo |   | WORK | J | 1607074 | 8.00 |
| 47 | -8818 | Loza | Alfredo |   | WORK | J | 1609078 | 27.00 |
| 48 | -8818 | Loza | Alfredo |   | WORK | J | 1608057 | 4.00 |
| 49 | -8818 | Loza | Alfredo |   | WORK | J | 1612063 | 8.00 |
| 50 | -8818 | Loza | Alfredo |   | WORK | J | 1703081 | 8.00 |
| 51 | -8818 | Loza | Alfredo |   | WORK | J | 1702067 | 8.00 |
| 52 | -8818 | Loza | Alfredo |   | WORK | J | 1609075 | 5.00 |
| 53 | -8818 | Loza | Alfredo |   | WORK | J | 1609075 | 8.00 |
| 54 | -8818 | Loza | Alfredo |   | WORK | J | 1610043 | 11.00 |
| 55 | -8818 | Loza | Alfredo |   | WORK | J | 1703079 | 19.00 |
| 56 | -8818 | Loza | Alfredo |   | WORK | J | 1703080 | 16.00 |
| 57 | -8818 | Loza | Alfredo |   | WORK | J | 1612063 | 4.00 |
| 58 | -4098 | Quijano | Tony Jr. | J | WORK | J | 1609078 | 8.00 |
| 59 | -4098 | Quijano | Tony Jr. | J | WORK | J | 1703076 | 8.00 |
| 60 | -4098 | Quijano | Tony Jr. | J | WORK | J | 1509097 | 8.00 |
| 61 | -4098 | Quijano | Tony Jr. | J | WORK | J | 1508105 | 106.00 |
| 62 | -4098 | Quijano | Tony Jr. | J | WORK | J | 1511114 | 6.00 |
| 63 | -2327 | Quinonez | Derrick | K | WORK | A2 | 1612063 | 56.00 |
| 64 | -2327 | Quinonez | Derrick | K | WORK | A2 | 1606217 | 8.00 |
| 65 | -2327 | Quinonez | Derrick | K | WORK | A2 | 1509097 | 2.00 |
| 66 | -2327 | Quinonez | Derrick | K | WORK | A2 | 1508105 | 16.00 |
| 67 | -2327 | Quinonez | Derrick | K | WORK | A2 | 1511114 | 6.00 |
| 68 | -9503 | Rubalcaba | Gustavo |   | WORK | J | 1508136 | 16.00 |
| 69 | -9503 | Rubalcaba | Gustavo |   | WORK | J | 1609078 | 16.00 |
| 70 | -9503 | Rubalcaba | Gustavo |   | WORK | J | 1511114 | 4.00 |
| 71 | -9503 | Rubalcaba | Gustavo |   | WORK | J | 1611014 | 10.00 |
| 72 | -9503 | Rubalcaba | Gustavo |   | WORK | J | 1703082 | 8.00 |
| 73 | -9503 | Rubalcaba | Gustavo |   | WORK | J | 1612063 | 38.00 |
| 74 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1508105 | 48.00 |
| 75 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1509097 | 3.00 |
| 76 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1703077 | 8.00 |
| 77 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1509100 | 5.00 |
| 78 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1607076 | 24.00 |
| 79 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1609078 | 16.00 |
| 80 | -5939 | Ruvalcaba | Moises |   | WORK | J | 1702067 | 24.00 |
| 81 | -2568 | Skow | Michael | P | WORK | A6 | 1508105 | 8.00 |
| 82 | -2568 | Skow | Michael | P | WORK | A6 | 1703077 | 8.00 |
| 83 | -2568 | Skow | Michael | P | WORK | A6 | 1611014 | 8.00 |
| 84 | -2568 | Skow | Michael | P | WORK | A6 | 1703079 | 8.00 |
| 85 | -2568 | Skow | Michael | P | WORK | A6 | 1703081 | 62.00 |
| 86 | -8803 | Windh | Chris | S | WORK | A6 | 1607074 | 16.00 |
| 87 | -8803 | Windh | Chris | S | WORK | A6 | 1601045 | 8.00 |
| 88 | -8803 | Windh | Chris | S | WORK | A6 | 1601045 | 40.00 |
| 89 | -8803 | Windh | Chris | S | WORK | A6 | 1606219 | 8.00 |
|  |  |  | **Totals:** |  |  |  |  | **1,693.00** |
|  |  |  | **Grand Totals:** |  |  |  |  | **1,693.00** |

**Construction Laborers Trust Funds For Southern Cal**
4399 Santa Anita Ave., Ste. 200
El Monte, CA 91731

**STEINY AND COMPANY, INC.**

| ID | Hours Class | J/C | Hours | Vac | Dues | Pen | Train | LECET | LB App | H&W | CAF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 073891 | WORK | A2 | 240.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 484.80 | 283.20 | 324.00 | 112.80 | 21.60 | 31.20 | 1,185.60 | 16.80 |
| 073891 | WORK | A4 | 88.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 177.76 | 103.84 | 118.80 | 41.36 | 7.92 | 11.44 | 434.72 | 6.16 |
| 073891 | WORK | A6 | 166.00 | 2.0200 | 1.1800 | 1.3500 | 0.4700 | 0.0900 | 0.1300 | 4.9400 | 0.0700 |
| | | | | 335.32 | 195.88 | 224.10 | 78.02 | 14.94 | 21.58 | 820.04 | 11.62 |
| 073891 | WORK | J | 1,199.00 | 2.8800 | 1.6900 | 6.7500 | 0.4700 | 0.0900 | 0.1300 | 7.0600 | 0.0700 |
| | | | | 3,453.12 | 2,026.31 | 8,093.25 | 563.53 | 107.91 | 155.87 | 8,464.94 | 83.93 |
| **Grand Totals:** | | | 1,693.00 | $ 4,451.00 | $ 2,609.23 | $ 8,760.15 | $ 795.71 | $ 152.37 | $ 220.09 | $ 10,905.30 | $ 118.51 |

| ID | Hours Class | J/C | CCCLB | Ind | AdmTF | JIAF | Totals |
|---|---|---|---|---|---|---|---|
| 073891 | WORK | A2 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 72.00 | 19.20 | 28.80 | 24.00 | 2,604.00 |
| 073891 | WORK | A4 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 26.40 | 7.04 | 10.56 | 8.80 | 954.80 |
| 073891 | WORK | A6 | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 49.80 | 13.28 | 19.92 | 16.60 | 1,801.10 |
| 073891 | WORK | J | 0.3000 | 0.0800 | 0.1200 | 0.1000 | |
| | | | 359.70 | 95.92 | 143.88 | 119.90 | 23,668.26 |
| **Grand Totals:** | | | $ 507.90 | $ 135.44 | $ 203.16 | $ 169.30 | $ 29,028.16 |