ALEXANDER B. CVITAN (CSB 81746),
J. DAVID SACKMAN (CSB 106703) and
PETER A. HUTCHINSON (CSB 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Email: jds@rac-law.com
Attorneys for Creditor Construction Laborers Trusts

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor and Debtor in Possession<br><br>CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Creditor and Moving Party,<br><br>v.<br><br>STEINY AND COMPANY, INC,.<br><br>Debtor-in-Possession and Responding Party | CASE NO.: 2:16-bk-25619-WB<br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF CONSTRUCTION LABORERS TRUSTS FOR<br>A) ALLOWANCE OF ADMINISTRATIVE EXPENSES;<br>B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE;<br>C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS**<br>[Fed. R. Evidence. 201]<br><br>Date: March 30, 2017<br>Time: 10:00 AM<br>Courtroom: 1375 (Roybal) |

In support of its Motion, Creditor Construction Laborers Trust Funds for Southern California Administrative Company requests judicial notice requests Judicial Notice be taken, pursuant to Federal Rules of Evidence, Rule 201, of the following documents filed in cases within the Central District of California:

-0-

316125v1

1  A.  Proof of Claim No. 70 in this action, *Steiny and Company, Inc.*, C.D. Cal. Bx. No. 2:16-bk-25619-WB.

B.  Order Allowing Administrative Claim in *In Re World Sales, Inc.*, C.D. Cal. Bx. No. LA-92-48070-AA, entered 9/6/1995 after remand from *In Re World Sales, Inc.*, 183 B.R. 872 (9th Cir. BAP 1995).

The above documents are attached hereto.

Respectfully Submitted,

Dated: March 23, 2017  REICH, ADELL, & CVITAN,
A Professional Law Corporation

By: /s/ J. David Sackman
J. DAVID SACKMAN
Attorneys for Creditor
Construction Laborers Trusts

316125v1

-1-