```
 1  JULIUS MEL REICH (CSB #33611), and
    J. DAVID SACKMAN (CSB #106703), Members of
 2  REICH, ADELL, CROST & CVITAN
    A Professional Law Corporation
 3  501 Shatto Place, Suite 100
    Los Angeles, California  90020
 4  Telephone: (213) 386-3860

 5  Attorneys for Teamsters Industrial Security Fund
```

FILED AUG 28 1995

ENTERED SEP - 6 1995

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. LA-92-48070 AA |
| WORLD SALES, INC. a California Corporation, | Chapter 11 |
| Debtor. | [PROPOSED] ORDER ALLOWING ADMINISTRATIVE CLAIM |
| TEAMSTERS INDUSTRIAL SECURITY FUND, | |
| Movant, | |
| v. | |
| WORLD SALES, INC., a California Corporation, | Date: August 16, 1995 |
| Respondent. | Time: 1:30 p.m. Ctrm: 1375 Roybal Building 255 E. Temple St. |

   This matter having come before this Court by regularly noticed motion, and the Court having considered the evidence and argument presented by the parties, the MOTION FOR DETERMINATION OF ATTORNEY FEES, INTEREST AND COSTS, brought by the Teamsters

1  Industrial Security Fund ("Fund"), pursuant to the remand of this
2  matter from the Bankruptcy Appellate Panel (B.A.P. No. CC-94-
3  1110), is hereby GRANTED.
4
5      The Court finds that counsel for the Fund has reasonably
6  expended 69 hours in bringing the original motion, prosecuting the
7  appeal, and this motion; that the reasonable hourly rate for
8  counsel is $220.00 per hour, based upon the novelty and difficulty
9  of the issues involved in the case, the skill required to litigate
10 those issues, the customary fee, the amount at stake and the
11 results obtained, the experience, reputation and ability of the
12 attorneys, and awards in similar suits.    D'Emmanuele v.
13 Montgomery Ward & Co., Inc., 904 F.2d 1379, 1382-83 (9th Cir.
14 1990).
15     The Court further finds that reasonable costs in the amount
16 of $952.62 have been incurred.
17     The Court further finds that an additional $1,896.32 in
18 interest has accrued on the delinquent contributions since entry
19 of the Order of December 27, 1993.
20
21     IT IS THEREFORE ORDERED that, pursuant to the mandate of the
22 Bankruptcy Appellate Panel, this Court's Order of December 27,
23 1993 is hereby VACATED.
24
25     IT IS FURTHER ORDERED that, in accordance with the decision
26 of the Bankruptcy Appellate Panel, and upon sufficient proof of
27 attorney fees, interest and costs, the claim of the Fund shall be
28

1 | allowed as an administrative expense, pursuant to 11 U.S.C.
2 | § 503(b)(1)(A), in the following amounts:
3 |
4 | Contributions:           $19,380.00
5 | Amount Paid:             -11,252.90
6 | Interest:                $ 4,835.62
7 | Liquidated Damages:      $ 1,938.00
8 | Attorney Fees:           $15,180.00
9 | Costs:                   $    952.62
10 |      TOTAL              $31,033.34
11 | / / /
12 | / / /
13 | / / /
14 | / / /
15 | / / /
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 |

```
 1        The amount of $31,033.34 shall be paid to the Fund as an
 2   administrative expense, in accordance with the terms of the Plan
 3   of Reorganization approved by this Court.
 4
 5                                         ALAN M. AHART
 6   Dated:    AUG 28 1995
                                           Honorable Alan M. Ahart
 7                                         Bankruptcy Judge
                                           United States District Court
 8
 9   Submitted By:
10
     Date: August 16, 1995            JULIUS MEL REICH, and
11                                    J. DAVID SACKMAN, Members of
                                      REICH, ADELL, CROST & CVITAN
12                                    A Professional Law Corporation
13
14                                    By: [signature]
                                          J. David Sackman
15                                    Attorneys for Teamsters Industrial
                                      Security Fund
16
17
     Approved as to Form:
18
     Date: August 17, 1995
19                                    DANIEL J. McCARTHY
                                      BRETT B. CURLEE
20                                    HILL, FARRER & BURRILL
21
                                      By: [signature]
22                                        Brett B. Curlee
                                      Attorneys for Reorganized Debtor
23
24
25
26
27
28
```

22902.01                                        4

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re (SHORT TITLE) | | CHAPTER 11 | CASE NUMBER: |
|---|---|---|---|
| WORLD SALES, INC. a California Corporation, | Debtor. | LA-92-48070 AA | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled *(specify)*:
   ORDER ALLOWING ADMINISTRATIVE CLAIM

   was entered on *(specify date)*:    SEP 0 6 1995

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:    SEP 0 6

   SEP 0 6 1995

Dated:

JON D. CERETTO
Clerk of the Bankruptcy Court

By *[signature]*
Deputy Clerk

## SERVICE LIST

U.S. Trustee's Office
221 N. Figueroa Street #800
Los Angeles, CA  90012

Daniel J. McCarthy, Esq.
HILL, FARRER & BURRILL
445 S. Figueroa Street, #3500
Los Angeles, CA  90071-1666

Mr. Charles A. Schulman
World Sales, Inc.
1340 East 6th Street
Los Angeles, CA  90021

Lucinda Dennis
Stuart I. Koenig
Bronson, Bronson & McKinnon
444 S. Flower St., 24th Floor
Los Angeles, CA  90071-2925