ALEXANDER B. CVITAN (CSB 81746),
J. DAVID SACKMAN (CSB 106703) and
PETER A. HUTCHINSON (CSB 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Email: jds@rac-law.com
Attorneys for Creditor Construction Laborers Trusts

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>STEINY AND COMPANY, INC.,<br><br>Debtor and Debtor in Possession | CASE NO.: 2:16-bk-25619-WB<br>Chapter 11<br><br>**PROOF OF SERVICE FOR:**<br><br>**(1)  (REPLY BRIEF IN SUPPORT OF MOTION OF CONSTRUCTION LABORERS TRUSTS FOR A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS** |
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Creditor and Moving Party,<br><br>v.<br><br>STEINY AND COMPANY, INC,.<br><br>Debtor-in-Possession and Responding Party | |
| | **(2)   DECLARATION OF GEORGE FIGUEROA IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES, ETC.; and**<br><br>**(3)   REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES, ETC.** |

316141

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3550 Wilshire Boulevard, Suite 2200, Los Angeles, California 90010.

A true and correct copy of the foregoing document described as:

(1) REPLY BRIEF IN SUPPORT OF MOTION OF CONSTRUCTION LABORERS TRUSTS FOR A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS;

(2) DECLARATION OF GEORGE FIGUEROA IN SUPPORT OF MOTION FOR ADMINISTRATIVE EXPENSES, ETC.; and

(3) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF CONSTRUCTION LABORERS TRUSTS FOR A) ALLOWANCE OF ADMINISTRATIVE EXPENSES; B) DETERMINATION THAT CONTRIBUTIONS ARE NOT ASSETS OF THE ESTATE; C) INJUNCTION FOR PAYMENT OF EMPLOYEE BENEFIT CONTRIBUTIONS.
in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew T Bechtel    Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com
- Ron Bender    rb@lnbyb.com
- Robert J Berens    rjb@smtdlaw.com, srodriguez@smtdlaw.com
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- John S Durkin    john@john-durkin.com

☒ Service information continued on attached page

**2. SERVED BY U.S. MAIL (indicate method for each person or entity served):**
On March 23, 2017, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

Luke N Eaton
PEPPER HAMILTON LLP
350 S Grand Ave, Ste 3400
Los Angeles, CA 90071

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Page 2 of 4

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2017,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
PRESIDING JUDGE'S COPY
Hon. Julia W. Brand
Los Angeles Division - United States Bankruptcy Court
Roybal Federal Building
255 East Temple St., Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 23, 2017 | Virginia Alvarez | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Page 3 of 4

*CONTINUATION OF PROOF OF SERVICE*

## TO BE SERVED BY THE COURT VIA NOTICE OF NEF:

- Luke N Eaton    eatonl@pepperlaw.com
- Anne K Edwards    aedwards@rodipollock.com
- Kerry K Fennelly    kfennelly@donaldsonandcornwell.com, fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com
- Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com
- Jacqueline L James    jlj@lnbyb.com
- Michael Y Jung    jung@luch.com, gina@luch.com,kimberley@luch.com
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Wan Yan Ling    wling@neyhartlaw.com
- Susan Graham Lovelace    lovelace@luch.com, jason@luch.com,kimberley@luch.com
- Alvin Mar    alvin.mar@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Gilbert M Nishimura    gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- Donna T Parkinson    donna@parkinsonphinney.com
- Thomas Phinney    tom@parkinsonphinney.com
- Raymond A Policar    policarlaw@att.net
- Ronald L Richman    ron.richman@bullivant.com, kristina.clark@bullivant.com
- Jeffry D Sackman    jds@rac-law.com
- Ali Salamirad    as@smtdlaw.com, rb@smtdlaw.com
- Matthew J. Shier    mshier@shierkatz.com, mterry@shierkatz.com
- Wayne A Silver    w_silver@sbcglobal.net
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford    mstafford@sjlawcorp.com, collections@sjlawcorp.com
- Nicholas Starkman    nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia    nsuglia@fleischerlaw.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Dennis Winters    winterslawfirm@cs.com
- Donald A Workman    dworkman@bakerlaw.com
- Kirsten A Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Beth Ann R Young    bry@lnbyb.com

## SERVICE BY MAIL

| Jennifer Bush Hawkins<br>POTTS-DUPRE HAWKINS & KRAMER ,CHTD<br>900 7th Street, N.W. Suite 1020<br>Washington, DC 20001 | Levene, Neale, Bender, Yoo & Brill L.L.P.,<br>10250 Constellation Blve Ste 1700<br>Los Angeles, CA 90067 |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE