1  RON BENDER (SBN 143364)
   JACQUELINE L. JAMES (SBN 198838)
2  LINDSEY L. SMITH (SBN 265401)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email:  rb@lnbyb.com; jlj@lnbyb.com; lls@lnbyb.com

6  Attorneys for Chapter 11 Debtor & Debtor in Possession

7              **UNITED STATES BANKRUPTCY COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8                  **LOS ANGELES DIVISION**

9

10 In re:                                    Case No. 2:16-bk-25619-WB

11 Steiny and Company, Inc.,                 Chapter 11 Case

12        Debtor and Debtor in Possession.   **NOTICE TO COUNTERPARTIES TO**
                                             **EXECUTORY CONTRACTS AND**
13                                           **UNEXPIRED LEASES TO**
                                             **POTENTIALLY BE ASSUMED, AND**
14                                           **NOTICE OF CURE AMOUNTS**

15

16

17

18     **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR**
       **AFFILIATES MAY BE A COUNTERPARTY TO AN EXECUTORY CONTRACT OR**
19     **UNEXPIRED LEASE WITH THE DEBTOR, AS SET FORTH ON EXHIBIT A**
       **ATTACHED HERETO, WHICH CONTRACT OR LEASE THE DEBTOR MAY**
20     **SEEK TO ASSUME AND ASSIGN IN CONNECTION WITH AN ASSET SALE.[1]**

21        **PLEASE TAKE NOTICE** that Steiny and Company, Inc. (the "Debtor") has filed  a

22 "*Motion for Entry of Order: (I) Authorizing Debtor to Sell Assets Free and Clear of Liens,*

23 *Claims Encumbrances and Interests; (II) Authorizing Assumption and Assignment of Certain*
   *Unexpired Leases and Executory Contracts; (III) Authorizing Rejection of Certain Executory*
24 *Contracts and Unexpired Leases; (IV) Establishing Bidding Procedures and Approving Breakup*
   *Fee; and (V) Granting Other and Further Relief*" (the "Sale Motion") with the above-captioned
25 U.S. Bankruptcy Court for the Central District of California, Los Angeles Division (the

26 "Bankruptcy Court") seeking entry of an order, among other things, (a) authorizing the sale of

27 ───────────────────

28 [1] This notice is being sent to counterparties to certain agreements that may constitute contracts and leases. This notice
   is not an admission by the Debtor that such agreements are true leases, or are executory or unexpired.

many of the Debtor's assets free and clear of all liens, claims, interests, and encumbrances, (b) authorizing the assumption and assignment of many of the Debtor's executory contracts and unexpired leases, and (c) approving procedures for the assumption and assignment of those executory contracts and leases, among other relief.  Please take notice that all capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has entered into an asset purchase agreement (the "APA") with GA Abell, Inc. ("Abell"), which does business as Precision Electric Company.  The Buyer of the Debtor's assets may be Abell or a designee (the "Buyer") or a successful overbidder. **All parties receiving this notice are encouraged to carefully read the Sale Motion,** which is available free of charge by contacting proposed counsel for the Debtor in writing as follows: Jacqueline L. James and Lindsey L. Smith, Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Ste. 1700, Los Angeles, California, Fax: 310-229-1244, E-Mail: JLJ@LNBYB.COM and LLS@LNBYB.COM. To the extent that there are any inconsistencies between this Notice of Cure Amount and the Sale Motion, the latter shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the APA, the Debtor **may** assume and assign to the Buyer or a successful overbidder either on the date of the closing of the sale (the "Closing Date") or such later date as may be provided in the order approving the sale (the "Sale Order"), the contracts and leases listed on **Exhibit A** attached hereto to which you may be a counterparty.  The amount shown on **Exhibit A** hereto as the "Cure Amount" is the amount, if any, based upon the Debtor's books and records, which the Debtor assert is owed to cure any defaults existing under such lease or contract.

## OBJECTIONS TO CURE AMOUNT AND ADEQUATE ASSURANCE

**PLEASE TAKE FURTHER NOTICE** that, if you disagree with the proposed Cure Amount, object to the proposed assignment to Abell, or a designee, or a successful overbidder of your contract or lease, or object to the Buyer's ability to provide adequate assurance of future performance with respect to your contract or lease, your objection **must**: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules; (c) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Amount, the alleged correct cure amount, together with supporting documentation; and (d) be filed with the Bankruptcy Court no later than **Friday, April 28, 2017.**

**PLEASE TAKE FURTHER NOTICE that any party who fails to timely file an objection to its Cure Amount listed on Exhibit A to this Notice of Cure Amount or to the assumption and assignment of its contract or lease: (a) shall be forever barred from objecting thereto, including (i) making any demands for additional cure amounts or monetary compensation on account of any alleged defaults and (ii) asserting that Abell (or any designated entity) has not provided adequate assurance of future performance as of the date of the entry of an order approving the proposed sale; and (b) shall be deemed to consent to the sale of the Debtor's assets to be sold as described in the Sale Motion and to the assumption and assignment to Abell or its designee or a successful overbidder of your executory contract(s) and/or unexpired lease(s) with the Debtor.**

Any objection to the proposed assumption and assignment of a contract or lease or related Cure Amount in connection with the sale of the assets to be sold to the Buyer that remains unresolved as of the Sale Hearing shall be heard at the Sale Hearing (or at a later date as fixed by the Bankruptcy Court); provided, however, that with respect to any such objection that pertains solely to the Cure Amount, the Debtor may seek at the Sale Hearing to assume the relevant contract or lease and assign it to Abell, or a designee, or a successful overbidder subject to the requirement that Buyer or successful overbidder deposit funds equal to the undisputed portion of

the applicable Cure Amount pending the resolution of the dispute by the Bankruptcy Court or agreement of the parties (if such funds have not already been placed on deposit by the Buyer) and pay any amount owed promptly to the applicable counterparty upon such resolution.

## SALE HEARING

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to take place on **May 11, 2017 at 10:00 a.m. (Pacific Time)** (the "Sale Hearing") before The Honorable Julia W. Brand, United States Bankruptcy Court Judge, at the U.S. Bankruptcy Court for the Central District of California, Los Angeles Division, in Courtroom 1375, located at 255 E. Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any contract or lease on **Exhibit A** to this Notice of Cure Amount does not require or guarantee that such contract or lease will be assumed and assigned, and all rights of the Debtor with respect to such contract or lease are reserved. Moreover, the Debtor explicitly reserves its rights, in its sole discretion, to seek to reject or assume any contract or lease pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing any Successful Bidder to designate contracts and leases to be assumed and assigned, or to designate contracts and leases to be removed from any previous list of contracts and leases to be assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that nothing herein: (a) alters in any way the prepetition nature of the contracts or leases listed on **Exhibit A** or the validity, priority, or amount of any claims of a counterparty to any such contract or lease against the Debtor; (b) creates a postpetition contract or agreement; or (c) elevates to administrative expense priority any claims of a counterparty to a contract or lease against the Debtors.

Dated: April 21, 2017          STEINY AND COMPANY, INC.

