Shawn C. Groff (Cal. Bar No. 248022)
Sara B. Tosdal (Cal. Bar No. 280322)
Andrew Ziaja (Cal. Bar No. 262283)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: 510-272-0169
Facsimile: 510-272-0174

Attorneys for IBEW Local 595

**FILED & ENTERED**

**APR 28 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

STEINY AND COMPANY, INC.,

    Debtor.

CASE NO. 2:16-BK-25619-WB

Chapter 11

**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR IBEW LOCAL 595 TO FILE OBJECTION TO DEBTOR'S SALE MOTION**

<u>Hearing</u>
Date:   May 11, 2017
Time:   10:00 a.m.
Place:   Courtroom 1375
          255 E. Temple Street
          Los Angeles, CA 90012

IBEW Local 595 ("Local 595") and Debtor Steiny and Company, Inc. (the "Debtor") filed a Stipulation Extending Deadline for IBEW Local 595 to File Objection to Debtor's Sale Motion (the "Stipulation") *(Docket No. 467)*.

The Stipulation seeks to extend the deadline for Local 595 to object or otherwise respond to the Debtor's "Motion for Entry of Order: (I) Authorizing Debtor to Sell Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (II) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; (III) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases; (IV) Establishing Bidding

Procedures and Approving Breakup Fee; (V) Granting Other and Further Relief [Docket No. 419] and related pleadings (collectively, the "Sale Motion").

The Court, having considered the Stipulation and the entire record in this case, and good cause appearing,

IT IS HEREBY ORDERED:

1. The deadline for IBEW Local 595 to object or otherwise respond to the Sale Motion is extended from April 28, 2017 to May 1, 2017.

2. The deadline for the Debtor to file a reply is extended until May 5, 2017.

###

Date: April 28, 2017

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174