By:  */s/ Jacqueline L. James*
    Ron Bender
    Jacqueline L. James
    Lindsey L. Smith
    Levene, Neale, Bender, Yoo & Brill L.L.P.
    Attorneys for Chapter 11 Debtors
    and Debtors in Possession

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

[List of Cure Amounts for Executory Contracts
and Unexpired Leases]

| VEHICLE CONTRACT/LEASE LIST | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Counterparty** | **Type of Contract** | **Counterparty ID** | **Equipment Description** | **VIN Number** | **Steiny Equip Number** | **Cure Amount** |
| Chrysler Capital | Equipment finance | 1407623 | 2014 Dodge Truck RAM CC 5500 | 3C7WRMDL 1EG137076 | 1831 | $12,846.63 |
| Chrysler Capital | Equipment finance | 2337068 | 2014 Dodge Truck RAM CC 5500 | 3C7WRMDL 8EG137074 | 1834 | $17,426.46 |
| Chrysler Capital | Equipment finance | 2359328 | 2014 Dodge Truck RAM CC 5500 | 3C7WRMDL XEG137075 | 1835 | $17,461.86 |
| Enterprise | Master Lease | Various | Various | Various | Various | $23,828.01 |
| John Deere Financial | Equipment finance | 4011 | John Deere Backhoe Loader | PE4045R04 3856 | 1827 | $22,617.91 |
| John Deere Financial | Equipment finance | 1755 | John Deere Backhoe Loader | PE4045R04 1753 | 1825 | $25,472.13 |
| TCF Equipment Finance | Equipment finance | 001-0651943-300 | 2015 Dodge 5500 Altec bucket truck | 3C7WRMAL 2DG565502 | 1829 | $7,202.11 |

| OFFICE EQUIPMENT AND OTHER CONTRACTS/LEASES LIST | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | **Contract Desription** | |
| **Counterparty** | **Type of Contract** | **Counterparty ID** | **Description** | **Serial Number** | **Cure Amount** |
| Canon Financial Services, Inc. | Lease of office equipment | 001-0115734-014 | IR3225 copier | DFH33835 | $3,406.24 |
| Canon Financial Services, Inc. | Lease of office equipment | 001-0115734-013 | IR3225 copier | DFH32947 | $3,532.89 |
| Canon Financial Services, Inc. | Lease of office equipment | 001-0115734-016 | Copier | | $4,991.57 |
| Canon Financial Services, Inc. | Lease of office equipment | 001-0115734-012 | Image runner | GQG31032, GQG31049, GQG31002, | $32,920.46 |
| Canon Financial Services, Inc. | Lease of office equipment | 001-0115734-015 | Copier | | $3,945.67 |
| Pitney Bowes Global Financial Services | Lease of office equipment | 0012334403 | Postage Machine | | $2,033.90 |
| Pitney Bowes Global Financial Services | Lease of office equipment | 0012276461 | Postage Machine | | $1,373.18 |
| Xerox | Lease of office equipment | 707192043, 308427491 | W5675PT, W7655P | UTU104525 , TEN600050 | $15,676.74 |
| US Premium Finance | Insurance premium financing | A1CG95211607 | N/A | | $0.00 |
| Sage Software Inc. | Software support | 4000003875 | N/A | | $0.00 |
| Telepacific Communications | Telephone service agreement | | OneNet & Internet | | $3,172.92 |
| Disa Global Solutions | Drug testing services | 00195075 | | | $150.00 |
| Verizon Wireless | Cell phones | | | | $18,265.15 |

| CONSTRUCTION JOB CONTRACT LIST | | | |
| --- | --- | --- | --- |
| **Job #** | **Description** | **General Contractor/or Owner** | **Cure Amount** |
| 01-1183 | Novato-Recycl. Water Facility | Gateway Pacific Contractors | $0.00 |

| 01-1189 | Vallejo-Cypress Ave. Sewer Im | Pfister Excavating Inc. | $0.00 |
| 02-2036 | Misc. Jobs Div 2 Fye 09/30/16 | Darcy and harty Construction | $0.00 |
| 02-2130 | #04-4470U4-Rte 680-Rehab Rd. | Bay Cities Paving and Grading | $0.00 |
| 02-2172 | VTA-Santa Clara Rock Bus Trans | Good Fellow Top Grade Construction | $0.00 |
| 02-2180 | Danville-I 680 Express Lane | De Silva Gates | $0.00 |
| 02-2182 | Glen Cove Conduit Installation | City of Vallejo-Water Division | $0.00 |
| 02-2184 | Var Xwalk - Imp.-Walnut Creek | Sposeto Engineering | $0.00 |
| 02-2185 | Adobe Rd/E.Washington Widening | O.C. JONES & SONS | $0.00 |
| 02-2187 | Hampton Park Improvements | Srz and Munz Cn, In. | $0.00 |
| 02-2188 | CaminoTassajara Shlder Widenin | GRADETECH, INC. | $0.00 |
| 03-3668 | LA - Xerox Expresslanes Main | Xerox State and Local Solution | $0.00 |
| 03-3677 | W. LA - Expo II Bike Path | Skanska-Rados | $0.00 |
| 03-3685 | Union/Pastsaouras Plaza Busway | OHL USA | $0.00 |
| 03-3692 | Slauson Toll Station Pilot Pro | Xerox State and Local Solution | $0.00 |
| 04-4213 | LA Baldwin Park Rte.10 | Flatiron Construction | $0.00 |
| 04-4415 | Lynwood - Atlantic Avenue | Lynwood, City of | $0.00 |
| 04-4417 | LACO-Hwy 126/Commerce Ctr Dr | C.A. RASMUSSEN, INC. | $0.00 |
| 04-4480 | LA - Soto St @ Mission Blvd. | Excel Paving Company | $0.00 |
| 04-4496 | W Hollywood-Sweetzer Avenu | Griffith Company | $0.00 |
| 04-4528 | Burbank - Keswick St. Improv | Tyner Paving Company | $0.00 |
| 04-4530 | Fullerton - State College Blvd | USS Cal Builders, Inc. | $0.00 |
| 04-4532 | Menifee-Audie Murphy Ranch | Brookefield Land Construction | $0.00 |
| 04-4550 | Lancaster - Avenue I & 25th St | COOLEY CONSTRUCTION, | $0.00 |
| 04-4565 | Corona Metro Apartments | Wermers Corporation | $0.00 |
| 04-4567 | Victorville-Mojave Rd & Cobalt | COOLEY CONSTRUCTION, | $0.00 |
| 04-4577 | So. El Monte - Santa Anita Ave | City of S. El Monte | $0.00 |
| 04-4581 | Long Beach - Magnolia Avenu | SULLY-MILLER CONTRACTING CO. | $0.00 |
| 04-4587 | Torrance - Del Amo Fashion Ctr | WHITING-TURNER CONTR | $0.00 |
| 04-4611 | LA-Slauson to Vernon Sewer Reh | Mladen Buntich Construction Co. Inc | $0.00 |
| 04-4612 | LA - CityTrunk Line South | Steve P. Rados | $0.00 |
| 04-4617 | Maywood-So. Region HS #8 | S.J. Amoroso | $0.00 |
| 04-4621 | Santa Clarita - Five Knolls | Brookfield land Constructior | $0.00 |
| 04-4622 | Chino Hills - Vila Borba | Standard Pacific Homes | $0.00 |
| 04-4623 | Chino Hills - Peyton Drive | H & H General Construction, Inc. | $0.00 |
| 04-4624 | Chino-Offsite Improvements | Commerce Construction, Co. LP | $0.00 |

| | | | |
|---|---|---|---|
| 04-4628 | San Gabriel-Gladys & El Monte | | |
| | | Olson Urban Housing, LP | $0.00 |
| 04-4633 | Santa Ana-Parking Lot 2629 | Hillcrest Contracting | $0.00 |
| 04-4635 | Burbank-1914-036 IKEA | VCC LLC | $0.00 |
| 04-4639 | LA-Laurel Canyon Blvd Widening | CPO Enterprises | |
| | | | $0.00 |
| 04-4640 | Long Beach-Alamitos Pk Storm D | | |
| | | Excel Paving Company | $0.00 |
| 04-4643 | Porter Ranch-Corbin & Nashvi | | |
| | | Toro Enterpris, Inc. | $0.00 |
| 04-4644 | San Bernardino-Chandler & E St | Hillcrest Contracting | |
| | | | $0.00 |
| 04-4647 | Laguna Niguel - Oso Creek Trai | Environment Construction Inc. | |
| | | | $0.00 |
| 04-4648 | Calabasas-Paul Revere Dr. | CA Rasmussen | $0.00 |
| 04-4649 | Irvine-Irvine Ctr Dr./Pacifica | Unison Electric | $0.00 |
| 04-4652 | LA-Sepulveda Blvd. Off Ramp | Peterson Chase Engineering | |
| | | | $0.00 |
| 04-4658 | Redlands-San Bernardino Ave | Olman's Construction Co. | |
| | | | $0.00 |
| 04-4659 | Porter Ranch-Corbin/Porter Rch | Toll Brothers, Inc. | |
| | | | $0.00 |
| 04-4660 | Moreno Valley-Reche Vista Dr | Vance Corporation | |
| | | | $0.00 |
| 04-4661 | Loma Linda-Korean 7th Day Adv. | Bayley Construction | |
| | | | $0.00 |
| 04-4664 | Hawaiian Gardens - Carson St | Swinerton Builders | |
| | | | $0.00 |
| 04-4668 | Menifee - Newport Rd. @ I-215 | Moorefield Construction | |
| | | | $0.00 |
| 04-4671 | Chino Hills-Butterfield Ranch | Aviation Bay Communities | |
| | | | $0.00 |
| 04-4674 | OC-Rte 5 Avenida Vista Hermosa | Flatiron Construction | |
| | | | $0.00 |
| 04-4675 | OC-Avenida Pico Undercorssing | Flatiron Construction | |
| | | | $0.00 |
| 04-4676 | Irvine-Technology Drive Ext | Hillcrest Contracting | $0.00 |
| 04-4678 | Cerritos-ARIA 12611 Artesia B | Hill Contracting Group | |
| | | | $0.00 |
| 04-4679 | Computer Service Co. - Misc | Steiny and Company | |
| | | | $0.00 |
| 04-4682 | Menifee-Audie Murphy Ranch | Brookefield Residential | |
| | | | $0.00 |
| 04-4683 | Ontario-S Milliken Grade Sep | Griffith Company | |
| | | | $0.00 |
| 04-4684 | Murrieta-Anthem Memory Care | Consolidated Contracting Services | |
| | | | $0.00 |
| 04-4686 | Palmdale-Avenue S Widening | R.C. Becker & Sons, Inc. | |
| | | | $0.00 |
| 04-4687 | SB Co. - Redlands & Yucaipa | J. Mcloughlin Engineering Co. | |
| | | | $0.00 |
| 04-4689 | Rialto-Alder Ave. & 210 Fwy | All American Asphalt | $0.00 |
| 04-4690 | Barstow - Wal-Mart #1879-02 | Shames Construction | |
| | | | $0.00 |
| 04-4691 | LA - 3033 Wilshire Blvd. | Swinerton Builders | $0.00 |
| 04-4692 | Moreno Valley-Citywide Pvmt | All American Asphalt | |
| | | | $0.00 |
| 04-4693 | Lake Elsinore - Canyon Hills | Pardee Homes | $0.00 |
| 04-4694 | Santa Clarita-Newhall/Railroad | FS Contruction | |
| | | | $0.00 |
| 04-4697 | Lancaster-Avenue K-8 Bike Pa | Granite Construction | |
| | | | $0.00 |
| 04-4698 | Buena Park-Beach Bl Streetscap | Los Angeles Engineering | |
| | | | $0.00 |

| | | | |
|---|---|---|---|
| 04-4699 | OC-Dana Pt. Harbor Intersecti | Griffith Company | $0.00 |
| 04-4700 | Ontario-Francis St Storm Drain | Young and Associates | $0.00 |
| 04-4702 | Orange-La Pata Ave | Sukut Construction | $0.00 |
| 04-4704 | Arcadia - Baldwin Ave - Naomi | City of Arcadia | $0.00 |
| 04-4705 | Pomona Distribution Center | Fullmer Construction | $0.00 |
| 04-4707 | Apple Valley - Yucca Loma | Riverside Construction Compan\ | $0.00 |
| 04-4709 | RIVCO-CT08-1G10004 Rte 74 | Pavement Coating Co. | $0.00 |
| 04-4710 | Adelanto - Adelanto Town Ctr. | Vance Corporation | $0.00 |
| 04-4716 | La Habra - La Habra Apts. | Fairfield Development, LP | $0.00 |
| 04-4717 | Aviation Station Apartments | Fairfield Development, LP | $0.00 |
| 04-4718 | Long Beach - Conant St. (SR) | Millie & Severson, Inc | $0.00 |
| 04-4719 | West Lake Vill.-N. Ranch Gatw | Deacon Corp. | $0.00 |
| 04-4723 | Pennsylvania Ave.Two Way Con\ | City of Santa Monica | $0.00 |
| 04-4725 | IVC - Barranca Entrance | Hillcrest Contracting | $0.00 |
| 04-4726 | Murrieta - Clinton Kieth (CVS) | Gray ICEB, Inc. | $0.00 |
| 04-4727 | Fontana - Cherry | Vance Corporation | $0.00 |
| 04-4729 | CT 12-0N0404 - Toll Lanes | R.J. Noble Company | $0.00 |
| 04-4730 | Laguna Niguel-Crown Valley Pwy | Los Angeles Engineering | $0.00 |
| 04-4731 | La Mirada - Imperial Highway | Sequel Contractors, Inc. | $0.00 |
| 04-4732 | LA - York | Mike Prlich & Sons, Inc. | $0.00 |
| 04-4733 | Palmdale - Yellen park | R.C. Becker & Sons, Inc. | $0.00 |
| 04-4734 | LA - Eagle Rock | Warmington Residential | $0.00 |
| 04-4735 | Porter Ranch-Corbin (Tract SL) | Toll Brothers, Inc. | $0.00 |
| 04-4736 | Perris - Webster | Fullmer Construction | $0.00 |
| 04-4737 | Oxnard - Victoria Avenue | Granite Construction | $0.00 |
| 04-4738 | Aliso Viejo - Liberty | KPRS | $0.00 |
| 04-4739 | Costa Mesa - Baker St. | Johnstone Moyer, Inc. | $0.00 |
| 04-4741 | Torrance - Del Amo Blvd | Oltman's Construction | $0.00 |
| 04-4742 | Steiny Misc. Jobs FYE 9/30/16 | City of San Clemente | $0.00 |
| 04-4743 | El Monte - Hilton Garden Inn | USA Realty Construction Group | $0.00 |
| 04-4744 | Glendale - Proposition 84 | Execl Paving Company | $0.00 |
| 04-4746 | Menifee Lakes Plaza | Moorefield Construction | $0.00 |
| 04-4748 | Irvine - Boardwalk | Snyder Langston | $0.00 |
| 04-4750 | Marina Del Rey-Neptune Wetland | Johnstone Moyer, Inc. | $0.00 |
| 04-4751 | Fontana-Citrus Commerce#2 | Fullmer Construction | $0.00 |
| 04-4752 | Murrieta-Madison Ave. Improv | Riverside Construction Co. | $0.00 |
| 04-4754 | CSC -Misc 10/16-09/17 | Steiny and Co. | $0.00 |
| 04-4755 | Tustin - Victory Rd. | KEC Engineering | $0.00 |
| 04-4756 | LA - Pico/Grand | Sinanian Development | $0.00 |
| 04-4757 | S. Pasadena-Monterey Rd. | Vido Samarzich, Inc. | $0.00 |
| 04-4758 | Lancaster-20th St.& Ave J | Moorefield Construction | $0.00 |

| 04-4759 | Santa Monica Century City Ha | Century City Mall, LLC | $0.00 |
| 04-4760 | LA - CSC Misc. Jobs | Steiny and Company | $0.00 |
| 04-4763 | Kaiser SBMC North Hospital | Morrow-Meadows Corporation | $0.00 |
| 04-4764 | LA Grand & 12th | Cupertino Electric | $0.00 |
| 04-4767 | San Clemente- La Ventura | Pacific Construction Group | $0.00 |
| 04-4768 | Lynwood - Century Dist.#2 | Fullmer Construction | $0.00 |
| 04-4769 | Fontana-Citrus Commerce#3 | Fullmer Construction | $0.00 |
| 04-4770 | S.Bernardino-S.Bay Foundry | Fullmer Construction | $0.00 |
| 04-4771 | Alhambra-McClean | Villas at Alhambra, LP | $0.00 |
| 04-4970 | Beazer Homes/Hwy 395 & LaMesa | COOLEY CONSTRUCTION, | $0.00 |
| 08-8100 | LA-Regional Connector Corridor | Regional Connector Construction | $0.00 |
| 08-8101 | Regional Connector Transit Cor | Regional Connector Construction | $0.00 |
| 08-8102 | Regional Connector Transit Cor | Regional Connector Construction | $0.00 |
| 09-9233 | East County Bus Maint Facility | Clark Construction Grp CA, LP | $0.00 |
| 09-9237 | San Diego Co. - CT #11-407604 | Peterson Chase Gen Engineering | $0.00 |
| 09-9239 | CT 11-299204 | Future DB International | $0.00 |

| CONSTRUCTION JOB - SUBCONTRACTOR LIST | | | | |
|---|---|---|---|---|
| **Subcontractor** | **Type of Contract** | **Steiny Contract Number** | **Steiny Vendor Number** | **Cure Amount** |
| | | | | |
| Cal-Vet Services | Construction services | 2180 | 16014 | $90,665.00 |
| CAT Tracking Inc. | Construction services | 4739 | 18149 | $0.00 |
| Cross County HDI | Construction services | 2180 | 24384 | $0.00 |
| Crosstown Electrical & Data, Inc | Construction services | 4417 | 24385 | $0.00 |
| | | 4625 | | $39,750.00 |
| | | 4729 | | $129,140.00 |
| Exsell Sales Assocaites | Construction services | 8100 | 32894 | $10,891.30 |
| Norwood Construction | Construction services | 2180 | 59800 | $22,531.30 |
| PCI Company | Construction services | 4738 | | $0.00 |
| Smithson Electric, Inc. | Construction services | 4417 | 76150 | $9,225.00 |
| | | 4480 | | $3,335.00 |
| | | 4625 | | $11,052.00 |
| | | 4635 | | $6,900.00 |
| | | 4675 | | $0.00 |
| | | 4718 | | $0.00 |
| | | 4725 | | $0.00 |
| | | 4727 | | $501.50 |

|  |  | 4730 |  | $0.00 |
|  |  | 4731 |  | $0.00 |
|  |  | 4738 |  | $0.00 |
|  |  | 8100 |  | $29,393.4? |
|  |  |  |  |  |
| Superior Pavement Markings | Construction services | 4635 | 79285 | $0.00 |
|  |  |  |  |  |

**COLLECTIVE BARGAINING AGREEMENTS**

| NAME | Type of Agreement | Cure Amount |
|---|---|---|
| IBEW LOCAL 6 | Collective Bargaining Agreement | $3,058.59 |
| IBEW LOCAL 180 | Collective Bargaining Agreement | $42,454.02 |
| IBEW LOCAL 302 | Collective Bargaining Agreement | $1,616.87 |
| IBEW LOCAL 332 | Collective Bargaining Agreement | $57,835.95 |
| IBEW LOCAL 551 | Collective Bargaining Agreement | $0.00 |
| IBEW LOCAL 595 WEST & EAST | Collective Bargaining Agreement | $45,056.23 |
| IBEW LOCAL 617 | Collective Bargaining Agreement | $15,099.24 |
| Operating Engineers Trust Funds | Collective Bargaining Agreement | $16,523.49 |
| Laborers Trust Fund of Northern California | Collective Bargaining Agreement | $29,678.90 |
| IBEW LOCAL 11 | Collective Bargaining Agreement | $1,127,368.23 |
| LOCAL 12 | Collective Bargaining Agreement | $110,638.67 |
| LOCAL 649 | Collective Bargaining Agreement | $22,441.65 |
| LOCAL 652 | Collective Bargaining Agreement | $106,302.61 |
| IBEW LOCAL 440 | Collective Bargaining Agreement | $20,090.70 |
| IBEW LOCAL 447 | Collective Bargaining Agreement | $24,373.17 |
| LOCAL 441 | Collective Bargaining Agreement | $3,213.93 |
| LOCAL 569 | Collective Bargaining Agreement | $392.73 |
| LOCAL 952 | Collective Bargaining Agreement | $1,696.11 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled  **Notice To Counterparties To Executory Contracts And Unexpired Leases To Potentially Be Assumed, And Notice Of Cure Amounts**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Matthew T Bechtel     Bechtel@luch.com, cheryl@luch.com,kimberley@luch.com
- Ron Bender     rb@lnbyb.com
- Robert J Berens     rjb@smtdlaw.com, srodriguez@smtdlaw.com
- Scott E Blakeley     seb@blakeleyllp.com, ecf@blakeleyllp.com
- William S Brody     wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Ronald Clifford     rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Caroline Djang     cdjang@rutan.com
- Donald T Dunning     ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- John S Durkin     john@john-durkin.com
- Luke N Eaton     eatonl@pepperlaw.com
- Anne K Edwards     aedwards@rodipollock.com
- Kerry K Fennelly     kfennelly@donaldsonandcornwell.com, fileclerk@donaldsonandcornwell.com;lsheridan@donaldsonandcornwell.com;kditty@donaldsonandcornwell.com;vmindirgasova@donaldsonandcornwell.com;jbaldwin@donaldsonandcornwell.com
- Jon F Gauthier     jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Michael I Gottfried     mgottfried@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;mmocciaro@lgbfirm.com
- Jacqueline L James     jlj@lnbyb.com
- Michael Y Jung     jung@luch.com, gina@luch.com,kimberley@luch.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Matthew A Lesnick     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Susan Graham Lovelace     lovelace@luch.com, jason@luch.com,kimberley@luch.com
- Alvin Mar     alvin.mar@usdoj.gov
- David W. Meadows     david@davidwmeadowslaw.com
- Gilbert M Nishimura     gnishimura@snw-law.com, schin@snw-law.com;sgalindo@snw-law.com;ffilimona@snw-law.com
- Donna T Parkinson     donna@parkinsonphinney.com
- Thomas Phinney     tom@parkinsonphinney.com
- Raymond A Policar     policarlaw@att.net
- Ronald L Richman     ron.richman@bullivant.com, kristina.clark@bullivant.com
- Jeffry D Sackman     jds@rac-law.com
- Ali Salamirad     as@smtdlaw.com, rb@smtdlaw.com
- Matthew J. Shier     mshier@shierkatz.com, mterry@shierkatz.com
- Wayne A Silver     w_silver@sbcglobal.net
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michele R Stafford     mstafford@sjlawcorp.com, collections@sjlawcorp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

- Nicholas Starkman    nstarkman@wkclegal.com, syoung@wkclegal.com
- Nicola G Suglia    nsuglia@fleischerlaw.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Dennis Winters    winterslawfirm@cs.com
- Donald A Workman    dworkman@bakerlaw.com
- Kirsten A Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Beth Ann R Young    bry@lnbyb.com

☐ *Service information continued on attached page*

**2.  SERVED BY UNITED STATES MAIL**: On **April 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Courtesy Copy via Personal Delivery
Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 21, 2017** | John Berwick | */s/ John Berwick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Creditors Committee, Secured, OUST**

Office of the U.S. Trustee
Attn: Alvin Mar
915 Wilshire Boulevard, Ste 1850
Los Angeles, CA 90017

Walters Wholesale Electric
c/o Thomas G. Nance, Director of Credit
2825 Temple Ave
Signal Hill, CA  90755

Karish Electronics
c/o Steve Brodock, Owner
2294-B North Batavia Street
Orange, CA  92865

Smithson Electric
c/o Tom Smithson, President
1938 E. Kati Avenue
Orange, CA  92867

David W. Meadows
Law Offices of David W. Meadows
1801 Century Park E, Ste 1235
Los Angeles, CA  90067

Altec Capital Services, LLC
33 Inverness Center Parkway
Ste. 200
Birmingham, AL 35242

Atkinson Contractors, Inc.
27422 Portola Parkway
Suite 250
Foothill Ranch, CA 92610

California Bank & Trust
465 California Street
San Francisco, CA 94104

Chrysler Capital
PO Box 660335
Dallas, TX 75266

CNH Capital America LLC
100 Brubaker Ave
New Holland, PA 17557

Corporation Service Company
c/o Gelco Corp
801 Adlai Stevenson Drive
Springfield, IL 62703

CT Lien Solutions
c/o Altec Capital Services
2727 Allen Parkway
Houston, TX 77019

Siemens Industry Inc.
c/o Aires Law Firm
6 Hughes, Ste. 205
Irvine, CA 92618

Fairview Holdings II, LLC
119 S. Main Street
Suite 410
Seattle, WA 98104

Gelco Corporation dba GE
Fleet Services
3 Capital Drive
Eden Prairie, MN 55344

Wesco Distribution, Inc.
c/o Gaba Law Corporation
23141 Verdugo Dr., Ste. 205
Laguna Hills, CA 92653

TCF Equipment Finance
Attn: Gregory A. Payer
11100 Wayzata Blvd, Suite 801
Minnetonka, MN 55305

Alameda Co. Transport
1333 Broadway
Suite 300
Oakland, CA 94612

All American Asphalt
400 E. SIXTH STREET
P.O. BOX 2229
CORONA, CA 92878-2229

All American Asphalt
400 E. SIXTH STREET
P.O. BOX 2229
CORONA, CA 92878-2229

Altec Capital Services
33 Inverness Center Parkway
Suite 200
Birmingham, AL 35242

ATKINSON CONTRACTORS
18201 Von Karman Avenue
Suite 800
Irvine, CA 92612

Aviation Bay Communities
2050 Main Street
Suite 1200
Irvine, CA 92614

Bay Cities Paving and Grading
PO Box 6227
Concord, CA 92524

Bayley Construction
3730 S. SUSAN ST.
SUITE 200
SANTA ANA, CA 92704

Bernards Bros., Inc.
555 First Street
San Fernando, CA 91340

Brookefield Land Construction
3090 Bristol Street
Suite 220
Costa Mesa, CA 92626

Brookefield Residential
3090 Bristol Street
Suite 220
Costa Mesa, CA 92626

Brookfield land Construction
3090 Bristol Street
Suite 220
Costa Mesa, CA 92626

C.A. RASMUSSEN, INC.
28548 LIVINGSTON AVE.
VALENCIA, CA 91355-4171

CA Rasmussen
28548 LIVINGSTON AVE.
VALENCIA, CA 91355-4171

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

CC Myers & Bay Cities, a J.V.
3286 Fitzgerald Road
Rancho Cordova, CA 95742

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

City of Arcadia
249 W. HUNTINGTON DRIVE
ARCADIA, CA 91066-6021

City of S. El Monte
1415 N. Santa Anita Avenue
South El Monte, CA 91733

City of San Clemente
910 Calle Negocio, #100
San Clemente, CA 92672

City of Vallejo-Water Division
202 Fleming Hill Road
Vallejo, CA 94589

Clark Construction Grp-CA, LP
575 Anton Blvd.
Suite 100
Costa Mesa, CA 92626

Commerce Construction, Co. LP
13191 Crossroads Pkwy North
6th Floor
City Industry, CA 91746

Consolidated Contracting Services
181 Avenida La Pata
Suite 200
San Clemente, CA 92673-6307

COOLEY CONSTRUCTION,
17525 Eucalyptus St.
Suite G
Hesperia, CA 92345

COOLEY CONSTRUCTION,
17525 Eucalyptus St.
Suite G
Hesperia, CA 92345

COOLEY CONSTRUCTION,
17525 Eucalyptus St.
Suite G
Hesperia, CA 92345

CPO Enterprises
846 N. Charter Drive
Covina, CA 91724

Darcy and harty Construction
1300 Carroll Avenue
San Francisco, CA 94124

Deacon Corp.
17880 Fitch
Irvine, CA 92614

Dragados/Sukut/Flatiron JV
2150 River Plaza Dr.
Suite #154
Sacramento, CA 95833

Earth Base One
118 Lochness Lane
Hueytown, AL 35023

Environment Construction, Inc.
21550 OXNARD ST.
SUITE 1050
WOODLAND HILLS, CA 91367

Excel Paving Company
P.O. Box 16405
Long Beach, CA 90806-5195

Excel Paving Company
P.O. Box 16405
Long Beach, CA 90806-5195

Execl Paving Company
2230 Lemon Avenue
Long Beach, CA 90806

Fairfield Development, LP
5510 Morehouse Dr.
Suite 200
San Diego, CA 92121

Fairfield Development, LP
5510 Morehouse Dr.
Suite 200
San Diego, CA 92121

Flatiron Construction
6185 Auto Center
Buena Park, CA 90621

Flatiron Construction
6185 Auto Center
Buena Park, CA 90621

FS Contruction
14838 Bledsoe Street
Sylmar, CA 91342

Fullmer Construction
1725 S. Grove Ave.
Ontario, CA 91761

Fullmer Construction
1725 S. Grove Ave.
Ontario, CA 91761

Future DB International
8707 Research Drive
Irvine, CA 92618

Gateway Pacific Contractors
8055 Freeport Blvd.
Sacramento, CA 95832

GHILOTTI CONSTRUCTION
246 GHILOTTI AVENUE
SANTA ROSA, CA 95407

Good Fellow Top Grade Construction
50 Contractors Street
Livermore, CA 94551

GRADETECH, INC.
P.O. BOX 1728
SAN RAMON, CA 94583

GRANITE CONSTRUCTION
P.O. BOX 720
WATSONVILLE, CA 95077

Granite Construction
213 E. Columbia Way
Lancaster, CA 93535

Granite Construction
2151 Alessandro Drive, # 209
Ventura, CA 93001

Gray ICEB, Inc.
421 E. Cerritos Ave
Anaheim, CA 92805

Griffith Company
12200 Bloomfield Ave
Santa Fe Springs, CA 90670

Griffith Company
7911-A Pine Avenue
Chino, CA 91708

Griffith Company
4756 Mission Blvd.
Montclaire, CA 91762

H & H General Construction, Inc.
P.O. Box 536
Highland, CA 92346

Hill Contracting Group
1715 Corrigan Ct.
La Verne, CA 91750

Hillcrest Contracting
1467 CIRCLE CITY DRIVE
Corona, CA 91718

Hillcrest Contracting
1467 CIRCLE CITY DRIVE
CORONA, CA 91718

Hillcrest Contracting
1467 CIRCLE CITY DRIVE
CORONA, CA 91718

Hillcrest Contracting
1467 CIRCLE CITY DRIVE
CORONA, CA 91718

J. Mcloughlin Engineering Co.
10641 Fulton Court
Rancho Cucamonga, CA 91730

John Deere
PO Box 4450
Carol Stream, IL 60197-4450

John Deere
PO Box 4450
Carol Stream, IL 60197-4450

Johnstone Moyer, Inc.
2102 Business Center Drive
Irvine, CA 92612

Johnstone Moyer, Inc.
2102 Business Center Drive
Irvine, CA 92612

KEC Engineering
200 N. Sherman Avenue
Corona, CA 92882

KPRS
2850 Saturn St
Brea, CA 92821

LOS ANGELES ENGINEERING
633 N. Barranca
Covina, CA 91723

Los Angeles Engineering
633 N. Barranca
Covina, CA 91723

Los Angeles Engineering
633 N. Barranca
Covina, CA 91723

Los Angeles, City of
200 N. Spring Street
Room 355
Los Angeles, CA 90012

Lynwood, City of
11330 Bullis Road
Lynwood, CA 90262

MASS ELECTRIC CONSTR
11151 PALMER AVENUE
SOUTH GATE, CA 90280

Mike Prlich & Sons, Inc.
5103 Elton Street
Baldwin Park, CA 91706

Millie & Severson, Inc
3601 Serpentine Drive
Los Alamitos, CA 90720

Mladen Buntich Construction Co. Inc.
1500 W. 9th Street
Upland, CA 91786

Moorefield Construction
600 N. Tustin Avenue
Suite 210
Santa Ana, CA 92705-3736

Moorefield Construction
600 N. Tustin Avenue
Suite 210
Santa Ana, CA 92705-3736

Morrow-Meadows Corporation
231 Benton Ct.
City of Industry, CA 91789

Nancy Steiny and Steiny Family Trust
221 North Ardmore Avenue
Los Angeles, CA 90004

O.C. JONES & SONS
1520 4TH STREET
BERKELEY, CA 94710

OHL USA
1920 Main Street
Suite 310
Irvine, CA 92614

Olman's Construction Co.
10005 Mission Mill Road
Whittier, CA 90608

Olson Urban Housing, LP
3010 Old Ranch Parkway
Suite 100
Seal Beach, CA 90740

Oltman's Construction
10005 Mission Mill Road
Whittier, CA 90608

Pardee Homes
1250 Corona Pointe Court
Suite 600
CORONA, CA 92879

Pavement Coating Co.
10240 San Sevaine Way
Jurupa Valley, CA 91752

Peninsula Corrdr JPB
1250 San Carlos Avenue
San Carlos, CA 94070

Peterson Chase Engineering
1792 Kaiser Ave.
Irvine, CA 92614

Peterson Chase Gen. Engineering
1792 Kaiser Ave.
Irvine, CA 92614

Pfister Excavating Inc.
PO Box 4312
Vallejo, CA 94590

Pitney Bowes
finan Serv LL PO box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes
finan Serv LL PO box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes
finan Serv LL PO box 371887
Pittsburgh, PA 15250-7887

Pulic Cnstrctn, Inc.
591 Camino De La Reina, #900
San Diego, CA 92108

R.C. Becker & Sons, Inc.
28355 Kelly Johnson Parkway
Santa Clarita, CA 91355

R.C. Becker & Sons, Inc.
28355 Kelly Johnson Parkway
Santa Clarita, CA 91355

R.J. Noble Company
15505 E. Lincoln Avenue
Orange, CA 92865

Regional Connector Construction
1995 Agua Mansa Road
Riverside, CA 92509-2405

Regional Connector Construction
1995 Agua Mansa Road
Riverside, CA 92509-2405

Regional Connector Construction
1995 Agua Mansa Road
Riverside, CA 92509-2405

Riverside Construction Co.
4225 Garner Road
Riverside, CA 92501

Riverside Construction Company
4225 Garner Road
Riverside, CA 92501

S.J. Amoroso
390 Bridge Parkway
Redwood Shores, CA 94065

Sequel Contractors, Inc.
13546 Imperial Way
Santa Fe Springs, CA 90670

Shames Construction
5826 Brisa Street
Livermore, CA 94550

Sinanian Development
18980 Ventura Blvd.
Suite 200
Tarzana, CA 91356

Skanska-Rados
11390 West Olympic Blvd
Los Angeles, CA 90064

Snyder Langston
17962 Cowan
Irvine, CA 92614

Sposeto Engineering
4301 Bettencourt Way
Union City, CA 94587-1519

Srz and Munz Cn, In.
10975 Cabot Blvd.
Hayward, CA 94545

Standard Pacific Homes
255 East Rincon St.
Suite 200
Corona, CA 92879

STATE OF CALIFORNIA
DEPARTMENT OF TRANSPORATION
1727 30th Street
SACRAMENTO, CA 95816

Steiny and Co.
12907 E. Garvey Avenue
Baldwin Park, CA 91706

Steiny and Company
12907 E. Garvey Avenue
Baldwin Park, CA 91706

Steiny and Company
12907 E. Garvey Avenue
Baldwin Park, CA 91706

Steiny Family Trust
221 North Ardmore Avenue
Los Angeles, CA 90004

Steiny Family Trust
221 North Ardmore Avenue
Los Angeles, CA 90004

Steve P. Rados
P.O. Box 15128
Santa Ana, CA 92735

Sukut Construction
4010 W. Chandler Avenue
Santa Ana, CA 92704-5202

SULLY-MILLER CONTRACTING CO.
135 S. State College Blvd
Suite 400
Brea, CA 92821

Swinerton Builders
260 TOWNSEND STREET
SAN FRANCISCO, CA 94107-1790

Swinerton Builders
260 TOWNSEND STREET
SAN FRANCISCO, CA 94107-1790

Toll Brothers, Inc.
725 Town & Country Road
Suite 200
Orange, CA 92868

Toll Brothers, Inc.
725 W. Town and Country Rd, #200
Orange, CA 92868

Toro Enterpris, Inc.
P.O. Box 6285
Oxnard, CA 93031

Tyner Paving Company
3535 Fowler Street
Los Angeles, CA 90063

Unison Electric
16652 Gemini Lane
Huntington Beach, CA 92647

UNIVERSITY OF CALIF.
FD&C 9500 GILMAN DRIVE
LA JOLLA, CA 92037

USA Realty Construction Group
9911 Valley Blvd.
El Monte, CA 91731

USS Cal Builders, Inc.
8051 Main Street
Stanton, CA 90680

USS Cal Builders, Inc.
8051 Main Street
Stanton, CA 90680

Vance Corporation
2271 N. Locust Avenue
Rialto, CA 92377

Vance Corporation
2271 N. Locust Avenue
Rialto, CA 92377

Vance Corporation
2271 N. Locust Avenue
Rialto, CA 92377

VCC LLC
18201 Von Karman Avenue
Suite 100
IRVINE, CA 92612

Vido Samarzich, Inc.
4972 Crestview Place
Alta Loma, CA 91701

Walsh Construction Company
1777 Oakland Blvd
Suite 300
Wanut Creek, CA 94596

Warmington Residential
3090 Pullman St.
Costa Mesa, CA 92626

Wermers Corporation
5120 Shoreham Place
Suite 150
San Diego, CA 92122

WHITING-TURNER CONTR
3 CORPORATE PARK
SUITE 100
IRVINE, CA 92606

Xerox Corporation
PO box 7405
Pasadena, CA 91109-7405

Xerox State and Local Solution
12410 Milestone Center Dr.
Suite 400
Germantown, MD 20876

Xerox State and Local Solution
12410 Milestone Center Dr.
Suite 400
Germantown, MD 20876

Young and Associates
PO Box 80337
San Marino, CA 91764

**Steiny**

### General Contractors/Owners

| | | |
|---|---|---|
| Gateway Pacific Contractors<br>8055 Freeport Blvd.<br>Sacramento, CA  95832 | Pfister Excavating Inc.<br>PO Box 4312<br>Vallejo, CA  94590 | Darcy and harty Construction<br>1300 Carroll Avenue<br>San Francisco, CA  94124 |
| Bay Cities Paving and Grading<br>PO Box 6227<br>Concord, CA  92524 | Good Fellow Top Grade Construction<br>50 Contractors Street<br>Livermore, CA  94551 | De Silva Gates<br>11555 Dublin Blvd.<br>Dublin, CA  94568 |
| City of Vallejo-Water Division<br>202 Fleming Hill Road<br>Vallejo, CA 94589 | Sposeto Engineering<br>4301 Bettencourt Way<br>Union City, CA  94587-1519 | O.C. Jones & Sons<br>1520 4th Street<br>Berkeley, CA  94710 |
| Srz and Munz Cn, In.<br>10975 Cabot Blvd.<br>Hayward, CA  94545 | GradeTech, Inc.<br>P.O. Box 1728<br>San Ramon, CA  94583 | Xerox State and Local Solution<br>12410 Milestone Center Dr.<br>Suite 400<br>Germantown, MD   20876 |
| Skanska-Rados<br>11390 West Olympic Blvd<br>Los Angeles, CA  90064 | OHL USA<br>1920 Main Street<br>Suite 310<br>Irvine, CA  92614 | Regional Connector Construction<br>1995 Agua Mansa Road<br>Riverside, CA  92509-2405 |
| Flatiron Construction<br>6185 Auto Center<br>Buena Park, CA  90621 | Lynwood, City of<br>11330 Bullis Road<br>Lynwood, CA  90262 | C.A. Rasmussen, Inc.<br>28548 Livingston Ave<br>Valencia, CA  91355-4171 |
| Excel Paving Company<br>P.O. Box 16405<br>Long Beach, CA  90806-5195 | Griffith Company<br>12200 Bloomfield Ave<br>Santa Fe Springs, CA  90670 | Tyner Paving Company<br>3535 Fowler Street<br>Los Angeles, CA  90063 |
| USS Cal Builders, Inc.<br>8051 Main Street<br>Stanton, CA  90680 | Brookefield Land Construction<br>3090 Bristol Street, Suite 220<br>Costa Mesa, CA  92626 | Cooley Contstruction<br>17525 Eucalyptus St., Suite G<br>Hesperia, CA  92345 |
| Wermers Corporation<br>5120 Shoreham Place, Suite 150<br>San Diego, CA  92122 | Richard A. Soll, Esq.<br>Mahoney & Soll LLP<br>150 W. First Street, Suite 280<br>Claremont, CA  91711 | City of S. El Monte<br>1415 N. Santa Anita Avenue<br>South El Monte, CA 91733 |

Steve P. Rados
P.O. Box 15128
Santa Ana, CA 92735

S.J. Amoroso
390 Bridge Parkway
Redwood Shores  CA  94065

Brookfield land Construction
3090 Bristol Street, Suite 220
Costa Mesa, CA 92626

Standard Pacific Homes
255 East Rincon St., Suite 200
Corona, CA 92879

H & H General Construction, Inc.
P.O. Box 536
Highland, CA 92346

Commerce Construction, Co. LP
13191 Crossroads Pkwy North, 6th Floor,
City Industry, CA  91746

Olson Urban Housing, LP
3010 Old Ranch Parkway, Suite 100
Seal Beach, CA 90740

Hillcrest Contracting
1467 CIRCLE CITY DRIVE
CORONA, CA 91718

VCC LLC
18201 Von Karman Avenue, Suite 100,
Irvine, CA  92612

CPO Enterprises
846 N. Charter Drive
Covina, CA 91724

Excel Paving Company
P.O. Box 16405
Long Beach, CA 90806-5195

Toro Enterpris, Inc.
P.O. Box 6285
Oxnard, CA 93031

Hillcrest Contracting
1467 Circle City Drive
Corona, CA 91718

Environment Construction, Inc.
21550 Oxnard St, Suite 1050,
Woodland Hills, CA 91367

CA Rasmussen
28548 Livingston Ave.
Valencia, CA 91355-4171

Unison Electric
16652 Gemini Lane
Huntington Bch, CA 92647

Peterson Chase Engineering
1792 Kaiser Ave.
Irvine, CA 92614

Olman's Construction Co.
10005 Mission Mill Road
Whittier, CA 90608

Toll Brothers, Inc.
725 Town & Country Road, Suite 200,
Orange, CA 92868

Vance Corporation
2271 N. Locust Avenue
Rialto, CA 92377

Bayley Construction
3730 S. SUSAN ST., SUITE 200
SANTA ANA, CA 92704

Swinerton Builders
260 TOWNSEND STREET
SAN FRANCISCO, CA 94107-1790

Moorefield Construction
600 N. Tustin Avenue, Suite 210
Santa Ana, CA 92705-3736

Aviation Bay Communities
2050 Main Street, Suite 1200
Irvine, CA 92614

Flatiron Construction
6185 Auto Center
Buena Park, CA 90621

Sully-Miller Contracting Co.
135 S. State College Blvd, Suite 400
Brea, CA 92821

Hillcrest Contracting
1467 CIRCLE CITY DRIVE
CORONA, CA 91718

Hill Contracting Group
1715 Corrigan Ct.,
La Verne, CA 91750

Steiny and Company
12907 E. Garvey Avenue
Baldwin Park, CA 91706

Brookefield Residential
3090 Bristol Street, Suite 220
Costa Mesa, CA 92626

Griffith Company
7911-A Pine Avenue
Chino, CA  91708

Consolidated Contracting Services
181 Avenida La Pata, Suite 200
San Clemente,  CA 92673-6307

R.C. Becker & Sons, Inc.
28355 Kelly Johnson Parkway
Santa Clarita, CA  91355

J. Mcloughlin Engineering Co.
10641 Fulton Court
Rancho Cucamonga, CA  91730

All American Asphalt
400 E. Sixth Street
P.O. Box 2229
Corona ,CA  92878-2229

Shames Construction
5826 Brisa Street
Livermore, CA  94550

Swinerton Builders
260 Townsend Street
San Francisco, CA   94107-1790

All American Asphalt
400 E. Sixth Street
P.O. Box 2229
Corona, CA  92878-2229

Pardee Homes
1250 Corona Pointe Court, Suite 600,
Corona, CA  92879

FS Contruction
14838 Bledsoe Street
Sylmar, CA  91342

Granite Construction
213 E. Columbia Way
Lancaster, CA  93535

Los Angeles Engineering
633 N. Barranca
Covina, CA  91723

Griffith Company
4756 Mission Blvd.
Montclaire, CA  91762

Young and Associates
PO Box 80337
San Marino, CA  91764

Sukut Construction
4010 W. Chandler Avenue
Santa Ana, CA  92704-5202

City of Arcadia
249 W. Huntington Drive
Arcadia, CA  91066-6021

Fullmer Construction
1725 S. Grove Ave.
Ontario, CA  91761

Riverside Construction Company
4225 Garner Road
Riverside, CA  92501

Pavement Coating Co.
10240 San Sevaine Way
Jurupa Valley, CA  91752

Vance Corporation
2271 N. Locust Avenue
Rialto, CA  92377

Whiting-Turner Contr
3 Corporate Park, Suite 100
Irvine, CA  92606

Fairfield Development, LP
5510 Morehouse Dr., Suite 200
San Diego, CA  92121

Millie & Severson, Inc
3601 Serpentine Drive
Los Alamitos, CA  90720

Deacon Corp.
17880 Fitch
Irvine, CA  92614

City of Santa Monica
1918 Main St., Suite 300
Santa Monica, CA  90405

Hillcrest Contracting
1467 Circle Dity Drive
Corona, CA  91718

Gray ICEB, Inc.
421 E. Cerritos Ave
Anaheim, CA  92805

Vance Corporation
2271 N. Locust Avenue
Rialto, CA  92377

R.J. Noble Company
15505 E. Lincoln Avenue
Orange, CA  92865

Los Angeles Engineering
633 N. Barranca
Covina, CA  91723

Sequel Contractors, Inc.
13546 Imperial Way
Santa Fe Springs, CA  90670

Mike Prlich & Sons, Inc.
5103 Elton Street
Baldwin Park, CA  91706

R.C. Becker & Sons, Inc.
28355 Kelly Johnson Parkway
Santa Clarita, CA  91355


Warmington Residential
3090 Pullman St.
Costa Mesa, CA  92626

Toll Brothers, Inc.
725 W. Town and Country Rd, #200,
Orange, CA  92868

Fullmer Construction
1725 S. Grove Ave.
Ontario, CA  91761


Granite Construction
2151 Alessandro Drive, # 209
Ventura, CA  93001

KPRS
2850 Saturn St
Brea, CA  92821

Johnstone Moyer, Inc.
2102 Business Center Drive
Irvine, CA  92612


Oltman's Construction
10005 Mission Mill Road
Whittier, CA  90608

City of San Clemente
910 Calle Negocio, #100
San Clemente, CA  92672

USA Realty Construction Group
9911 Valley Blvd.
El Monte, CA  91731


Execl Paving Company
2230 Lemon Avenue
Long Beach, CA  90806

Moorefield Construction
600 N. Tustin Avenue, Suite 210
Santa Ana, CA  92705-3736

Snyder Langston
17962 Cowan
Irvine, CA  92614


Johnstone Moyer, Inc.
2102 Business Center Drive
Irvine, CA  92612

Fullmer Construction
1725 S. Grove Ave.
Ontario, CA  91761

Riverside Construction Co.
4225 Garner Road
Riverside, CA  92501


Steiny and Co.
12907 E. Garvey Avenue
Baldwin Park, CA  91706

KEC Engineering
200 N. Sherman Avenue
Corona, CA  92882

Sinanian Development
18980 Ventura Blvd. Suite 200
Tarzana, CA  91356


Vido Samarzich, Inc.
4972 Crestview Place
Alta Loma, CA  91701

Moorefield Construction
600 N. Tustin Avenue, Suite 210
Santa Ana, CA  92705-3736

Century City Mall, LLC
2049 Century Park East, 41st Flr.
Los Angeles, CA  90067


Pacific Construction Group
17895 Sky Park Circle Unit K
Irvine, CA  92614

Morrow-Meadows Corporation
231 Benton Ct.
City of Industry, CA  91789

Cupertino Electric
11929 Hamden Place
Santa Fe, CA  90670


Peterson Chase Gen. Engineering
1792 Kaiser Ave.
Irvine, CA  92614

Future DB International
8707 Research Drive
Irvine, CA  92618

Mladen Buntich Construction Co. Inc.
1500 W. 9th Street
Upland, CA  91786

Fullmer Construction
1725 S. Grove Ave.
Ontario, CA  91761

Villas at Alhambra, LP
27611 La Paz Road, Ste A8
Laguna Niguel, CA  92677

Cooley Construction
17525 Eucalyptus St., Suite G
Hesperia, CA  92345

Clark Construction Grp-CA, LP
575 Anton Blvd. Suite 100
Costa Mesa, CA  92626

In re STEINY AND COMPANY, INC.
USBC Case No.2:16-bk-25619-WB
Northern California Unions

IBEW LOCAL 180
720-B Technology Way
Napa, CA  94558

IBEW LOCAL 302
1875 Arnold Drive
Martinez, CA  94553

IBEW LOCAL 332
2125 Canoas Garden Avenue, #100
San Jose, CA  95125

IBEW LOCAL 180
Mark Liption
1380 Lead Hill Blvd, #106
Roseville, CA  95661

IBEW LOCAL 302
Campbell Law Office
370 George Hood Lane
Palo Alto, CA  94306
Attn: Sue Campbell

IBEW LOCAL 332
Campbell Law Office
370 George Hood Lane
Palo Alto, CA  94306
Attn: Sue Campbell

IBEW LOCAL 551
Campbell Law Office
370 George Hood Lane
Palo Alto, CA  94306
Attn: Sue Campbell

IBEW LOCAL 551
2525 Cleveland Ave, #B
Santa Rosa, CA  95403

IBEW LOCAL 595 EAST
6250 Village Parkway
Dublin, CA  94568

IBEW LOCAL 595 EAST
Leonard/Carder LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Attn: Andrew Ziata

IBEW LOCAL 595 WEST
6250 Village Parkway
Dublin, CA  94568

IBEW LOCAL 595 WEST
Leonard/Carder LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Attn: Andrew Ziata

IBEW LOCAL 617
1701 Leslie Street
San Mateo, CA  94402

IBEW LOCAL 617
Neyhart, Anderson, Flynn & Grosboll
369 Pine Street, Suite 800
San Francisco, CA  94104
Attn: Lois Chang

Operating Engineers Trust Funds
1640 South Loop Road
Alameda, CA  94502

Operating Engineers Trust Funds
Saltzman & Johnson Law Corp
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Attn: Matthew Minser

Laborers Trust Funds of Northern CA
220 Campus Lane
Fairfield, CA  94534

**In re STEINY AND COMPANY, INC.**
**USBC Case No.2:16-bk-25619-WB**
**Southern California Unions**

| | | |
|---|---|---|
| | IBEW LOCAL 11<br>Laquer, Urban, Clifford & Hodge LLP<br>225 South Lake Avenue, Suite 200<br>Pasadena, CA  91101<br>Attn: Matthew Bechtel | LOCAL 12<br>Laquer, Urban, Clifford & Hodge LLP<br>225 South Lake Avenue, Suite 200<br>Pasadena, CA  91101<br>Attn: Matthew Bechtel |
| LOCAL 649<br>5417 North Peck Road<br>Arcadia, CA  91006<br>Attn: Rudy Gochez | LOCAL 652<br>4401 Santa Anita Avenue, #150<br>El Monte, CA  91731<br>Attn: George Figueroa | LOCAL 652<br>Reich, Adell & Cvitan<br>3550 Wilshire Blvd.,Suite 2000<br>Los Angeles, CA  90010<br>Attn: J. David Sackman |
| IBEW LOCAL 440 & LOCAL 477<br>P.O. Box 12149<br>San Bernardino, CA  92423<br>Attn: Heidi Lawrence | IBEW LOCAL 440 & LOCAL 477<br>Cornwell & Baldwin<br>1017 East Grand Avenue<br>Escondido, CA  92025<br>Attn: Kerry Fennelly | LOCAL 441<br>265 South Anita Drive, Suite 215<br>Orange, CA  92868<br>Attn: Kami Weyland |
| LOCAL 569<br>P.O. Box 231219<br>San Diego, CA  92193<br>Attn: Kelly Novak | LOCAL 952<br>955 North Street<br>Fresno, CA  93721<br>Attn: Rosa Martinez | LOCAL 952<br>Gilbert & Sackman<br>3699 Wilshire Blvd., #1200<br>Los Angeles, CA  90010<br>Attn: Laurie Traktman |